**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212 SECTION A** |
| **v.** | **CONSOLIDATED WITH** |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

**PLAINTIFFS' EXPEDITED MOTION FOR FURTHER RELIEF,**
**DISCOVERY, AND EVIDENTIARY HEARING**

COME NOW, Plaintiffs in the above-styled cause, and hereby respectfully move this Court to grant their Expedited Motion for Further Relief, Discovery, and Evidentiary Hearing on the grounds that:

1. The Defendant, St. John the Baptist Parish School Board (the "Defendant") has operated and continues to operate in violation of the Fourteenth Amendment to the U.S. Constitution and in violation of the 1966 Decree, 1969 Decrees, 1992 Decree, and other extant orders;

2. Specifically, the Defendant's operation of inferior, unequal facilities at Fifth Ward Elementary School demonstrates its failure to comply in good faith with its court decree obligations and its constitutional obligations to eliminate the vestiges of *de jure* segregation with respect to facilities;

3. Defendant's failure to comply with its obligations in this extant desegregation case has jeopardized the health and welfare of members of the plaintiff class—the children of Fifth Ward Elementary School, who are predominantly Black; and

4. As Defendant will commence the 2024-25 school year in early August 2024, expedited relief is necessary. Limited discovery for the parties to litigate the instant Motion is further necessary, as is an evidentiary hearing.

WHEREFORE, for the reasons set forth in the attached Memorandum in Support of this Motion,  Plaintiffs therefore respectfully request that this Court: (a) grant their request for limited discovery concerning the instant Motion; (b) hold an evidentiary hearing in July 2024 on the instant Motion; (c) at the Court's earliest convenience, schedule an in-person conference with the parties to discuss Plaintiffs' request for limited discovery and the scheduling of their expedited evidentiary hearing; and (d) ultimately, grant Plaintiffs' request for further relief in the instant Motion to close Fifth Ward Elementary and relocate its students to La Place Elementary prior to the commencement of the 2024-25 school year.

Dated: June 12, 2024

Respectfully submitted,

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
*Elizabeth Caldwell
*Victor Genecin
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
bcaldwell@naacpldf.org
vgenecin@naacpldf.org

*Admitted Pro Hac Vice*

*/s/ Gideon T. Carter, III.*
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4

Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been delivered to all

Counsel of Record by the Court's electronic filing system on this 12th day of June, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
vjones@naacpldf.org