# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

HERMON HARRIS, JR., ET AL.,

*Plaintiffs*,

**and**

UNITED STATES OF AMERICA,

*Plaintiff-Intervenor*,

v.

ST. JOHN THE BAPTIST PARISH SCHOOL
BOARD, ET AL.,

*Defendants.*

CONSOLIDATED WITH:

K A T H Y   R .   D U H O N ,   E T   A L . ,

*Plaintiffs*,

v.

ANN T. TATJE, ET AL.,

*Defendants.*

CIVIL ACTION NO.

13,212  SECTION A

CONSOLIDATED WITH

CIVIL ACTION NO.:

 90-cv-01669  SECTION A

HON. JAY C. ZAINEY

## <u>DECLARATION OF ADRIENNE KATNER, D.Env., M.S.</u>

**ADRIENNE KATNER**, acting in accordance with 28 U.S.C. §1746, with Rule

26(a)(2)(B) of the Federal Rules of Civil Procedure, and with Rules 702 and 703 of the Federal

Rules of Evidence, does hereby declare and say:

-1-

**Introduction**

1.      My name is Adrienne Katner.  I am an Associate Professor and the Director of the

Louisiana State University (LSU), School of Public Health's Environmental and Occupational

Health Sciences Program.[1] I hold a doctoral degree of Environmental Science and Engineering

from UCLA; a master's degree of Soil, Water and Environmental Science from University of

Arizona; and a bachelor's degree of Molecular, Cellular and Developmental Biology from

University of California at Santa Cruz.  Prior to joining LSU, I was an Environmental Health

Scientist for 7 years at LA Department of Health's Section of Environmental Epidemiology and

Toxicology (LDH), where I managed various programs, including, but not limited to, the

Occupational Health Program, the Environmental Public Health Tracking Program, and the

Sentinel Event Notification System Program. I have also been a Research Fellow at the National

Institutes of Health's National Cancer Institute (NIH-NCI) in the Occupational and

Environmental Epidemiology Branch, where I investigated worker and community exposures for

occupational and agricultural chemicals for cancer studies; and a Research Associate at UCLA's

Center for Environmental Risk Reduction, investigating risks to communities from chemical and

radiological contaminants at a multi-use industrial complex.

2.      This Declaration comes after an investigation and report commissioned from me

by NAACP Legal Defense Fund (LDF), counsel for the Private Plaintiffs, in 2021. The only

testimony I have given before this case concerned my findings in an unrelated investigation of an

industrial accident that occurred while I was employed by the Louisiana Department of Public

Health. My rate of compensation is $150 per hour and to date the time spent reviewing

---

[1] The opinions expressed in this report are the author's alone and do not in any way reflect the opinions of
LSU-Health, the LSU School of Public Health, or of any Louisiana state agency or official.

documents for this testimony and preparing this Declaration is approximately 20 hours. My *curriculum vitae* is attached as Exhibit 1; a list of the sources on which I rely in making this Declaration is Exhibit 2.

**Summary**

3.      This Declaration summarizes conclusions drawn after a review of documents, data, and reports regarding environmental conditions at Fifth Ward Elementary in LaPlace, Louisiana, as well as information pertaining to potential health impacts on students. This review and the preparation of the Declaration were conducted at the request of counsel for the Private Plaintiffs.

4.      It is my professional opinion that children attending Fifth Ward Elementary continue to be at greater risk than children at all other school locations in St. John the Baptist Parish with regards to developing acute or chronic health impacts due to exposures to chloroprene and other industrial releases, and that these risks are "unacceptable" as that word is defined by EPA.[2]  These risks, moreover, continue to be imposed on Fifth Ward Elementary children despite St. John the Baptist Parish's School Board's awareness of the potential impacts of these risks.

5.      I believe it is in the interest of the health of these children that school operations and students be moved to a location farther from the Denka facility this summer (2024), to protect students from further risk as well as to minimize disruptions during the academic year.

---

[2] EPA defines an "unacceptable" cancer risk as one anticipated to produce 100 cancer cases out of a million people exposed, or 10 cases out of 100,000, or 1 case out of 10,000. Conditions estimated to generate risk above this level are considered actionable endangerments to public health. See: Residual risk report to Congress. EPA Office of Air Quality. EPA-453/R-99-001. (March 1999). LINK. See also: EPA's Motion for a Preliminary Injunction Against Denka Performance Elastomer LLC (February 2, 2023), Civil Action No. 2:23-cv-735 is available here: Denka Clean Air Act ISE Complaint (epa.gov).

**Background on Chloroprene**

6.      Chloroprene (aka 2-chloro-nutadiene) is a colorless, volatile liquid raw material that is used to produce polychloroprene or neoprene rubber, which is used to make products such as wetsuits.

7.      The toxicological effects of chloroprene, aka 2-chloro-butadiene, were reported in the literature as early as 1936, by which time it was considered a narcotic that can irritate the respiratory tract, injure the liver, kidney and circulation, depress the central nervous system, and cause "irreparable damage to most vital organs".[3] Scientists at that time recommended it "should only be manipulated under adequate ventilation" and "with great care" (von Oettingen, Hueper et al 1936). This timeline is important to mention: since chloroprene's toxicological record began accumulating, regulatory approvals of the siting of plants that manufacture or use this substance, and decisions to place public facilities near such plants, should have considered the known risks.

8.      In 2010, EPA reviewed the literature on chloroprene's health effects and determined it is a "likely and potent" multisite human carcinogen with a mutagenic mode of action (which means chloroprene is most probably a human carcinogen, and one for which very small amounts of the chemical are sufficient to mutate genetic material and trigger cancer).

---

[3] The earliest toxicological reports of chloroprene (aka 2-Chloro-butadiene) can be found in the following documents: 1) Von Oettingen WF, Hueper WC, Deichmann-Gruebler W, Wiley FH. 2-Chloro-butadiene (Chloroprene): Its toxicity and pathology and the mechanism of its action. *J of Industrial Hygiene and Toxicology*, 1936, Vol 18, pp 240-70.; 2) Dublin L.I., Vane RJ. (1941) Occupational hazards and diagnostic signs: A guide to impairments to be looked for in hazardous occupations. No 41. US Government Printing Office, 1941; 3) Von Oettingen, WF (1942). Organic chemical industrial hazards to health. *Physiological Reviews*, 22(2), 170-189. Early animal studies from the 1930s revealed that chloroprene was toxic and required "great care" when handling. It was found to "cause depression of the central nervous system and irreparable damage to most vital organs." The authors of the 1936 review of its toxicological properties reported: "It may gain access by the skin, inhalation, or digestion. Vapour containing only 0.3 mgm per litre may cause toxic symptoms. It irritates the lungs, causing oedema and haemorrhages. The blood pressure is lowered, but the blood picture is not modified. The liver is injured, and bile pigments appear in the urine.…Recommendations are made that chloroprene should only be manipulated under adequate ventilation…".

9.     Developing children are exquisitely sensitive to mutagens, because as they are growing, their cells are dividing, and during this cell division their genetic material is vulnerable to mutation during times of chloroprene exposure. Every one year of exposure to a developing child has graver consequences than the same amount of exposure to an adult.

10.     Furthermore, chloroprene is a multisite carcinogen, meaning it can impact more than one organ system. Epidemiological studies of the effects of chloroprene in humans demonstrate a statistically significant association between increasing chloroprene exposures and cancers of both the liver and lungs, as well as with incidence rates of "all cancers".

**Summary of Prior Studies of Chloroprene Hazards, Exposures and Potential Risks**

11.     In 2015, I published a peer-reviewed paper in the *Journal of the LA State Medical Society* which ranked St. John the Baptist Parish as having one of the highest cancer risks in LA, driven largely by chloroprene, a chemical released by Denka Performance Elastomer Facility (hereafter referred to as Denka). Later that year, EPA released its review of industry-associated risks, which also highlighted St. John the Baptist Parish as having one of the highest cancer risk estimates based on industry emissions in the nation.

12.     In 2021, I was commissioned by counsel for the Private Plaintiffs to evaluate cumulative risks at the different school locations in St. John the Baptist Parish. I concluded from this analysis that Fifth Ward Elementary students likely face unacceptably high cancer risks based only on the years of school attendance (i.e., 6 years from Pre-K to 4th grade), and based solely on chloroprene levels detected in air after emission control technologies were installed (in 2018). This study was provided to the school board by Private Plaintiffs' counsel shortly after its release in February 2021.

**Summary of 2022 CRISP Report Findings**

13.     In 2022, I was asked by LA Department of Health (LDH) and LSU's CRISP

researchers (Cancer Reporting in St John Parish study) to evaluate resident exposures to

chloroprene around the Denka facility. Hurricane Ida struck just prior to when field sampling

was scheduled to begin. Denka shut down all industry operations after the Hurricane, but

reported no impacts, leaks or accidents to EPA. Based on this information, I did not expect to

find evidence of chloroprene hazards in the environment or chloroprene exposures in the

residents recently returning post-evacuation.

14.     In fact, however, I did detect chloroprene in air and in the urine of returning

residents, indicating chloroprene exposures were occurring even when the facility was not

operating.  Chloroprene levels in air downwind of the facility were highest at Fifth Ward

Elementary School. Levels at the school were over four times the U.S. Environmental Protection

Agency (EPA) recommended maximum annual average chloroprene concentration of 0.2 µg/m3

(chloroprene was measured at the school at 0.78 and 0.85 µg/m3).[4]  That month no chloroprene

was being produced and emissions were reported by Denka to be the lowest on record (Sept

2021).[5]  Chloroprene levels at the school are significantly higher during times of operations

---

[4] EPA estimates that lifetime exposure (70 years) to average chloroprene air concentrations at 0.2 µg/m3 will increase a person's risk of developing cancer by 1-in-10,000. At these levels, it is estimated that one extra cancer case out of 10,000 people exposed will occur, (i.e., 100 excess cancer cases out of one million people exposed). EPA rates any risk level in excess of 1-in-10,000 as unacceptable.

[5] Later site-inspections by EPA and OSHA of an unpermitted open-air hazardous waste pit from which chloroprene emissions were allowed to vent may explain the elevated ambient levels of chloroprene we detected after Hurricane Ida when facility operations had ceased. Chloroprene detections could have also been due to any uncontrolled sources of fugitive chloroprene emissions on site, such as emissions from wastewater treatment operations and streams, opened tanks, manways and vessels, and undetected leaks through vapor lines, hatch seals and gaskets. EPA's October 2022 letter to LDEQ and LDH, as well as its March 2023 motion for injunctive relief, present some conclusions from its site investigations, including observations of lax conditions and "poor housekeeping practices" that appeared to be routine to inspectors, and which, more likely than not, contribute to VOC (volatile organic compound) and chloroprene concentrations that ultimately reach the community outside of the facility's fenceline.

which is 24 hours a day, 365 days a year, except during brief periods of equipment inspections and shutdowns.[6]

15.     I was also surprised to detect metabolites of three parent compounds, chloroprene (Denka is the sole source of chloroprene in the area), 1,3-butadiene, and epichlorohydrin.

16.     The three metabolites I detected in resident urine are associated with operations at the Denka site. All of the parent compounds of these metabolites have carcinogenic classifications. Both EPA and NTP classify 1,3-butadiene as a known human carcinogen. Chloroprene and epichlorohydrin are classified by EPA, the National Toxicology Program (NTP) and the International Agency for Research on Cancer (IARC) as having a high probability of being carcinogenic to humans.[7]

17.     In the report, I concluded that Fifth Ward Elementary School students may face unacceptably high cancer risks (based on EPA's definition). This estimate of cancer risk was based only on the years of school attendance. This study was released to the public, by LDH, in April 2022, after which it received local, state and national media coverage. Upon public request, I also provided this report to the St. John the Baptist Parish School Board and communicated its findings to them in person at a March 2023 school board meeting. I conveyed to the Board that those living, working and going to school in areas closest to the Denka facility are most impacted by the chloroprene emissions. I explained to the Board what is known about chloroprene, and

---

[6] This fact is supported by years of offsite air monitoring data collected by both the EPA and Denka. Data can be obtained from LDEQ's Electronic Data Management System (EDMS).

[7] Chloroprene's carcinogenic mode of action is "mutagenic", which means its metabolites cause genetic damage. Thus, any amount in someone's urine is a concern, as hypothetically, it only requires a few DNA lesions before mutation, tumors and cancer can be triggered. Children are more susceptible to mutagens than adults because they are growing rapidly, leaving less time to repair DNA, and mutant cells replicate more quickly in children. Children also take in larger doses than adults, and they have a reduced capacity to metabolize and eliminate chloroprene.

emphasized to them that chloroprene is a mutagen, a carcinogenic mode of action which is especially deleterious to developing children. At this same meeting Wilma Subra, an environmental chemist and EPA advisor with decades of experience in environmental assessment and community advocacy, summarized the latest air monitoring data and regulatory and scientific reports for the school board, emphasizing hazards to 5th Ward Elementary students. She has been providing residents in the area with summaries of Denka's emissions, violations and permit data for years. She emphasized that even after emission control technologies were installed (as required through a consent agreement with the LA Department of Environmental Quality (LDEQ)), chloroprene levels still exceeded air concentrations allowed by EPA at that time.

**Opposition to LDH's Decision to Not Move Fifth Ward Students**

18.     In my 2022 CRISP study, I opposed LDH's prior finding from its 2017 and 2018 reports, in which LDH states that relocating students from Fifth Ward would not significantly reduce their cancer risk, as risks were high throughout the parish.

19.     Air emissions and modeling data indicate that risks attributable to chloroprene extend out 2.5 miles from the facility; however, the concentration of chloroprene will not be the same throughout this radius: wind patterns, and in particular proximity, among other things, will affect the concentration.  It is critical to understand that risks of an air emission decrease the farther a person is from the source. While some consideration must be given to exposure routes, emission stack heights, physical barriers and meteorological issues, this general fact holds true under most circumstances.

20.     EPA was asked by LDH to review my report's findings and recommendations.

EPA's Office of Environmental Justice and Civil Rights sent a letter to LDH and LDEQ dated October 12, 2022, which presents facts that EPA advises strongly suggest that LDEQ's implementation of its air permitting program continuously exposed children of Fifth Ward Elementary to average annual concentrations of chloroprene in ambient air at levels associated with increased lifetime cancer risk, and furthermore, that these actions disproportionately impact Black residents.[8]

21.     EPA's letter to LDH and LDEQ indicates that EPA concurs with my conclusion that relocating students to a school farther away from the facility (with the exception of the Godchaux site)[9] is necessary. In their response letter to LDEQ and LDH, EPA listed a number of contradictions, limitations, and concerns with LDH's 2017 and 2018 reports, including the fact that chloroprene levels in Edgard, LA, a location farther away from the facility compared to the school, had significantly lower chloroprene levels in the air, and consequently significantly lower cancer risk levels. EPA concluded from these data that moving the children of Fifth Ward

---

[8] Based on data for the academic year 2022-2023, students attending the Fifth Ward Elementary School (K-4th grade) consist of 244 students who identify as Black, 56 students who identify as Hispanic, 24 students who identify as Asian, 14 students who identify as white, and 3 students who identify as multiple races.

[9] In 2015, LDH was called to investigate a sudden onset of illnesses in students at St. John's Leon Godchaux School. Students had respiratory ailments, headaches, vomiting, burning eyes and weakness. LDH concluded the illnesses were due to industry emissions but could not identify the causative agent. Both these events lasted several weeks, and had occurred just after the adjacent facility, Air Products/Evonik, was fined for permit violations. The students' health effects are classic symptoms of methyl isobutyl ketone and ethylene oxide, both of which are emitted in significant amounts by Air Products/Evonik based on my review of air emissions data for the facility. In 2018, this facility would top the EPA's list of U.S. facilities releasing ethylene oxide. EPA advised LDEQ officials in 2018 and again in 2020 to alert the community around Evonik about potential risks, but this information was not communicated to the public until 2021 when EPA presented a single, inadequately-announced webinar for the St. John community. This sparsely attended web event (which I attended) was almost three years after EPA's concern was first triggered, and six years after illnesses of the students at the Leon Godchaux school were documented. The latest report from the LA Tumor Registry identified significantly higher than state age-adjusted incidence rates for non-Hodgkins lymphoma (NHL) in the census tract in which Evonik and the Leon Godchaux school site is located (707). NHL has been associated with ethylene oxide in a previously published meta-analysis.

Elementary to a location more distant from Denka would considerably reduce these children's risks, and that LDH's contrary assertion was not supported by the evidence.

22.     EPA expressed concern that LDH had not implemented our CRISP report's recommendations, nor had LDH communicated our report's findings to the impacted community following the CRISP study's release in April 2022. EPA went further, stating that LDH "potentially misinformed the School Board's analysis of the benefits of relocating the school children." EPA concluded in its October 2022 letter to LDH that "LDH's recommendation that no action was needed potentially may have caused additional hazardous air pollutant exposure for the students of Fifth Ward Elementary School."

23.     EPA found that LDH failed to provide predominantly Black residents, St John School Board and parents of school children with critical information about these cancer risks, thereby causing and contributing to disproportionate and adverse impacts on these residents and children.

24.     In early 2023, EPA and Justice Department filed a motion for a preliminary injunction against Denka Performance Elastomer, LLC, alleging that Denka's emissions presents an "**imminent and substantial endangerment to public health and welfare**".[10]

25.     EPA attested that it consulted with LDEQ to confirm the accuracy of the information upon which it based its motion. Imminent risks are risks that are present now. Substantial cancer risks are those which exceed EPA's threshold or ceiling of an estimated 100 cancer cases out of a million people exposed, based on average air monitoring data (i.e., where estimates of cancer cases are at or over 10 cases out of 100,000 exposed, or 1 case out of

---

[10] EPA's Motion for a Preliminary Injunction Against Denka Performance Elastomer LLC (February 2, 2023), Civil Action No. 2:23-cv-735 is available here: Denka Clean Air Act ISE Complaint (epa.gov).

10,000). Substantial risks are considered by EPA as an "actionable endangerment" to public health which should be addressed through regulatory enforcement or other means.

26.     EPA asserted that cancer risks to school students and the community are more than 14 times greater than EPA's presumptive ceiling, thus Denka poses a substantial endangerment to public health. Furthermore, EPA stated in its filing that the public health of St. John the Baptist Parish is likely to suffer irreparable harm, that the injunction is in the public interest, and that EPA had a responsibility to seek the injunction given Congress' statutory priority to protect public health and welfare.

27.     Then LA Attorney General (now LA State Governor) Jeff Landry countersued EPA. EPA subsequently imposed stricter emissions rules, which Denka is currently challenging in court.

**Current Status of Chloroprene Releases and Cumulative Risks**

28.     Extensive, multi-year, high-quality air monitoring datasets from both EPA and Denka can be used with high confidence to establish public health risks from Denka's chloroprene emissions. These data continue to demonstrate that the public is exposed to high chloroprene levels that extend at least 2.5 miles from the Denka facility, that concentrations are greatest within 1.5 miles of the facility and in certain directions, based on wind patterns, and that risks decrease as proximity from the facility increases.[11]

29.     Even after the required pollution controls were operational in 2018, monitoring data revealed that average chloroprene concentrations from Denka emissions continue to exceed 0.2 μg/m3 in most of the region within 1 mile of the facility.[12]

---

[11] The total population within a 2.5-mile radius of the Denka facility is approximately 15,000 to 17,000, of whom 3,000 to 4,000 are children under the age of 18, and 800-1000 are children under the age of five.

[12] Presentation of all air monitoring data is beyond the scope of this Declaration.

30.     High average concentrations of chloroprene in excess of 0.2 μg/m3 are measured in every direction, but air monitors west of the facility typically exhibit the highest chloroprene air concentrations. This includes the air monitor located at the Fifth Ward Elementary School. The average air concentration for the eighteen fenceline air monitors around the facility was 0.63 μg/m3 in January 2024, which is two times higher than EPA's new standard.[13]

31.     The EPA's threshold above which cancer risks are unacceptable is 100 cancer cases out of a million people exposed, or 10 cases out of 100,000, or 1 case out of 10,000. Risk estimates exceeding this level are considered actionable endangerments to public health.[14]

32.     Based on the most current air monitoring data, children attending Fifth Ward are still anticipated to exceed what EPA considers an "unacceptable lifetime cancer risk". Furthermore, unacceptable risks will be surpassed in these children's lifetime by the time they are young adults (not after a 70-year lifetime). In other words, as these children age, their cancer risks will rapidly surpass what is considered an acceptable lifetime cancer risk, due to their early life exposures to chloroprene. In EPA's Motion for Injunction against Denka, it reported that "infants born today in the communities surrounding the Facility who are exposed to the highest measured levels of chloroprene from Denka's neoprene manufacturing operations will exceed an

---

[13] A new EPA rule effective July 15, 2024, requires reduction of chloroprene emissions, within 90 days after the effective date of the rule, to no more than 0.3 micrograms per liter of air on an annual average basis at the fenceline of neoprene production facilities (secondary standard) to protect against elevated risks (Denka is the one facility affected by this part of the new rule), or 0.8 μg/m3 (primary standard) based on compliance with the technology standards in the rule. See: Federal Register 89(96):42932- New Source Performance Standards for the Synthetic Organic Chemical Manufacturing Industry and National Emissions Standards for Hazardous Air Pollutants for the Sythetic Organic Chemical Manufacturing Industry and Group I and II Polymers and Resins Industry. 89 Fed. Reg. 42932 (May 16, 2024) (amending 40 CFR Parts 60 and 63). LINK.

[14] See: Residual risk report to Congress. EPA Office of Air Quality. EPA-453/R-99-001. (March 1999). LINK. See also: EPA's Motion for a Preliminary Injunction Against Denka Performance Elastomer LLC (February 2, 2023), Civil Action No. 2:23-cv-735 is available here: Denka Clean Air Act ISE Complaint (epa.gov).

estimated lifetime of acceptable excess cancer risk within approximately their first two years of life." Each day that children remain at the school only increases their risks further.

33.     Although EPA prioritizes chloroprene, there are nearly 50 other chemicals that are emitted into the air by Denka whose risks were not considered in prior reports. These include known cancer-causing agents like benzene, 1,3-butadiene (used to make chloroprene) and formaldehyde; as well as acetaldehyde, aniline, cadmium, hexavalent chromium, nickel, arsenic, ethylbenzene, beryllium, tetrachloroethylene, methylene chloride, benzyl chloride, toluene, hydrochloric acid, chlorine, p-phenylenediamine, glycol ethers, tetrachloroethylene, biphenyl, 4-aminobiphenyl, xylene, antimony, manganese, cobalt, lead, mercury, and selenium. If one considers the cumulative, additive, synergistic and other interactive effects on health, the effects of these releases to cancer risk would undoubtedly increase beyond what is estimated for chloroprene.

**Denka's Flawed Basis for Refuting Current Chloroprene Standards**

34.     Denka's lawyers have repeatedly challenged EPA's risk-based allowable emission limits for chloroprene, which are based on dozens of epidemiological, toxicological and mechanistic studies demonstrating increased risk of liver and lung cancer among workers and multi-tumor sites in animal studies. Denka asserts that because EPA's guidelines were based on animal studies, EPA should have corrected for the fact that rodents produce more mutagenic chloroprene metabolites than humans. However, because chloroprene is a mutagen it does not require large quantities to trigger the carcinogenic process- metabolites must only bind with DNA. In addition, larger species like humans tend to metabolize and excrete contaminants more slowly than smaller species like rodents. This means that chloroprene's metabolites remain in humans for longer periods of time than they do in mice, giving them more time to interact with

-13-

DNA. Denka's argument was found by toxicologists to be fundamentally flawed and has been repeatedly dismissed by EPA.[15]  The statements of several concurring scientists including epidemiologists, toxicologists, and others can be found in EPA's court filings, in the EPA's Scientific Advisory Board reports on chloroprene toxicity, and in EPA responses to public comments.[16]

**Potential Health Impacts**

35.     While epidemiologists cannot definitively link Denka's emissions to specific health impacts, the census tract that contains Denka and Fifth Ward Elementary (708) had a statistically significant higher age-adjusted incidence rate of "all cancers" (compared to state rates, which are generally higher than national rates). This finding is based on cancer records from the Louisiana Tumor Registry from 2006 to 2014. This census tract also had a higher age-adjusted incidence rate (though not statistically significant) of lung, bronchus and colorectal cancer compared to the state, all of which have been found to be associated with chloroprene exposures. When investigating chemicals that can trigger cancers in multiple organs, as chloroprene does, any elevation in cancer rates should be investigated.[17]

---

[15] An excellent review of these studies can be found in an August 2020 letter filed by Subra et al in response to the Notice of Public Comment on Modeling for Chloroprene, 85 Fed. Reg. 44,885 (July 24, 2020), Docket: EPA-HQ-ORD-2020-0181-0001).

[16] EPA presents data to counter industry's challenge of the EPA's inhalation unit risk factor of 0.0003 $\mu g/m^3$, which is the basis for EPA's reference concentration of 0.2 $\mu g/m^3$ in its "Systematic Review of Chloroprene" dated January 2018.

[17] Epidemiological studies in humans demonstrate a statistically significant association between increasing chloroprene exposures and cancers of both the liver and lungs, as well as with incidence rates of "all cancers". Multisite carcinogens, which can cause cancer in different organ systems, may be more difficult to monitor in human populations through traditional epidemiological methods, because the system impacted in humans varies, thus the detection of statistically significant increases in population incidence rates will be diluted across the various cancer types. Because of this fact, even statistically insignificant increases in cancers associated with chloroprene may signify important population impacts, as will statistically significant increases in "all cancer" incidence rates.

36.     Another factor complicating detection of population impacts is the long latency of cancer. Thus, carcinogenic impacts would not become apparent until later in these children's lives. Any excess cancer rates we detect now are most likely due to exposures from decades past, i.e., significantly elevated cancer rates will only by detectable in adults who have been living in the area their entire lives. However, over the last few decades, several historically unprecedented natural disasters have triggered population out-migrations from this area, a fact that reduces our ability to detect population impacts of past industry releases.

37.     In addition to being a respiratory carcinogen, chloroprene is also associated with other respiratory diseases and difficulties. St. John the Baptist Parish repeatedly tops the list of parishes in the state with the highest annual average incidence rates of asthma-triggered emergency room visits. Publicly available health records do not allow researchers to link asthma cases to addresses or schools. However, air pollution is a notable trigger of asthma attacks, in particular volatile organic compounds (VOCs), the class of compounds to which chloroprene belongs. Based on industry reporting to EPA's Toxic Release Inventory (TRI), VOCs are emitted from Denka in significant amounts.

38.     Other symptoms from chloroprene exposures can include headache, irritability, dizziness, insomnia, fatigue, cardiac palpitations, chest pains, nausea, gastrointestinal disorders, dermatitis, temporary hair loss, conjunctivitis, and corneal necrosis; damage to liver, kidneys, lungs, circulatory, immune, and central nervous systems; and irritation of skin and mucous membranes.

39.     It is impossible to know all the health effects children at the school may be experiencing without access to children's medical records or finer resolution summary health data to which the public and even researchers are frequently refused access because of privacy

concerns. However, one community survey of residents within 2.5 kilometers (or 1.6 miles) of

the Denka facility found that a higher proportion of residents of surveyed homes within one mile

of the facility reported health symptoms associated with chloroprene and air pollution compared

to those residing in homes over a mile away from the facility (n-522).[18] Symptoms more

frequently reported by residents within a mile of the facility according to the authors of this study

included those associated with chloroprene or air pollution exposures, such as headaches,

dizziness, nosebleeds, chest pain, wheezing and/or difficulty breathing, cough or sneezing or sore

throat, and skin rash or irritation and fatigue or lethargy. One recommendation made to LDH in

our CRISP report was to monitor student symptoms at Fifth Ward Elementary. In lieu of that, it

may be notable to record that Fifth Ward Elementary's absenteeism rate was 26.2% for the 2022-

23 school year, higher than the statewide rate of 20.4% among elementary schools serving

students in grades PK-5, and higher than the Parish rate for these schools of 20.7%.[19]

40.    While it is not possible to directly link environmental conditions at the school

with absenteeism, it is a fact worthy of noting and investigation, as one reason for absenteeism is

illness, and one reason for illness may be chronic exposures to pollutants.

**St. John the Baptist Parish School Board Awareness of Risks and Subsequent Decision**

41.    Although EPA found discriminatory actions on the part of LDEQ and LDH in

their failures to regulate air emissions and communicate risks to residents and School Board

members, the current School Board of St John the Baptist Parish was made aware of Denka's

---

[18] Nagra R, Taylor R, Hampton M, Hilderbrand L.  2021. "Waiting to die": Toxic emissions and disease ear the Denka Performance Elastomer neoprene facility in Louisiana's Cancer Alley, Environmental Justice 14(1). DOI: 10.1089/env.2020.0056.

[19] Data from the La. Dept of Education: 2022-23-chronic-absenteeism-rate-overall-by-subgroup_web.xlsx (live.com).

risks to students in March 2023 by Katner and Subra, at which time Board members were given copies of state, federal and scientific reports. EPA's recommendation that LDH evaluate all protective measures, including the relocation of school children to alternate locations inside and outside the Parish, was communicated at that time to the School Board. The scope and status of LDEQ's or LDH's communication of these issues to school board officials are unknown, but based on the School Board's surprise at the facts laid out during our presentation, I surmised no communications had been conducted up to that date (over ten months after the CRISP report's release). Despite awareness of these risks as of March 2023, St John the Baptist Parish School Board subsequently voted against relocating Fifth Ward Elementary students.

**Recent Rule Changes Should Not Impact School Board Decisions**

42.    EPA recently revised rules covering allowable air emissions of hazardous air pollutants, but these rule changes are being challenged in court by Denka. Even if this industry challenge is unsuccessful, it may take years before facilities fully comply with the new rules. In the meantime, operations may be allowed to proceed as normal, though I do not have the latest update on this case as it stands now.

**History of Regulatory Violations and Accidents**

43.    One factor I considered in my CRISP recommendations to officials is the fact that "emergency incidents", or accidents as well as regulatory violations, occur at the Denka facility with some regularity.[20] This is an ongoing issue that deserves further investigation by state officials concerning the potential impacts these accidents may be having on school children.

---

[20] Denka's history of regulatory violations is well illustrated in a report to EPA dated October 2016 of a site investigation conducted by EPA's National Enforcement Investigations Center (NEIC) between June 6 and 10, 2016 to assess compliance with permits and regulations administered by EPA and LDEQ, as well as compliance with the Clean Air Act, Clean Water Act and Resources Conservation and Recovery Act (NEICVP1216E01).[20] From 1997 to 2015, Denka and its predecessor on the site, DuPont, did not meet monitoring, record keeping, and reporting requirements. "Approximately 10,000 regulated components

44.     My review of LDEQ's Electronic Document Management System (EDMS) revealed that between 2017 and 2021, there were nine emergency incidents reported at Denka. Emergency conditions are defined as events "which could endanger the health and safety of the public, or damage property or the environment". Currently, communities are only notified of emergencies when there is a shelter-in-place order or evacuation.

45.     Since 2021 there have been four emergency incidents requiring reporting to state officials. In March 2023, Denka estimates 74 pounds of 1,3-butadiene were released over a period of one hour due to equipment malfunction. In September 2023, Denka estimates 374 pounds of chloroprene was released. LA Department of Environmental Quality (LDEQ) reported that some portion "is reasonably expected to have migrated beyond the facility's fenceline". In January 2024, Denka estimates 820 pounds of chloroprene was released. LDEQ reported that "some portion of the release is reasonably expected to have migrated beyond the facility's fenceline." In February 2024, Denka estimated 4.2 pounds of 1,4-dichlorobutene was released. LDEQ reported "some portion of the release is reasonably expected to have migrated beyond the

---

were not identified or monitored prior to [Denka's] purchase of the facility from DuPont. Neither DuPont nor Denka self-disclosed this compliance issue to LDEQ or EPA." Denka continued to use outdated emissions factors and left out major chloroprene emission sources resulting in significant under-reporting of estimated releases to regulators. Statements made by Denka to justify exclusion of major chloroprene emissions sources were not backed up by "engineering calculations, modeling or testing". Emissions standards for dioxins, furans, carbon monoxide, and hydrogen chloride were not met by Denka, nor by DuPont (the original owner of the manufacturing facility). Hazardous waste combustion was not conducted according to protocol— there were "many thousands of instances when monitored parameters or pollutants directly monitored were above or below the established limits" as it pertained to hazardous waste operations. More sources of leaks were observed than reported to regulators, and instruments used to monitor leaks were unable to read the high levels on the majority of leaks discovered. Wastewater streams also had higher than reported levels of chloroprene. Lab testing of wastewater suggested exposure of employees to "significant chloroprene concentrations". Chloroprene air concentrations were 50-8000 times the OSHA limit (Occupational Safety and Health Administration). Further investigation of that particular hazard was "strongly suggested". [See: Focused Clean Air Act compliance investigation: Denka Performance Elastomer LLC, LaPlace, LA, NEIC Project No.: VP216. NEICVP1216E01. October 2016. EPA National Enforcement Investigations Center. LINK].

facility's fenceline". 1,4-dichloropbutene is a probable carcinogen which is considered corrosive and highly toxic, causing irritation of the nose, throat, and lungs.

46.     While no health impacts were reported by LDEQ in their follow-up investigations of these emergency events, it is uncertain to what extent LDEQ investigated population impacts. No information on any investigation or surveillance methods and data sources is presented or referred to in LDEQ's follow-up reports for each emergency.

47.     At the beginning of 2022, EPA conducted an onsite inspection of Denka. During this inspection, EPA inspectors had to leave the facility and return the next day because chloroprene levels were dangerously high.[21]

48.      During this inspection air concentration readings of chloroprene were as high as 243,000 $\mu g/m^3$, a level that is more than one *million* times above EPA's recommended air concentration for a *lifetime* of exposure.[22]

49.     EPA inspectors noted in their report that workers were not wearing personal protective equipment. I mention this only to illustrate the lax implementation of emissions control and worker protection by the facility's operator. The site inspections during this period documented regulatory violations for hazardous waste storage and disposal, including an unpermitted hazardous waste pit in which chloroprene emissions were vented to the open air.

**Conclusion**

---

[21] This event is mentioned by the OSC [EPA Region 6 On Scene Coordinator] with regard to an EPA "Resource Conservation and Recovery Act (RCRA) inspection at the facility [occurring April 18-21, 2022] which was hindered due to the inspectors' encountering volatile organic compound (VOC) vapor readings that indicated additional respiratory protection would be necessary to continue the investigation".

[22] See Technical Support Report for ECAD- Denka Enforcement Multimedia Sampling, LaPlace, St. John the Baptist Parish, LA, TDD No. 0005/22-471, pp 105-108: Inspection Report for Denka Performance Elastomers, LLC on May 5, 2022 (epa.gov). Other inspection reports can be accessed from EPA or at the following site: LaPlace, St. John the Baptist Parish, Louisiana | US EPA.

50.     It is my professional opinion that children attending Fifth Ward Elementary continue to be at greater risk of developing acute or chronic health impacts due to exposures to chloroprene and other industrial releases, that these risks meet the conditions of being unacceptable as "unacceptable" is defined by EPA, and that these risks are being inflicted on Fifth Ward Elementary children, despite St. John the Baptist Parish's School Board's awareness of potential impacts of these risks. This opinion is based on the following facts and considerations:

51.     The susceptibility of developing children to the mutagenic properties of chloroprene, and the proximity of Fifth Ward Elementary to the Denka-DuPont industrial site (approximately 150 yards from the industrial site's fenceline and approximately 500 yards from industrial operations).

52.     Results from my two prior studies which found "unacceptable" cancer risk estimates at Fifth Ward Elementary based on chloroprene air monitoring data alone, as well as our detection of elevated chloroprene air levels (above health-based guidelines at the time) and chloroprene metabolites in resident urine when Denka was not operating (the latter finding highlights the likelihood for ongoing long-term exposures to both controlled and uncontrolled chloroprene emissions.

53.     Ongoing post emission-control air monitoring data for chloroprene, which indicates chloroprene exists in air at the school at levels that continue to regularly exceed proposed guidelines and standards.

54.     Ongoing release of other toxic air emissions and waste releases from Denka and gaps in our understanding of long-term health impacts, both carcinogenic and non-carcinogenic,

of early-life exposures to chemical mixtures which can have cumulative, additive, synergistic and other interactive effects on health.

55.     Federal documentation of regulatory violations by Denka and findings of potential discriminatory permitting, and lax oversight and risk communication by State officials.

56.     Denka's history of Emergency Incidents which are defined as those which could endanger the health and safety of the public, or damage property or the environment.

57.     Despite awareness of these risks by March 2023, St John the Baptist Parish School Board subsequently voted against relocating Fifth Ward Elementary students.

58.     I believe it is in the interest of the health of these children that school operations and students be moved to a location farther from the Denka facility (with the exclusion of the Godchaux school location). I believe this move should be done immediately this summer (2024), to protect students from further chloroprene exposures as well as to minimize disruptions during the academic year.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: June 10, 2024

*Adrienne Katner*

_____

**ADRIENNE KATNER, D.Env., M.S.**

# CURRICULUM VITAE

## Adrienne Lee Katner, D.Env., M.S.

Associate Professor, Director of Environmental and Occupational Health
2020 Gravier St. 322, School of Public Health                    **Contact:**
Louisiana State University, New Orleans, LA 70112                akatn1@lsuhsc.edu
Internet: LINK                                                  (504)568-5942

**EDUCATION**

| | | |
|---|---|---|
| B.A. | 1994 | **University of California- Santa Cruz (UCSC)** (honors in college and major)<br>Department of Molecular, Cellular and Developmental Biology |
| M.S. | 1998 | **University of Arizona (U AZ)**<br>Department of Soil, Water & Environmental Science |
| Fellowship | 2005-'06 | **National Cancer Institute (NCI)**<br>Occupational & Environmental Epidemiology Branch |
| D.Env. | 2011 | **University of California- Los Angeles (UCLA)**<br>Dept. of Environmental Science & Engineering, School of Public Health |

**RESEARCH INTERESTS**

Drinking Water Quality, Climate Change Resilience and Adaptation, Environmental and Infrastrcuture Justice, Exposure and Risk Assessment, Community-Based Participatory Research, Environmental Policy, Environmental Health Surveillance, Occupational Health, Heavy Metals, Environmental Microbiology

**ACADEMIC, PROFESSIONAL, AND RESEARCH APPOINTMENTS**          *[chronological order]*

| | |
|---|---|
| 6/92 – 1/95 | **Research Associate**<br>University of California, Santa Cruz (UCSC)<br>Dept. of Molecular, Cellular & Developmental Biology (Drs. William Sullivan) |
| 3/95 – 5/96 | **Research Associate**<br>Louisiana State University Health Sciences Center (LSUHSC)<br>Dept. of Microbiology, Immunology and Parasitology (Dr. Marion Friestadt) |
| 5/96 – 6/98 | **Research Associate**<br>University of Arizona (UAZ)<br>Dept. of Soil, Water & Environmental Science (Dr. Chuck Gerba) |
| 8/98 – 11/98 | **Research Associate**<br>Louisiana State University Health Sciences Center (LSUHSC)<br>Cytogenetics Clinical Diagnostics Laboratory |
| 12/98 – 11/02 | **Research Associate**<br>Louisiana State University Health Sciences Center (LSUHSC)<br>Department of Urology (Dr. William Rayford) |
| 12/02 – 12/04 | **Research Associate**<br>University of California, Los Angeles (UCLA) |

Center for Environmental Risk Reduction (Dr. Yoram Cohen)

| | |
|---|---|
| 3/05 – 11/06 | **Pre-Doctoral Research Fellow**<br>National Institutes of Health (NIH), National Cancer Institute (NCI), Occupational & Environmental Epidemiology Branch (Rockville, MD) (Drs. Jim Nuckols, Mary Ward) |
| 11/06 – 12/13 | **Environmental Health Scientist**<br>Louisiana Department of Health and Hospitals, Office of Public Health, Section of Environmental Epidemiology & Toxicology, Program Manager (New Orleans, LA):<br>*1) Seafood Advisory Program ('06- '09); 2) Occupational Health Program ('07-'13); 3) Sentinel Event Notification System for Occupational Risk (SENSOR) Program ('07-'09); 4) Adult Blood Lead Epidemiology & Surveillance Program (ABLES) ('07- '09); 5) Heavy Metal & Carbon Monoxide Exposure Surveillance Program ('07- '09); 6) Pesticide Surveillance Program ('07- '09); and 7) Environmental Public Health Tracking Program ('09-'13).* |
| 1/14 – 6/21 | **Assistant Professor**<br>Louisiana State University Health Sciences Center, School of Public Health Environmental and Occupational Health Sciences Program (New Orleans, LA).<br>*Research Track (2014-2019); Tenure Track (2019-2021)* |
| 7/21 – Present | **Associate Professor** *(with Tenure)*<br>Louisiana State University Health Sciences Center, School of Public Health |
| 9/22 – Present | **Director**, Environmental and Occupational Health Sciences Program<br>Louisiana State University Health Sciences Center, School of Public Health |

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| American Society for Microbiology, member | 1994 - 1998 |
| Air and Waste Management Association, member | 1995 - 1998 |
| Society for Risk Analysis, member | 2000 - 2006 |
| National Birth Defects Prevention Network, member | 2009 - 2013 |
| Council of State and Territorial Epidemiologists, member | 2009 - 2013 |
| National Association of Environmental Professionals, member | 2014 - 2016 |
| National Safe and Healthy Housing Coalition, member | 2014 - 2016 |
| Louisiana Environmental Health Association, member | 2015 - 2019 |
| National Environmental Health Association, member | 2016 - 2020 |
| American Public Health Association, member | 2014 - 2021 |
| Society of Toxicology, nominated member | 2016 - Present |
| American Chemical Society, member | 2017 - Present |
| Delta Omega Honorary Society in Public Health, elected member | 2017 - Present |
| International Society for Environmental Epidemiology, member | 2021 - Present |
| Louisiana Cancer Research Center (LCRC), New Orleans, LA | 2023 - Present |

## AWARDS AND HONORS

| | | |
|---|---|---|
| ARCS Scholarship | Achievement Reward for College Scientists | 1993 |
| Howard Hughes Research Award | Howard Hughes Research Foundation | 1993 |
| USCS Honors in College | University of California, Santa Cruz (UCSC) | 1994 |
| USCS Honors in Major | University of California, Santa Cruz (UCSC) | 1994 |
| Presentation Distinction | 5th Annual North. AZ U Environ. Studies Conf. | 1997 |
| CAGNO Research Award | Cancer Association of Greater New Orleans | 2000 |

| Chancellor's Fellowship | University of California, Los Angeles (UCLA) | 2002 -2006 |
|---|---|---|
| PHSA Scholarship | Public Health Student Assn. (PHSA), UCLA | 2004 |
| Hewlett Foundation Scholarship | William and Flora Hewlett Foundation (UCLA) | 2004 |
| National Cancer Inst. Fellowship | Cancer Research Training Award Fellowship | 2005 - 2006 |
| Dissertation Fellowship | University of California, Los Angeles (UCLA) | 2006 - 2007 |
| Paper Distinction | Best paper in field since publication for Katner (2011) *Environ. Res.* 11(8):1036-45 | 2012 |
| Employee Recognition | LA Dept. of Health, Office of Public Health | 2012 |
| Environmental  Justice Award | Katrina Heroes Award 10 Year Commemoration, A Community Voice | 2015 |
| Service Award | LA Office of Public Health, Healthy Homes & Childhood Lead Poisoning Prevention | 2015 |
| Certificate of Appreciation | Patrick F. Taylor Academy for student mentorship | 2015 |
| Community Angel Award | A Community Voice | 2017 |
| Allen A. Copping Award | Excellence in Teaching LA State University Health Sciences Center | 2017 |
| Delta Omega Honorary Society | Inducted into Delta Omega Public Health Honorary Society, Alpha Psi Chapter | 2017 |
| Paper Distinction | Top 5 "High Impact" papers from 2015- '16 for Katner et al. ('16) *J Environ. Justice* 9(4):109-117 | 2017 |
| Community Hero Award | Southern United Neighborhoods | 2019 |
| Paper Distinction | Selected for Open Access based on "broad-scale importance to the water community and its potential interest to researchers in the developing world" for Pieper et al. ('19) *J Water and Health 17(4):540-555* | 2019 |
| Paper Distinction | Selected for Feature article in National Environmental Health Association's *J Environmental Health* for Katner et al ('20) JEH 83(2):16-24. | 2020 |
| Traineeship | Selected by AAAS SciLine Program, "Communicating and Covering the Evidence" boot camp for scientists and journalists, Baltimore, MD (Mar 19-21, 2020) (postponed due to COVID-19 pandemic) | 2020 |
| Fellowship | Early Career Research Fellowship in Human Health and Community Resilience, Gulf Research Program, National Academies of Sciences, Engineering & Medicine | 2021-2023 |

## TEACHING EXPERIENCE AND RESPONSIBILITIES

### Curriculum Development and Teaching

#### *Course Director or Co-Director*
- **Environmental Policy** (Graduate Course Director, LSUHSC-Public Health) (1/2015-Present), 3-cr public health curriculum; Spring (45 hrs/yr); 5-10 students/yr; Avg Instructor Effectiveness:  5.0/5.0
- **Occupational Health** (Graduate Course Director, LSUHSC-Public Health) (8/2014-Present), 3-cr public health curriculum; Fall (45 hrs/yr); 10-15 students/yr; Avg Instructor Effectiveness:  4.9/5.

- ***Environmental Justice*** (Undergraduatre Course Director, LSUHSC-Public Health)(8/2022-Present), 3-cr public health curriculum; Fall (45 hrs/yr)
- ***Introduction to GIS*** (Graduate Course Director, Independent Study, LSUHSC-Public Health) (8/2014-Present), 1-3-cr graduate public health curriculum; Fall-Spring (45 hrs/yr); 1-5 students/yr
- ***Grant Writing and Management*** (Graduate Course Director, Independent Study, LSUHSC- Public Health) (6/2023- Present), 1-3 cr graduate public health curriculum; Summer (45 hr/yr); 1-5 students/yr
- ***Bioremediation*** (Continuing Education Course Director, ECOLE- Emerging Technologies in Occupational and Environmental Health) (12/2018-Present), Online lecture developed for NIEHS Workforce Training and Continuing Education (CE) Program.
- ***Biology Laboratory I*** (Undergraduate Course Director, Delgado College- Biology Dept.) (9/2012-12/2013), 3 cr lecture and lab; Fall, Summer, Spring (135 hrs/yr); 45-75 students/yr; Avg. Instructor Grade: A

***Course Lecturer***
- Principles of Environmental Health, LSUHSC School of Public Health, New Orleans, LA (2014+)
- Health Risk Assessment and Management, LSUHSC Public Health. New Orleans, LA (2014+)
- Environmental Signaling in Medicine, Tulane Univ, Pharmacology. New Orleans, LA (2015+)
- Health Policy and Law, LSUHSC Public Health. New Orleans, LA (2015+)
- Epidemiology for Public Health Practice, LSUHSC Public Health. New Orleans, LA (2015+)
- Determinants of Global Public Health, LSUHSC Public Health. New Orleans, LA (2016+)
- Foundation and Ethics in Public Health, LSUHSC Public Health. New Orleans, LA (2016+)
- Population-Focused Nursing Theory, LSUHSC Nursing. New Orleans, LA (2016+)
- Medical Toxicology, LSUHSC Public Health. New Orleans, LA (2017+)
- Biological Basis of Public Health, LSUHSC School of Public Health, New Orleans, LA (2019+)
- Environmental Science, LSUHSC-Public Health, New Orleans, LA (2022+)
- Get Involved! Reduce Environmental Odors in Your Community. Southern University's Upward Bound Program. (2024+).

***Courses Being Planned***
- Environmental Laboratory (graduate)

***Creation of Enduring Teaching Materials***
- Environmental Justice (LSUHSC) Curriculum notes, slides, assignments, syllabus
- Environmental Policy (LSUHSC) Curriculum notes, slides, assignments, syllabus
- Occupational Health (LSUHSC) Curriculum notes, slides, assignments, syllabus
- Environmental Science (LSUHSC) Curriculum notes, slides, assignments, syllabus
- Bioremediation (ECOLE, LSUHSC) Curriculum notes, slides
- Team Up Interprofessional Education Experience: Developmental Delays (LSUHSC Team Up Inter-professional Educational (IPE) Program) Assisted developing case study materials
- Interdisciplinary Project-Based Introduction to Environmental Public Health (Developed curricula for elementary and high school for EPA (lesson plans, notes, slides, experiments) LINK
- Biology Laboratory I (Delgado College) Curriculum notes, slides, assignments, syllabus


**Departmental / Interdisciplinary Teaching Conferences**

***Grand Rounds***
- Lead Poisoning Diagnosis and Case Management. LSU Health Sciences Center School of          2015-2016
  Medicine, Children's Hospital Dept. of Pediatrics Grand Rounds. New Orleans, LA.

***Graduate Department Seminar***
- Introduction to Polymerase Chain Reaction: Testing Conditions. U of AZ, Soil, Water &          4/23/1997
  Environ. Sci. Program Graduate Seminar. Tucson, AZ.                                          -

| | |
|---|---|
| - Louisiana's Environmental Public Health Tracking Surveillance. Tulane U. School of Public Health Graduate Seminar. New Orleans, LA. | 4/21/2012 |
| - Lead in Water: Implications for Public Health, National Policies, and Prevailing Lead Poisoning Prevention Guidelines. LSU Health Sciences Center School of Public Health Seminar. New Orleans, LA. | 4/26/2016 |
| - Drinking Water Infrastructure Inequality: System Corrosion and Lead-Pathogen Nexus, LSUHSC Epidemiology Seminar. New Orleans, LA. | 9/20/2017 |

**Teaching Award**

Dr. Allen A. Copping Award for Excellence in Teaching, LSUHSC School of Public Health            2017

**Students Trained**

***Doctoral Committee***

- *Rebecca Kriss* (PhD), Dissertation: "Addressing gaps in the US EPA Lead and Copper Rule: Developing guidance and improving citizen science tools to mitigate corrosion in public water systems and premise plumbing" (Environmental Engineering Dept., VA Tech, 2017-2023).
- *Jeannie Purchase* (PhD), Dissertation: "Practical Application of NSF/ANSI 53 Lead Certified Filters Used During Water Lead Crises: Investigating Lead Removal, Clogging and Consumer Experience" (Environmental Engineering Dept., VA Tech, 2016-2021).
- *Tingting Li* (PhD), Dissertation: "Environmental Factors Contributing to Colorectal Cancer In Louisiana: (Epidemiology Program, LSUHSC, 2021-2023).

***Masters Committee***

- *Rusty Rouillier* (MS), Masters Thesis: "Understanding Practical Limitations of Lead Certified Point-of-Use (POU) Filters" (Environmental Engineering Department, VA Tech, 2018-2020)

***Masters Graduate Research Project Advisor***

- *Beatrice Duhe* (MPH), Practicum: Particulate Matter Levels in Claiborne Corridor (LSU, 2023)
- *Jacqueline Mornay* (MPH), Practicum: Noise and Heat Trends in Claiborne Corridor (LSU, 2023)
- *Chanel Mouring (MPH),* Culminating: Policy Gaps in Childhood Lead Poisoning (LSU, 2015)
- *Philip Ross Tilson (MPH),* Culminating: Heat-Related Trends and Patterns in Louisiana (LSU, 2015)
- *Caroline Stallard (MD/MPH),* Practicum: Environment and Health in I-10 Corridor (LSU, 2018)
- *Ian Walsh (MPH),* Practicum: Spatial Trends in Highway Emissions and Health Conditions (LSU, 2018)
- *Erin LeCompte (MPH),* Practicum: Noise and Chemical Emissions along an Interstate (LSU, 2018)
- *Bridgette Bienville* (LSUHSC, MPH, Adult Blood Lead Poisoning, 2013)
- *Panita Charoensuk* (Tulane, MSPH, Cadmium Exposure Surveillance, 2013)
- *Yetzia Bakle Aponte* (LSUHSC, MPH, Heat Stress Surveillance, 2012)
- *Adrienne Woods* (LSUHSC, MPH, Arsenic in Well Water, 2012)
- *Katherine Peak* (LSUHSC, MPH, Carbon Monoxide Poisoning, 2011)
- *Bukunmi Olubiyi* (Tulane, MPH, Arsenic Biomonitoring, 2010)
- *Keith Peres* (LSUHSC, MPH, Metal Fume Fever Disease, 2009)
- *Bryan Vidrine* (LSUHSC, MPH, Fish Mercury Advisories, 2009)
- *Alexandra Marie Kelly* (Tulane, MPH, Heavy Metal Surveillance, 2008)
- *Mallory McCormick* (Tulane, MSPH, Fish Mercury Levels, 2007)
- *Yordanka Koleva* (Tulane, MPH, Occupational Health Surveillance, 2008)

***Internship Mentor***

Student Organization for the Advancement of Research (SOAR) Project:

- *Erin LeCompte (MPH),* Review of Technologies for Bioremediation (LSUHSC, 2017-2018)

LSUHSC Summer Youth Research Initiative Internship Program:
- *Joye Qian Pate,* Integrated Uptake Biokinetic Modeling of Blood Lead. (6/2015-8/2015). **3rd place**
- *Lizzie Huval,* Mount Carmel High, Mapping Risk Factors. (6/2016-8/2016). **2nd Place**
- *Joshua Quintana,* Loyola Univ. Effectiveness of Interventions for Lead. (6/2017-8/2017). **2nd Place**

Newcomb Summer Internship Program:
- *Cory Cole,* Lead Monitoring Guidelines for Pregnant Women, (6/2015-8/2015; 6/2016-8/2016
- *Hallie Yee.* Review Medical Monitoring Guidelines for Lead, (6/2016-8/2016)

Assoc. of Occupational and Environmental Clinics (AOEC) Occupational Health Internship Prog. (OHIP*):
- *Michelle Hathaway,* Occupational Conditions: Seafood Processing Guest Workers, 6/2016-6/2016
- *Mayra Vasquez-Garcia*, Occupational Conditions: Seafood Processing Guest Workers, 6/2016-6/2016
- *Nathan Yoguez,* Workplace Discrimination Faced by Female Seafood Guest Workers, 6-8/2017
- *Carolina Morales,* Workplace Discrimination Faced by Female Seafood Guest Workers, 6-8/2017

Albert Jr. and Tina Small City Center Summer Design Fellowship:
- *John Ludlam,* Project: Development and Validation of Outreach Materials for Lead, (6/2016-8/2016)
- *Pavlo Iosipiv.* Project: Development and Validation of Outreach Materials for Lead, (6/2016-8/2016)

### *Students Financially Supported by Grants* (14)
- *Komal Brown* (Post-MPH), Water Lead Levels and Resident Needs (LSUHSC. BOR RCS Grant, 2016-2018*);* **Awarded full scholarship** at Tulane University School of Public Health Doctoral Program
- *Lauren O'Rear* (MPH), Flood-Impacted Well Water Quality (LSUHSC. BOR RCS and NSF Grant);
- *Halley Capello* (MPH), Assessment of an Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth (LSUHSC, EPA Environmental Education Grant, 2016-2018);
- *Matthew Spence* (MPH), Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth to Serve Communities (LSUHSC, EPA Environmental Education Grant, 2016-2017);
- *Chanel Perry* (MPH), Assessment of an Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth (LSUHSC, EPA Environmental Education Grant, 2016);
- *Ngoc Hoang* (MPH) Assessment of an Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth (LSUHSC, EPA Environmental Education Grant, 2016);
- *Hasheemah Afaneh* (MPH), Assessment of an Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth (LSUHSC, EPA Environmental Education Grant, 2016);
- *Susan Rahey* (MPH), Assessment of an Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth (LSUHSC, EPA Environmental Education Grant, 2016);
- *Xinnan Wang* (PhD), Evaluation of Intervention for Water Lead (LSUHSC, SPH Grant, 2016-2018);
- *Yasmin Davis* (MPH), Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth to Serve Communities (LSUHSC, EPA Environmental Education Grant, 2018);
- *Quanita Kendrick* (MPH), Inter-disciplinary Project-Based Environmental Public Health Curriculum to Empower Youth to Serve Communities (LSUHSC, EPA Environmental Education Grant, 2017-2018);
- *Leslie Saucier* (MPH), Private Well Water Quality and Well Owner Needs After the 2016 Great Louisiana Flood (LSUHSC, NSF RAPID Emergency Response Research Grant 2017-2019);
- *Aubrey Gilliland* (MPH), Research Projects: Field Test of Certified Water Filters and Environmental Education Projects (HUD and EPA Grants, 2018-2019), **Awarded CDC Infectious Disease Fellowship**
- *Victoria Peluso* (MPH),  Research Projects: Field Test of Certified Water Filters and Environmental Education and Empowerment Projects (HUD and EPA Grants, 2018-2021).
- *Olivia Whitcomb* (MPH), Research Projects:  Field Test of Certified Water Filters and Environmental Education and Empowerment Projects (HUD and EPA Grants, 2021).

- *Corisandra Layton-High* (MPH), Research Project: Field Test of Certified Water Filters and Environmental Education and Empowerment Projects (HUD and EPA Grants, 2022-2023).

**RESEARCH AND SCHOLARSHIP**

**Grants**

***Twenty-two grants and awards totaling over $11.5 million as PI or co-PI from EPA, HUD, NASEM, NSF, NIH and ATSDR for research and education.***

***Current Funding***

**National Science Foundation (NSF),** 1840607 (9/2018-12/2023)                    **$100,000**
*Planning for Hurricane Urban Planning Hazards (HUPHR) Engineering Research Center*
Planning grant for proposed Engineering Research Center (ERC) to address challenge of chemical and biological hazards of hurricanes and severe storms from coast to inland.
**Role: Co-Principal Investigator** (<1%)

**National Aeronautics and Space Administration (NASA),** EPSCoR, 20-2020EPSCoR-0016    **$750,000**
(10/2020-9/2023)
*Satellite-Assisted Forecasting Environment for Improving Oyster Safety (SAFE Oyster)*
Develop a NASA SatelliteAssisted Forecasting Environment, SAFE Oyster (an automated decision support system), for monitoring environmental indicators of potential oyster safety threats and mapping and managing oyster safety risk levels in Louisiana.
Role: Investigator (4%)

**National Academies of Sciences, Engineering and Medicine (NASEM),** (9/21-10/23)    **$76,000**
Gulf Fellowship 200001347
*Early Career Research Fellowship- Human Health and Community Resilience*
To recognize past performance of early-career scientists, engineers, and health professionals with superior scholarship promise working on environmental and human health issues in the Gulf region. Facilitates researchers' academic, intellectual, and professional development.
**Role: Principal Investigator** (2%)

**National Science Foundation (NSF),** 212526 (10/1/21-9/30/24)                    **$249,191**
*Smart and Connected Communities (SCC): Toxic free footprints to improve community health*
Develop a sensor network that provides shared air quality data; a real-time AI to assess and forecast air pollution exposure and support multiple-level decision-making; and a social-network-based community intervention strategy co-designed by, tailored for, and implemented with communities.
**Role: Co-Principal Investigator** (15%)

**Louisiana State University School of Public Health** (7/1/2022+)
*Center for Data Analytics*
Advise Center clients on topics such as exposure assessment, environmental monitoring, fate-transport modeling, air dispersion modeling, biokinetic modeling, environmental data mining, cancer and noncancer risk assessment, health assessment, and environmental mapping.

**Role: Consultant** (5%)

**Environmental Protection Agency (EPA),** (5/1/2023-4/30/2026)                    **$498,480**
*Claiborne Reborn: "In-powering" Treme through a Multi-Generational Campaign of Citizen*
*Science, Cultural Preservation, and Deliberative Community Engagement to Redress Inequities*
Develop framework to facilitate sustainable community-led air monitoring campaigns,
intergenerational learning and deliberative community engagement to enable informed decision-
making and political collective action on fate of Claiborne Expressway.
**Role: Pricipal Investigator** (15%)

**LSU Provost's Fund for Big Idea Research Planning Grant** (LSU), (1/1/2023-12/31/2023)   **$75,000**
*Transforming Decision-Making for Building Energy Efficiency Improvement Using Data-Driven*
*Approaches*
Integrate data-driven approaches with building science and engineering to transform building
Energy retrofit decision-making. Aims: 1) identify data granularity required for data-driven
energy prediction in   buildings; and 2) develop model to determine energy efficiency for a given
building to facilitate energy-
retrofit decision-making.
**Role: Co-Pricipal Investigator** (<1%)

**LSUHSC-Wide Intramural Research Program (WIRP)** (LSUHSC), (3/1/2024-2/28/2926)   **$160,000**
Characterizing Hazards, Exposures, Disease Mechanisms, and Health Disparities Associated
with Traffic-Related Air Pollutants Along New Orleans' Claiborne Avenue Interstate Expressway.
**Role: Principal Investigator** (5%)

*Past Funding*

U.S. Environmental Protection Agency (EPA), 83937501 (7/2018-2/2022)              **$2,476,875**
*Transdisciplinary Research into Detecting and Controlling Lead in Water*
Build internet-based risk model, and web-based data warehouse and visualization platform to
assist communities in evaluating and addressing lead in water hazards.
**Role: Co- Principal Investigator** (25%)

U.S. Housing and Urban Development (HUD), VAHHU0036-17 (10/2017-6/2021)           **$606,225**
Identification of Factors Impacting Efficacy and Adoption of Point of Use Filters
Examination of POU lead removal efficiencies when exposed to varying concentrations of
soluble and particulate lead and iron, identification of challenges and barriers to POU use,
and pre-and post-intervention awareness/perceptions.
**Role: Co- Principal Investigator** (6-13%)

Louisiana Cancer Prevention and Control (Contract WO#36)(07/2020-06/2021)         **$75,000**
Cancer Surveillance Study in St. John Parish (CRISP) Study
Support for biomonitoring and air monitoring feasibility study in support of CRISP
**Role: Principal Investigator** (2%)

National Institute of Environmental Health Sciences (NIEHS) R-25 ES027083-01, (1/17-12/20)   **$399,300**
*Inter-professional Approach to Developing a Diverse Workforce Ready to Address Emerging*
*Technologies in Occupational Health and Safety:* Enhance training in emerging technologies in

occupational health and safety via inter-professional instruction, and online workshops.
Role: Investigator (2%)

National Science Foundation (NSF), 1855567 (11/2018-10/2020)                  **$199,618**
*RAPID: Impact of Hurricane Florence on Well Quality in Communities Surrounding Coal Ash
Impoundments in North Carolina:* Aims to: 1) characterize well water heavy metal and
bacterial contamination in counties with flood-impacted coal ash impoundments; 2) examine
well users' risk perceptions, behaviors, and resource needs; and 3) identify risk factors which
increase the likelihood of contamination.
**Role: Co- Principal Investigator** (1%)

Spring Point Partners, 451517-19C51 (7/2018-12/2020)                          **$32,644**
*Identification of Factors Impacting Efficacy and Adoption of Low-Cost Point of Use Filters:*
Partial funding to support full-time worker to assist with grant projects (2 years)
**Role: Principal Investigator** (<1%)

NIH and Louisiana Clinical and Translational Science Center (LA CaTS), (5/2018-9/2019)   **$4000**
*Community-Based Participatory Research Project to Reduce Childhood Lead Exposure in
New Orleans' Low-Income Neighborhoods:* Funds community group involvement to increase
study recruitment of high-risk low-income families into Lead Exposure Assessment study.
**Role: Principal Investigator** (<1%)

National Science Foundation (NSF), 1760296, (10/2017-9/2019)                  **$199,879**
*RAPID: Potable Water Hazards and Resource Needs in Private Well Communities
Impacted by Extreme Flooding Events* Track post-flood well water conditions after Hurricane
Harvey and Irma (TX and FL) to measure natural attenuation, evaluate prevailing shock
chlorination protocols, and identify information and resource gaps faced by residents.
**Role: Co- Principal Investigator** (1%)

National Science Foundation (NSF), 1661496, (11/2016-10/2017)                 **$150,919**
*RAPID: Recovery of Well Water Quality After the Great Louisiana 2016 Flood*
Track post-flood well water conditions to measure natural attenuation, evaluate shock
chlorination protocols, and identify needs of residents and responders.
**Role: Co- Principal Investigator** (1%)

U.S. Environmental Protection Agency (EPA) 01F26201, (1/2017-9/2019)          **$121,483**
*Enabling Students to Educate and Empower Communities to Make Informed Decisions to
Reduce Lead Exposures from Drinking Water* Provide students with STEM knowledge and
inter-disciplinary skills to select solutions to protect health from exposures to contaminants.
**Role: Principal Investigator** (4%)

LA State University Health Sciences Center School of Public Health, (8/2016-7/2017)   **$25,000**
*Assessment of Water Lead Levels in New Orleans Drinking Water Using Improved Monitoring
Methods, and Critical Evaluation of Current Regulatory Compliance Testing Protocols and
Prevailing Exposure Reduction Recommendations*. Funded LSUHSC doctoral biostatistics
student to analyze data for New Orleans' Lead Exposure Assessment for Drinking Water Study.
**Role:  Principal Investigator**  (<1%)

LA CaTS Community Scholars Program, (4/2016-5/2019)                           **$10,000**
*Community-Based Participatory Research (CBPR) Project to Reduce Childhood Lead*

*Exposure in New Orleans' Low-Income Neighborhoods*
**Role:  Principal Investigator (<1%)**

U.S. Environmental Protection Agency (EPA), EPA-G2015-ORD-C1 (1/2016-1/2019)          **$596,104**
*LSU-LSU Health Sciences Center Partnership for Undergraduate, Graduate, and*
*Postdoctoral Mentored, Environmental Health Sciences Research Opportunities*
Role: Co-Investigator (5%)

Louisiana Board of Regents (LBOR), LEQSF (2015-18)-RD-A-1, (6/2015-5/2019)          **$110,502**
*Quantification of Drinking Water Lead: Refined Sampling and Analysis Procedures*
Innovative tap water sampling and analysis methods will be compared to standard EPA
methods; and used to conduct a more accurate assessment of lead levels in New Orleans
drinking water, and evaluate simple exposure prevention strategies.
**Role: Principal Investigator (15%)**

NSF and Louisiana Board of Regents, LEQSF-EPS(2015)-PFUND-406, (11/2014-10/2015)          **$10,000**
*Quantification of Pb in New Orleans Drinking Water Using Innovative Sampling and Detection*
*Methods with Improved Lead Recovery*. Quantify lead levels in tap water using innovative methods
Impact: Revealed inconsistencies in common exposure reduction practices; inadequacies in utility
compliance testing protocols; and gaps in policies which may thwart lead poisoning prevention.
**Role:  Principal Investigator (4%)**

NIH, National Center for Environmental Health, U38 EH000621-01, (9/2009-8/2014)          **$3.4 million**
*Building the Louisiana Environmental Public Health Tracking Network*
Developed statewide environmental and public health surveillance network
(LA Office of Public Health website) to prioritize areas for monitoring, surveillance and outreach.
**Role:  Principal Investigator (100%)**

National Institutes of Health, National Cancer Institute, (3/2004-11/2006)          **$45,000**
*Dioxin Exposure Assessment for National Non-Hodgkin Lymphoma Case-Control Study*
Assessment to investigate associations between NHL and industrial dioxin
**Role: Principal Investigator (100%)**

US Agency for Toxic Substances and Disease Registry (ATSDR), (9/2002-8/2006)          **$100,000**
*Exposure Assessment for Communities Surrounding Santa Susana Field Lab*
Exposure assessment for communities surrounding nuclear energy testing facility. Resulted in
ATSDR report to derive clean-up levels; contributed to passage of CA bill to ensure cleanup of
and designation of site as state park; & used in legal proceedings to modify offsite monitoring.
Role: Graduate Research Assistant (50%)

Cancer Association of Greater New Orleans (CAGNO), (9/2000-8/2001)          **$5000**
*Development of Recombinant Adenovirus to Arrest Human Renal & Prostate Carcinoma Cells*
Tested vector engineered to express p27, & established gene therapy vector which triggered
cell cycle arrest and apoptosis in human renal and prostate cancer cells.
**Role: Research Grant Awardee (5%)**

National Cancer Institute (NCI), 199CA98-027, (9/1998-8/2002)          **$239,000**
*Cultivation of an African-American Prostate Cancer Cell Line*
Investigation of line advanced understanding of processes associated with cancer progression.
Role: Research Assistant (100%)

American Water Works Association Research Foundation (AWWARF), (8/1996-8/1998)          **$1.9 million**

*Investigation of Soil Aquifer Treatment (SAT) for Sustainable Water Reuse*
Assessed microbiological quality of groundwater at recharge sites; and optimized molecular methods for detection of pathogenic viruses in groundwater. Resulted in cheaper, more sensitive detection methods to evaluate SAT; and update US EPA's "Guidelines for Water Reuse"
Role: Graduate Research Assistant (50%)

Public Health Service (PHS), AI35104, (9/1994-8/1996)                                      **$65,000**
*Identification of Host Cell Surface Receptor for Human T-Cell Lymphotropic Virus-I*
Identify host cell receptors for HTLV-I. Identified candidate receptors which were investigated further for the design of drugs to inhibit virus-receptor interactions.
Role: Research Assistant (50%)

Howard Hughes Research Foundation, (6/1993-8/1993)                                      **$3000**
*Classical Genetic Analyses to Identify Homeobox Genes in Drosophila melanogaster*
Identify homeobox genes for furrow ingression during cytokinesis in *Drosophila melanogaster* to study cytokinesis coordination with chromosome segregation.
**Role: Summer Research Internship Awardee** (UC Santa Cruz) (25%)


***Non-Funded Grants*** (since LSU hire 2014)

National Institute of Minority Health Disparities (NIMHD), Co-I, P-50 Center Grant, $6,895,040
Disproportionate Environmental Exposome Problems in the South (DEEP South Center of Excellence) (2020) (**Impact Score=47**)

Water Resources Foundation (WRF), Co-PI, $200,000 **(One of two proposals invited for presentation)**
Evaluating Efficacy of NSF 53 POU Lead Filters in Community Water Systems (2017)

Louisiana Clinical and Translational Science Center, PI, $150,000 **(Invited for full application)**
Design/Evaluation of Culturally-Appropriate Intervention to Reduce Water Lead Exposures (2015)

U.S. Department of Housing and Urban Development, PI, $441,764 **(1 of 5 in final round)**
Quantification of Drinking Water Lead and Design of Culturally-Appropriate Interventions to Reduce Pb Exposure  (2014)


             **Total Funding as PI or co-PI since LSU hire (2014):        $4,721,900**


**ACADEMIC METRICS AND ALTMETRICS**                                      *(as of 4/22/2024)*

***Publication Record:*** 36 peer-reviewed journal publications (26 first or last author) and 8 book chapters [ORCID=https://orcid.org/0000-0003-3266-0575]

***Google Scholar***: Citations=660;  h-index=15; i10-index=16; g-index=20 [articles (n) with n*2 citations]

***Research Gate (RG):*** Citations=503; h-index=11; 7,804 reads; 20 recommendations; Total Research Interest Score=300 (> than 81% of ResearchGate members) [Total Research Interest=sum of interest in research publications based on citations, reads and recommendations].

***Web of Science:*** Citations=356; h-index=12; 25 publications [Web of Science ResearcherID: I-6162-2015]

***Scopus:*** Citations=400; h-index=12 [Scopus Author ID=6506556903]


**PUBLICATIONS**

*73 publications, including 36 journal articles, 8 books or chapters and 29 government reports.*

**Refereed Journal Articles**                    *(Advisees and community partners are underlined)*

1.  **Katner A**, Gootam P, Gnarra J, Rayford W. 2002. A recombinant adenovirus expressing p27$^{(Kip1)}$ induces cell cycle arrest/apoptosis in human 7860 renal carcinoma cells. *Journal of Urology* 168 (2):766-773.  ISSN 0022-5347, DOI: 10.1016/S0022-5347(05)64742-8. <u>LINK</u>

2.  **Katner A,** Hoang Q, Gnarra J, Rayford W. 2002. Induction of cell cycle arrest / apoptosis in human prostate carcinoma cells by a recombinant adenovirus expressing p27$^{Kip}$. *Prostate* 53 (1):77-87,  ISSN 0270-4137, DOI: 10.1002/pros.10124 <u>LINK</u>

3.  Koochekpour S, Maresh G, **Katner A,** Johnson K, Lee T, Hebert F, Kao Y, Skinner J, Rayford W. 2004. Establishment and characterization of a primary androgen-responsive African-American prostate cancer cell line, E006AA. *Prostate* 60 (2): 141-152.  ISSN 0270-4137, DOI: 10.1002/pros.20053 <u>LINK</u>

4.  Blanchard K, Proverbs-Singh T, **Katner A,** Lifsey D, Pollard S, Rayford W. 2005. Knowledge, attitudes and beliefs of women about the importance of prostate cancer screening. *Journal of the National Medical Association* 97(10) 1379-1385. PMID: 16353659 <u>LINK</u>

5.  Locklin C, Lackovic M, **Katner A**, Soileau S, Dugas D. 2007. Adult Blood Lead Testing in Louisiana. *Louisiana Morbidity Report,* 19(4)1-3.

6.  McCormick M, **Katner A**, Soileau S, Locklin C, Badakhsh R, Lackovic M, Palermo C, White L, Dugas D. 2008. Blood Hg Levels, LA, 2007. *Louisiana Morbidity Report,* 19 (6): 1-6.

7.  **Katner A**, Soileau S, Dugas D, Ratard R. 2008. Mercury Levels in Seafood: Caught vs. Bought-Louisiana, 2007. *Louisiana Morbidity Report,* 19 (1): 2-3.

8.  <u>Ahsan SA</u>, Lackovic M, **Katner A,** Palermo C. 2009. Metal fume fever: review of the literature and cases reported to the Louisiana Poison Control Center. *Journal of the Louisiana State Medical Society* 161(6): 348-351.<u>LINK</u>

9.  **Katner A,** Sun MH, Suffet M. 2010. An evaluation of mercury levels in Louisiana fish: Trends and public health issues. *Science of the Total Environment* 408:5707-5714.  ISSN 0048-9697, DOI: 10.1016/j.scitotenv.2010.08.021 <u>LINK</u>

10. **Katner A**, Ogunyinka E, Sun MH, Lavigne L, Suffet M. 2011. Fishing, fish consumption and advisory awareness among Louisiana's recreational fishers. *Environmental Research* 111(8):1037-1045.  ISSN 0013-9351, DOI: 10.1016/j.envres.2011.08.001  <u>LINK</u>  **Best paper in field since publication for Katner (2011)**

11. **Katner A,** <u>Peak K</u>, Sun MH, Badakhsh R, <u>Woods A</u>. 2012. Emergency department visits for carbon monoxide poisoning in Louisiana. *Journal of the Louisiana State Medical Society* 164(6): 306-310. PMID:23431671 <u>LINK</u>

12. **Katner A,** Clarke C, Williams E. 2012. Blood Lead Surveillance in Children and Adults- Louisiana, *Louisiana Morbidity Report,* Jan-Feb., 24(1):4-6.

13. **Katner A**, Sun MH, Suffet M. 2013. A methylmercury risk screening assessment to identify fish species and populations of potential concern. *Public Health Frontier* 2(3): 156-165. LINK

14. **Katner A.** 2015. Prioritization of Louisiana parishes based on industrial releases of known or suspected carcinogens. *Journal of the Louisiana State Medical Society* 167(3): 122-128. PMID:27159456.

15. **Katner A,** Lackovic M, Streva K, Paul V, Trachtman C. 2015. Evaluation of available data sources to prioritize parishes for arsenic monitoring and outreach related to private well water**.** *Journal of Public Health Management and Practice,* 21(2): S93-S101.  ISSN 1078-4659, PMID:25621453 doi:10.1097/PHH.0000000000000177, LINK

16. **Katner A**, Pieper K, Lambrinidou Y, Edwards M, Brown K, Hu C, Mielke H. 2016. Weaknesses in drinking water regulations and public health policies that may impede lead poisoning prevention and environmental justice. *Journal of Environmental Justice*, 9(4):109-117.  LINK **Top 5 "high-impact" paper for 2016-'17**, JEJ.

17. Parks J, Pieper K, **Katner A,** Tang M, Edwards M. 2018. Potential challenges to meeting the American Academy of Pediatrics' lead in school drinking water goal of 1 μg/L. *Corrosion* 74(8):914-917. ISSN 0010-9312, DOI: 10.5006/2770. LINK

18. **Katner A,** Pieper K, Brown K, Lin H, Parks J, Wang X, Hu C, Masters S, Mielke H, Edwards M. 2018. Effectiveness of prevailing flush guidelines to prevent exposure to lead in water. *International Journal of Environmental Research and Public Health.* 15(7):1537-1559. DOI: 10.3390/ijerph15071537. LINK

19. Dai D, Rhoades W, **Katner A,** Strom L, Edwards M, Pruden A, Pieper K. 2019. Molecular survey of *Legionella* and *Naegleria fowleri* in private well water and premise plumbing following the 2016 Louisiana flood. *Environmental Science: Water Research and Technology*. 8(5): 1464-1477.  ISSN 2053-1400, DOI: 10.1039/c9ew00109c. LINK

20. Pieper K, **Katner A,** Kriss R, Tang M, Edwards M. 2019. Understanding lead in water and avoidance strategies: A United States perspective for informed decision-making. *Journal of Water and Health* 17(4):540-555.  ISSN 1477-8920, DOI: 10.2166/wh.2019.272 LINK **Selected by IWA Publishing for Knowledge Unlatched Open Access "***based on its broad-scale importance to the water community and its potential interest to researchers in the developing world".* LINK Cited in World Health Organization's "Lead in drinking water: Technical brief at: LINK

21. Pieper KJ, Rhoads WJ, Saucier L, **Katner A,** Barrett JR, Edwards M. 2020. Improving state-level emergency well disinfection strategies in the United States, *Science of the Total Environment*. Vol 720, 137451-137459.  ISSN 0048-9697, DOI: 10.1016/j.scitotenv.2020. LINK

22. Gilliland A, Pieper K, Straif-Bourgeois S, Rhoads W, Dai D, Edwards M, Brisolara K, Olexia D, **Katner A**. 2020. Evaluation of preparedness and recovery needs of private well users after the Great

Louisiana Flood of 2016. *Journal of Public Health Management and Practice.* Nov-Dec 27(6):577-587. LINK.

23. Wait K, **Katner A**, Gallagher D, Edwards M, Mize W, Lee Pow Jackson C, Pieper K. 2020. Disparities in well water outreach and assistance provided by local health departments: A North Carolina case study. *Science of the Total Environment.* 747: 141173-141181. DOI: 10.1016/j.scitotenv.2020.141173. LINK

24. Gilliland AE, Gholson DM, Boellstorff DE, Pieper KJ, Straif-Bourgeois S, **Katner A**. 2020. Natural disaster emergency response to private water well owner needs: Evaluation of a pilot outreach approach. *Journal of Environmental Health.* 83(2):16-24. **Selected for feature article** for Sept 2020 National Preparedness issue. LINK

25. Diaz J, Brisolara K, Harrington D, Hu C, **Katner A**. 2020. Environmental health impact of Hurricane Katrina on New Orleans. *American Journal of Public Health.* 110(10): 1480-1484. LINK

26. **Katner A**, Brisolara K, Katner P, Jacoby A, Honore P. 2020. Panic in the streets— Pandemic and protests: A manifestation of a failure to achieve democratic ideals. *New Solutions: A Journal of Environmental and Occupational Health Policy.* 30(3):161-167. DOI: 10.1177/1048291120960233 LINK

27. Pieper K, Jones C, Rhoads W, McNamara R, Gholson D, **Katner A**, Boellstorff D, Beighley R. 2021. Microbial contamination of drinking water supplied by private wells after Hurricane Harvey. *Environmental Science and Technology*. 55(12): 8382-8392. https://doi.org/10.1021/acs.est.0c07869. LINK

28. Peluso V, Brisolara K, Capello H, Spence M, Gilliland A, **Katner A**. 2021. Development, evaluation and enhancement of a transdisciplinary project-based and community-engaged environmental public health curriculum for primary and secondary students. *Journal of the Louisiana Public Health Association*. 2(1):43-55. LINK

29. McCallum L,  Lackovic M, Whitcomb O, **Katner A,**  Harrington D. 2022. Louisiana Guestworker health and safety- a necessary component of health equity: Lessons from the COVID-19 pandemic. *New Solutions: A Journal of Environmental and Occupational Health Policy* 31(5): 490-498. DOI: 10.1177/10482911211065751. LINK

30. Carvajal-Nigro R, Purchase JM,  Pieper KJ, **Katner A**, Edwards M. 2022. Iron clogging of lead certified point-of-use pitcher filters. *Environmental Engineering Science*. 39(7):587-597. DOI: 10.1089/ees.2021.0331  LINK

31. Wait KD, Kriss R, Jones CN, George A, Mize W, Freeman B, Currie J , Burchell M, Parks J, **Katner A**, Edwards M, Pieper KJ. 2022. Addressing emerging contaminants in well water: A perspective on the occurrence and sources of hexavalent chromium (Cr[VI]) in North Carolina. *Environmental Science.* DOI: 10.2139/ssrn.4217666.  LINK

32. **Katner A**, Katner HP. 2023. Louisiana's 2023 Legislative Session: Bills Impacting LGBTQ+ and Public Health. *Journal of the Louisiana Public Health Association.* Vol 3(2):4-9. LINK

33. Leyton-High C, **Katner A**. 2023. Potential public health impacts of Louisiana House Bill 182. *Journal of the Louisiana Public Health Association.* Vol 3(2):10-13. LINK

34. Gilliland A, Peluso V, Layton-High C, Straif-Bourgeois S,  Brisolara K, Pierce G, Pieper K, **Katner A**. 2023. Factors impacting adoption of and experience with point-of-use activated carbon faucet mount water filters. *Journal of Louisiana Public Health Association.* Vol 3(3): 38-53. LINK

35. **Katner A**. 2023. Public health impacts of climate change. *Journal of Louisiana Public Health Association*. Vol 3(3):10-15. LINK

36. Wait KD, Roy S, **Katner A,** Pruden A, Purchase J, Lopez K, Kriss R, Odimayomi T, Edwards M. 2024. A citizen science approach to evaluating consumer water safety concerns (2011-2022). Vol 4(4). *Environmental Science and Technology Water.* DOI:10.1021/1csestwater.4c00090. LINK

**Papers Submitted (Pending)**

37. Purchase J, Villalona C, **Katner A**, Pieper K, Edwards M. Houshold point-of-use water faucet filters for lead removal: Performance and user experiences. Submitted to  *Environmental Science and Technology*. (Decision pending)

**BOOK AND BOOK CHAPTERS**

38. Gerba C, Seidel G, Oswald A, **Katner A**. 2001. Chapter 5: Soil Aquifer Treatment for Sustainable Water Reuse. In: *Pathogen Studies*, p 123-143. Ed: Fox P, American Water Works Association (AWWA) and AWWA Research Foundation. Denver, CO. ISBN-10: 1583211330 LINK

39. **Katner A**, Cohen Y. Exposure assessment involving an aerospace facility with limited monitoring data. Environmental Science and Technology. Vol 1. Eds: Lyon WG, Hong J, Reddy RK. American Science Press. First International Conference on Environmental Science and Technology, New Orleans, LA. ISBN 0-9768853-4-4.

40. Cohen Y, **Katner A**. 2007. Chapter 17: Improvement of Risk Assessments for Multi-contaminant Sites in the Face of Critical Data Gaps. In: *Risk Assessment for Environmental Health*, p 489-509. Editors: Robson MG, Toscano WA, Toscano G. Jossey- Bass, San Francisco, CA. ISBN-10: 0-7879-8319-5. **Invited book chapter** LINK

41. **Katner A.** 2011. *Assessment of Louisiana's Fish Tissue Mercury Levels, Sportfish Consumption, Methylmercury Intake and Potential Risk: Implications for Monitoring, Advisory Development and Outreach.* ProQUest, UMI Publishing, Ann Arbor, MI. ISBN-10: 1243607866; ISBN-13: 978-1243607867. LINK

42. **Katner A**, Pieper K, Lambrinidou Y, Brown K, Subra W, Edwards M. 2017. Chapter 5: America's Path to Drinking Water Infrastructure Inequality and Environmental Injustice. In: *Handbook of Sustainability: Case Studies and Practical Solutions,* Editors: Brinkman R, Garren SJ. Palgrave Macmillan. New York, NY. DOI: 10.1007/978-3-319-71389-2. ISBN-13: 978-3319713885  **Invited book chapter**

43. **Katner A**, Mielke H. 2019. Chapter 25: Lead Poisoning. In: *A Handbook of Environmental Toxicology*: *Human Disorders and Ecotoxicology* Editor: D'Mello F. CAB International, Oxfordshire, England. ISBN: 9781786394675. LINK

44. Purchase J, **Katner A**, Pieper K, Edwards M. 2021. Long term performance of point of use water faucet filters in Louisiana households. In: *Practical Applications of NSF/ANSI 53 Lead Certified Filters: Investigating Lead Removal, Clogging and Consumer Experience*. Virginia Tech Works Library, Blacksburg, VA. LINK

45. Rouillier R, Purchase JM, Pieper K, **Katner A**, Edwards M. 2022. Iron clogging of lead certified point-of-use pitcher filters. In: *Practical Applications of NSF/ANSI 53 Lead Certified Filters: Investigating Lead Removal, Clogging and Consumer Experience*. Virginia Tech Works Library, Blacksburg, VA. LINK

**GOVERNMENT PUBLICATIONS, REPORTS AND ARTICLES**

46. **Katner A**, Divan H, Ward M, Nuckols JR**.** Retrospective Assessment to Quantify Potential Dioxin Exposures for a Nationwide Case-Control Study of Non-Hodgkin Lymphoma. Report to the National Institutes of Health, National Cancer Institute, Occupational and Environmental Epidemiology Branch, Rockville, MD (2005).

47. Cohen Y, **Katner A**, Harmon T, Glik D, Grifoll J, Wheeler N, Chinkin L, Ryan P**.** Potential for Offsite Exposures Associated with Santa Susana Field Laboratory, Ventura County, CA. Report for the Agency for Toxic Substances and Disease Registry (ATSDR) (2006). LINK

48. **Katner A**, Lackovic M, Doshani M, Gastanduy M, Koleva Y, Soileau S, White L, Dugas D. Conducting Occupational Health Surveillance during Emergency Events. LA Depts. of Health and Hospitals. Baton Rouge, LA (2009).

49. Soileau S, **Katner A**, Streva K, Dugas D, Badakhsh R, Williams E, Frierson G. Establishing a Surveillance System to Track and Link Louisiana's Blood Mercury and Fish-Tissue Mercury Levels. Report to the Association of State and Territorial Health Officials' (ASTHO) State-to-State Peer Fellowship Program. Louisiana Office of Public Health, Section of Environmental Epidemiology and Toxicology Baton Rouge, LA (2009). LINK

50. Aubin K, Olexia D, **Katner A.** Health Consultation for Union Carbide, St. Charles Parish, Louisiana. Report to the US Agency for Toxic Substances and Disease Registry (ATSDR). Louisiana Office of Public Health, Section of Environmental Epidemiology and Toxicology Baton Rouge, LA (2009). LINK

51. Aubin K, **Katner A**, Soileau S, Dugas D. Evaluation of St. Charles Parish Hospital Emergency Department Visits after DOW's Ethyl Acrylate Release. Report to the Secretary of Louisiana Department of Health and Hospitals. LA Office of Public Health, Environmental Epidemiology and Toxicology Baton Rouge, LA (2009).

52. **Katner A**, Streva K, Sun MH, Paul V. Lead Poisoning (Childhood): Blood Testing Surveillance Report, LA. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2011). LINK

53. **Katner A**, Streva K, Sun MH, Paul V. Lead Poisoning (Childhood): Risk Factors Surveillance Report, LA. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2011). <u>LINK</u>

54. LA Seafood Safety Response and Quality Certification Plan: Post-Mississippi Canyon 252 (BP) Oil Spill. LA Depts. of Health, Environmental Health, Agriculture and Forestry, Wildlife and Fisheries. Baton Rouge, LA (2011).

55. Alexia D, Aubin K, Dugas D, Soileau S, **Katner A.** Assessment of Health Hazards Related to Indoor Copper Corrosion Possibly Associated with Imported Drywall. LA Office of Public Health, Environmental Epidemiology and Toxicology Report to Secretary of LA Department of Health. Baton Rouge, LA (2011).

56. DuClos C, Folsom J, Stewart D. Frierson G, **Katner A**, Agwale V, et al. Metadata Creation and Usability Whitepaper: A Primer for Content Creation, Searchability and Messaging. US Centers for Disease Control and Prevention, Environmental Public Health Tracking Program. Atlanta, GA (2012). <u>LINK</u>

57. **Katner A**, Streva K, Sun MH, Paul V. Louisiana Air Quality: Ozone and PM2.5. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2012). <u>LINK</u>

58. **Katner A**, Streva K, Sun MH, Paul V. Heat Vulnerability in Louisiana. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2012). <u>LINK</u>

59. Lackovic M, **Katner A**. Summary of Pesticide Surveillance Data: Louisiana, 2006-2011. LA Department of Health and Hospitals. Baton Rouge, LA (2013). <u>LINK</u>

60. **Katner A**, Streva K, Sun MH, Paul V. Heat Stress: Hospital Admissions, Emergency Department Visits and Deaths in Louisiana. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2013). <u>LINK</u>

61. **Katner A**, Streva K, Sun MH, Paul V. Birth Defects, Louisiana. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2013). <u>LINK</u>

62. **Katner A**, Streva K, Sun MH, Paul V. Heart Attacks: Hospitalizations, Louisiana. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2013). <u>LINK</u>

63. **Katner A**, Streva K, Sun MH, Paul V. Asthma: Hospitalizations and Emergency Department Visits, LA. LA Dept of Health. Baton Rouge, LA (2013). <u>LINK</u>

64. **Katner A**, Streva K, Sun MH, Paul V. Reproductive Outcomes: Prematurity, Low Birth Weight, Fertility Rate, Sex Ratio and Mortality, Louisiana. Louisiana Department of Health and Hospitals. Baton Rouge, LA (2013). <u>LINK</u>

65. **Katner, A**. Louisiana Community Environmental Health Profiles. 2015. Louisiana Department of Health and Hospitals, Office of Public Health, Section of Environmental Epidemiology and Toxicology, Baton Rouge, LA.

66. **Katner A**. Flint, MI and the need for Lead and Copper Rule revisions. TU Water Ways. Tulane Institute on Water Resources Law and Policy. (Oct 20, 2015). <u>LINK</u>

67. Gilliland A, Straif-Bourgeois S, Pieper K, **Katner A**. 2019. Private well owner needs after the historic Louisiana flood of 2016: Recommendations to improve government response and reduce community vulnerability.  Report for the Louisiana Department of Natural Resources and the Louisiana Department of Health, Baton Rouge, LA.

68. **Katner A,** Diaz J, Straif-Bourgeois S, Pieper K, Brisolara K and Edwards M. Houston we have a problem: Challenges and lessons from the aftermath of Hurricane Katrina. Environmental Health News: Climate and Daily Climate (Sept 1, 2017). <u>LINK</u>

69. **Katner A**, LeCompte E, Stallard, C, Walsh I, Brisolara K. 2019. Traffic-related pollutants and human health within the I-10 Claiborne Corridor, New Orleans, LA: Land use implications. Report for the New Orleans City Council, the Claiborne Corridor Alliance, and the American Geophysical Union, Thriving Earth Exchange Program. <u>LINK</u>

70. **Katner A**. Independent Assessment of Environmental Conditions of Public School Locations: St. John the Baptist Parish, Louisiana. Report for NAACP and St. John the Baptist Parish School District. February 9, 2021. <u>LINK</u>

71. **Katner A**. St. John the Baptist Parish Chloroprene Monitoring Demonstration. Subproject of the "Cancer Reporting in St. John the Baptist Parish (CRISP) Project". Report Prepared for Louisiana Department of Health, Office of Public Health. April 11, 2022. <u>LINK</u>  **Impact: Triggered EPA inspection (April 18 '22), monitoring (May 5 '22), <u>RCRA</u> and <u>OSHA</u>ct violations, <u>consent agreement</u>, and order to address waste management.**

72. **Katner A**. Environmental Justice Screen: West Bank of St. John the Baptist Parish, Louisiana. Report submitted to Louisiana Trust for Historic Preservation to be integrated into grant for the National Trust for Historic Preservation (NHTP). Sept. 6, 2022. **Impact: NTHP awarded West St John the Baptist Parish, "One of America's 11 Most Endangered Historic Places" (2023). Also being considered for National Historic Landmark designation by the National Park Service.** <u>LINK</u>

73. Edwards M, **Katner A**, Cooper C, Berglund E, Pieper K. Untapping the Crowd: Consumer Detection and Control of Lead in Drinking Water. Report to the U.S. Environmental Protection Agency. 2023. <u>LINK</u>

74. **Katner A**. Assessment of Environmental Conditions of Public School Locations: St. James Parish, Louisiana. Report for NAACP. February 13, 2023.


**PUBLISHED ABSTRACTS**

1. Roy MT, **Katner A,** Freistadt MS. Strategy to identify the host cell surface receptor for Human T-Cell Lymphotropic Virus-I. Proceedings of the 16th Annual Meeting for the American Association for Virology. Bozeman, MT (6/20/1997).

2. **Katner A,** Gerba CP. Evaluation of PCR for detection of enteroviruses in groundwater impacted by reclaimed wastewater. Proceedings of 98th Conference of General American Society of Microbiology, Atlanta, GA (5/20/1998).

3. **Katner A.** Recombinant adenovirus expressing p27(Kip1) induces cell cycle arrest and apoptosis in human renal carcinoma cells. Proceedings of the Southeast American Urology Association, Orlando, FL (3/12/2000).

4. Qiangwei M, **Katner A**, Bryan W, Davis R, Rayford W. Evaluation of Adp27 (Kip1) in human prostate carcinoma cell lines LNCaP and DU145. Proceedings of the Annual Conference of the Southeast American Urological Association, Orlando, FL (3/18/2000).

5. **Katner A,** Ma Q, Gootam P, Hoang Q, Gnarra J, Rayford W. Recombinant adenovirus expressing p27(Kip1) induces cell cycle arrest and apoptosis in human prostate carcinoma cells. Annual Meeting of the American Urological Association, Atlanta, GA (5/10/2000).

6. Gootam P, **Katner A,** Hoang P, Rayford W. Induction of tumor suppression in renal carcinoma infected mice by p27(Kip1) induction. Proceedings of the 96th Annual Conference of the American Urological Association, Atlanta, GA (5/25/2001).

7. **Katner A,** Cohen Y. Environmental impact assessments:  scientific rigor, objectivity, uncertainties, transparency and effective participation of stake holders. 5th Conference on Environmental Health Risk Assessment, Minnesota, MN (6/5/2004).

8. **Katner A**, Cohen Y. Risk assessments in the face of critical data gaps: involvement of stakeholders and establishing trust. Annual Meeting of Society for Risk Analysis, Palm Springs, CA (12/7/2004).

9. **Katner A,** Nuckols JR. Evaluation of potential public health risks from industry-released air toxics in LA using EPA's Risk Screening Environmental Indicators (RSEI) model.  International Society for Environmental Epidemiology / International Society of Exposure Analysis Annual Joint Conference, Washington DC (5/4/2005).

10. **Katner A**, Cohen Y. Environmental impact assessment of a multiuse industrial facility: scientific rigor, uncertainty, and participation of stakeholders. Annual Conference of the American Institute of Chemical Engineers, Cincinnati, OH (10/30/2005).

11. **Katner A,** Divan H, Ward M, Nuckols JR. Using GIS to evaluate environmental exposures to solvent releases and risk of non-Hodgins Lymphoma. National Institutes of Health, National Cancer Research Institute 1st Annual Conference, Rockville, MD (11/8/2005).

12. **Katner A,** Soileau S, Piehler C. Evaluation of spatiotemporal variation in LA's fish-tissue Hg concentrations. EPA National Forum on Contaminants in Fish, Portland, ME (6/25/2007).

13. **Katner A**. LA's fish advisory program: assumptions and fish-tissue mercury levels. EPA National Forum on Contaminants in Fish, Portland, Oregon (11/3/2009). <u>LINK</u>

14. Ramson M, Williams E, **Katner A**. Impact of environmental and occupational health programs in Louisiana. Louisiana Public Health Association Annual Conference. Lafayette, LA (4/11/2012).

15. **Katner A.** Carbon Monoxide poisoning: Evidence to support state and federal policy changes. U.S. Department of Housing and Urban Development's (HUD) National Conference of Lead and Healthy Homes. New Orleans, LA (5/1/2012).

16. Woods A, **Katner A**, Streva K. Arsenic in well water in Louisiana: Evidence to support mandatory monitoring and reporting. Proceedings of the National Conference of Lead and Healthy Homes Grantees. New Orleans, LA (May 1-3, 2012).

17. **Katner A.** Evaluation of the success of public disclosure on reducing environmental releases of known and suspected carcinogens in Louisiana. Annual Meeting of the Louisiana Cancer Research Consortium. New Orleans. LA. (3/27/2014).

18. Lackovic M, **Katner A,** Streva K. Evaluation of available data sources for inclusion in a statewide tracking system for well water arsenic hazards and potential exposures. Proceedings of the Council of State and Territorial Epidemiologists Annual Conference, Nashville, TN (6/23/2014).

19. Lackovic M, **Katner A**, Streva K. Evaluation of available data to identify potential arsenic hotspots. Proceedings of the Annual Meeting of the American Public Health Association, New Orleans, LA (11/17/2014).

20. Lackovic M, **Katner A**, Lewis J, Paul V. Occupational heat-related illness, Louisiana 2010-2011. Proceedings of the Annual Meeting of the American Public Health Association, New Orleans, LA (11/18/2014).

21. **Katner A.** Evaluation of the success of information disclosure on reducing environmental releases of known and suspected carcinogens in LA. Annual Meeting of the American Public Health Association, New Orleans, LA (11/18/2014).

22. Diaz J, Brisolara K, **Katner A**, Hendricks M. Laws affecting cross-state licensure, quarantine and control of infectious disease. International Disaster Conference. New Orleans, LA (2/11/2015).

23. **Katner AL**, Hu CY, Diaz JH. Policy lapses and recommendations for addressing childhood lead poisoning in New Orleans. Xavier University of Louisiana 8th Health Disparities Conference, New Orleans, LA, (3/12/2015).

24. **Katner A.** Brown K.  Evaluation of environmental and educational interventions to reduce childhood lead poisoning from an underestimated lead source- drinking water. National Lead and Healthy Housing Conference. New Orleans, LA (10/8/2015).

25. **Katner A**, Brown K, Hu C, Diaz J. Legacy of lead water lines: hazard assessment, exposure modeling and implications to public health, policy and outreach. Society of Toxicology's 55TH An. Meeting. New Orleans, LA (3/16/2016). *The Toxicologist, Supplement to Toxicological Sciences,* 150(1): 466.

26. **Katner A.** Drinking water: An underestimated source of lead exposure? Proceedings of the 79th National Environmental Health Association Meeting and US Housing and Urban Development's Healthy Homes Conference. San Antonio, TX (6/14/2016).

27. Pieper K, **Katner A,** S. Roy, Edwards M**.** Lead in drinking water: disparities in water infrastructure and associated homeowner burdens. Proceedings of the Water and Health Conference. Chapel Hill, NC, (10/14/2016).

28. Edwards M, Pieper K, **Katner A.** Non-academic perspectives on access to safe -potable water in the U.S at the Water and Health Conference. Chapel Hill, NC, (10/14/2016).

29. Brown K, **Katner A,** Pieper K, O-Rear L, Edwards M. 2017. The Great Louisiana Flood of 2016: Private well owner knowledge, response and needs. American College of Epidemiologists (ACE) Annual Meeting. New Orleans, LA (9/25/2017). *Annals of Epidemiology* 27(8):512-513. DOI: 10.1016/j.annepidem.2017.07.048

30. **Katner A**, Pieper K, <u>Brown K</u>, Parks J, Hu C, Lin H, <u>Wang X</u>, Edwards M. 2017. Evaluation of waterborne lead in New Orleans, LA: Policy implications for monitoring and exposure reduction. American College of Epidemiologists (ACE) Annual Meeting. New Orleans, LA (9/25/2017). *Annals of Epidemiology* 27(8):513. DOI: 10.1016/j.annepidem.2017.07.054.

31. **Katner A,** Pieper K, <u>Lambrinidou Y</u>, <u>Brown K</u>, <u>Subra W</u>, Edwards M. 2017. Drinking water infrastructure inequality: New insight into system corrosion and the lead-pathogen nexus.  American Chemical Society's 254th National Meeting and Exposition. Washington DC (Aug 20-24, 2017).   *Journal of the American Chemical Society*, 254, ISSN 0065-7727.

32. **Katner A**, Pieper K, Parks J, <u>Brown K</u>, Hu C, Lin H, <u>Wang X</u>, Diaz J, Edwards, M. 2017. Evaluation of prevailing flush guidelines to reduce water lead exposures: Implications for regulations and public health outreach. American Chemical Society's 254th National Meeting and Exposition.  Washington DC (Aug 20-24, 2017). *Journal of the American Chemical Society*, 253, ISSN 0065-7727.

33. **Katner A**, Pieper K, <u>Brown K</u>, <u>Dai D</u>, O'Rear L, Pruden A, Edwards M. Private well water quality and emergency response needs after a historic flooding event. Water and Health Conference: Where Science Meets Policy. Chapel Hill, NC (10/18/2017).

34. Pieper K, **Katner A**, Tang M, Edwards M. Effectiveness of household water lead remediation strategies during the Flint Water Crisis. Water and Health Conference: Where Science Meets Policy. Chapel Hill, NC (10/19/2017).

35. **Katner A.** Climate change: Impact on public health. 34th International Nurse Education and Nurse Specialist Conference. New Orleans, LA (11/8/2017). ISSN: 2573-0347.

36. Pieper KJ, <u>Dai D</u>, **Katner A,** Rhoads W, Pruden A, Edwards M. Characterizing private well communities after a historic flooding event. American Water Works Association's Water Quality Technology Conference and Exposition. Portland, OR (11/14/2017).

    <u>Afaneh H</u>, **Katner A**. Promoting hydroponic farming to conserve water in the Gaza Strip. Xavier U of LA 11th Health Disparities Conference, New Orleans, LA (4/19/2018).

37. **Katner A**, Pieper K, Edwards M. 2018. Iron as an indicator of water system corrosion and compromised disinfection: Argument for regulating iron and small system corrosion control. American Chemical Society's 255th National Meeting and Exposition. New Orleans, LA (10/20/2018). *Journal of the American Chemical Society*, 255, ISSN 0065-7727.

38. **Katner A**, Pieper K, Dai D, Rhoads W, Straif-Bourgeois S, Pruden A, Edwards M. 2018. Challenges faced by private well owners in the aftermath of the 2016 Louisiana floods. American Chemical Society's 256th National Meeting. Boston, MA (8/20/2018). *Journal of the American Chemical Society*, 256, ISSN 0065-7727.

39. <u>Saucier L</u>, **Katner A,** Barrett J, Pieper K. 2018. Evaluating state-level well disinfection protocols in the United States. National Institutes of Water Resources' Annual Water Resources Conference. Pittsburgh, PA (June 25-28, 2018).

40. **Katner A**, Pieper K, <u>Brown K</u>, Parks J, Hu C, Lin H, <u>Wang X</u>, Edwards M. 2018. Health impacts of low-dose lead: Implications for monitoring and exposure reduction guidelines. National Institutes of Water Resources' and Universities Council on Water Resources' Annual Water Resources Conference. Pittsburgh, PA (June 25-28, 2018).

41. Gholson D, Boellstorff D, Smith J, Pieper K, Rhoads W, **Katner, A**, Gentry T, Mapili K, Dozier M. The capacity to support private water well owners after a natural disaster. National Institutes of Water

Resources' and Universities Council on Water Resources' Annual Water Resources Conference. Pittsburgh, PA (June 25-28, 2018).

42. Dai D, Brouse M, Mapili K, Rhoads W, Strom L, **Katner A**, Edwards M, Pieper K, Pruden A.  Vulnerability of private well systems to flooding and opportunistic pathogen colonization. 25th Borchardt Conference, Ann Arbor, MI (Feb 25, 2020). LINK AND LINK

43. **Katner A**, Edwards M, Pieper K. Identifying and addressing drinking water challenges in well-reliant communities after natural disasters: Lessons from a Louisiana flood. State of the Coast Conference, virtual (May 26-28, 2021).

44. **Katner A**, Gilliland A, Purchase J, Straif-Bourgeois S, Peluso V, Brisolara K, Edwards M, Pieper K. 2021. Factors impacting adoption of point-of-use activated carbon faucet mount water filters. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021). *Environmental Health Perspectives.* DOI: 10.1289/isee.2021.P-435.

45. Peluso V, Brisolara K, Capello H, Spence M, Gilliland A, **Katner A.** 2021. Evaluation of a transdisciplinary project-based environmental public health curriculum for primary and secondary students. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021). *Environmental Health Perspectives*. DOI: 10.1289/isee.2021.p-092.

46. McCallum L, Lackovic M, Whitcomb O, **Katner A**, Harrington D. 2021. Guestworker safety and health in Louisiana: Lessons from the COVID-19 pandemic. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021).   *Environmental Health Perspectives*. DOI: 10.1289/isee.2021.p-157

47. **Katner A**, Stelly A, LeCompte E, Stallard C, Walsh I, Brisolara K. 2021. Traffic-related pollutants and human health within the interstate-10 Claiborne Corridor: land use implications. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021). *Environmental Health Perspectives*. DOI: 10.1289/isee.2021.p-467.

48. **Katner A**. 2021. Cumulative risk assessment for public schools in a predominantly poor, minority and heavily industrialized area of Louisiana. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021). *Environmental Health Perspectives*. DOI: 10.1289/isee.2021.p-632.

49. **Katner A**, Pieper K, Edwards M. 2021. Drinking water challenges at the nexus of corroding infrastructure, policy, public health and climate change. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021).  *Environmental Health Perspectives.* Vol 2021, Issue 1. DOI: 10.1289/isee.2021.P-189

50. **Katner A**, Pieper K. 2021. Identifying and addressing drinking water challenges in well-reliant communities after natural disasters: lessons from a Louisiana flood. 33rd Annual Conference of the International Society for Environmental Epidemiology (ISEE 2021). Virtual (August 23-26, 2021). *Environmental Health Perspectives*. DOI: 10.1289/isee.2021.p-657.

51. **Katner A**. 2021. The role of misunderstanding and misapplication of science in perpetuating environmental injustice. International Society of Exposure Science (ISES) Annual Meeting. Virtual. (August 30 – Sept 2, 2021).

52. **Katner A**, Brisolara K. 2021. Evaluation of multidisciplinary community-triggered project-based approaches to resolve complex environmental public health problems. International Society of Exposure Science (ISES) Annual Meeting. Virtual. (August 30 – Sept 2, 2021).

53. **Katner A**, Edwards M, Pieper K. 2021. Drinking water challenges at the nexus of corroding infrastructure, exposure reduction science, regulations and policy, public health and climate change. International Society of Exposure Science (ISES) Annual Meeting. Virtual (Aug 30- Sept 2, 2021).

54. **Katner A**, Pieper K. 2022. Case studies highlighting obstacles to self-reliance in accessing clean drinking water: Preparing communities for climate change and corroding drinking water infrastructure. Gulf of Mexico Conference, Baton Rouge, LA (Apr 15-28, 2022).

55. **Katner A**. 2022. Role of science misapplication and misinterpretation in perpetuating environmental injustice. National Network of Public Health Institutes Annual Conference (NNPHI), New Orleans LA (May 17-19, 2022).

56. Pieper K, Jones N, Rhoads W, Rome M, Gholson D, **Katner A**, Boellstorff D, Beighley RE. Microbial contamination of drinking water supplied by private wells after Hurricane Harvey. Association of Environmental Engineering and Science Professors (AEESP) Annual Conference, St. Louis, Missouri. (June 28-30, 2022).

57. **Katner A**, Stelly A, De Jesus Crespo R, Wallace T, Brisolara A. Rebuilding after climate disasters, population displacements and government abandonment: Louisiana case studies in fostering community ownership, equity and resilience. 2023 National Environmental Health Association's (NEHA) Annual Educational Conference (AEC). New Orleans, LA (July 31- August 3, 2023).

58. **Katner A**, Straif-Bourgeois S, Harrington D, Bian R, Brisolara K. Louisiana's wicked climate future: A cautionary tale about hurricanes, floods and heat, Oh My! 2023 National Environmental Health Association's (NEHA) Annual Educational Conference (AEC). New Orleans, LA (July 31- August 3, 2023).

59. **Katner A**, Edwards M, Stelly A, Brisolara K, Williams D, Trapido E, Pieper K. Climate hazards faced by underserved communities and recommendations for fostering disaster resilience and environmental justice. 2024 Annual Conference of the American Chemical Society (ACS). New Orleans, LA (March 17-24, 2024).

60. **Katner A**, Stelly A, Brisolara K, Williams D, Trapido E, Pieper K. Louisiana lessons learned on the cumulative and cascading effects of climate change in underseved communities and strategies for foster disaster resilience and environmental justice. 2024 Annual Conference of the National Network of Public Health Insititutes (NNPHI). New Orleans, LA (March 21-23, 2024).

**Unpublished Abstracts**

61. **Katner A.** Molecular methods for the detection of enteroviruses in groundwater. Fifth Annual Arizona University Environmental Studies Conference. Northern Arizona U. Flagstaff, AZ (3/28/1997). **Awarded best talk.**

62. **Katner A.** Data linkage: Fish tissue mercury and childhood blood mercury- ASTHO Environmental Public Health Tracking State-to-State Peer Fellowship Program, 25th Annual LA Remote Sensing & GIS Workshop, Baton Rouge, LA (4/14/2009).

63. **Katner A.** Linking Blood Mercury Levels and Fish-Tissue Mercury Levels- Demonstration Environmental Public Health Tracking Project U.S. CDC's Annual National Environmental Public Health Tracking Meeting. Atlanta, GA (10/26/2009).

64. **Katner A.** Evaluating asbestosis hospitalizations in LA, 2000-2009. U.S. CDC's Annual National Environmental Public Health Tracking Meeting. Atlanta, GA (6/23/2011).

65. **Katner A.** Setting the groundwork for emerging water quality issues in LA. U.S. CDC An. National Environmental Public Health Tracking Meeting. Atlanta, GA (6/23/2011).

66. Dunn-Smith L, Ratard R, **Katner A**, Scott-Waldron C, Romalevski C. Medical surveillance systems: understanding their strengths and weaknesses. Tulane Health Science Research Day. New Orleans, LA (2/20/2012).

67. **Katner A.** Building LA's Environmental Public Health Tracking System. LA Environ. Health Association's 63rd An. Educational Conference. Baton Rouge, LA (3/14/2013).

68. **Katner A.** Raising awareness of arsenic in private wells. U.S. CDC's Annual National Environmental Public Health Tracking Meeting. Atlanta, GA (7/16/2013).

69. Pate J, **Katner A.** Integrated exposure uptake biokinetic modeling to estimate the impact of drinking water lead levels on childhood blood lead levels. LSUHSC Summer Research Presentation Day. New Orleans, LA (7/31/2015). **Placed third in category.**

70. Harris C, Williams, TE, Bludsaw AJ, Huynh N, **Katner A**. Identifying and addressing knowledge gaps of medical providers to support the state's prevention efforts. LSUHSC Education Day Conference, New Orleans, LA (10/26/2015).

71. Musa O, **Katner A**. Government policies and practices may be thwarting prevention of childhood lead poisoning. LSUHSC, School of Public Health Delta Omega Honors Day. New Orleans, LA (4/8/2016).

72. **Katner A.** Buildings and human health: Lead and beyond. U.S. Green Building Council- Forward Symposium on Sustainability. New Orleans, LA (5/13/2016).

73. Huval L, Pate J, Cole C, Galliano C, Galliano J, Iosipiv P, Ludlam J, Taylor E, **Katner A.** Lead in water: At-risk populations, water testing, exposure reduction, and public access to information. LSUHSC, Science Youth Initiative Summer Research Presentation Day. New Orleans, LA (7/22/2016). **Placed third in category**

74. Moore M, Umrigar A, Spence M, Mercer D, **Katner A,** Cuccia M, Augustas-Wallace A, Tsien F. Public health and science education pipeline at LSUHSC for (K-12) and undergraduate underrepresented minorities (URMs). Louisiana State University Health Sciences Center, School of Medicine Graduate Research Day. (11/4/2016).

75. Pieper K, **Katner A**, Edwards M. Flint's lead problem and lessons learned. San Francisco Public Utilities Commission and Wholesale Customers 6th Annual Water Quality and Technology Workshop. Foster City, CA (11/9/2016).

76. **Katner A.** What do we do about drinking water? 22nd Annual Tulane Environmental Law and Policy Summit. New Orleans, LA (3/11/2017).

77.  Pieper KJ, **Katner A**. Response and recovery for Great LA Flood of 2016. The Private Well Conference: 1st An. National Stakeholder Meeting. Champaign, IL (5/23/2017).

78. Quintana J and **Katner A**. Potential health impacts of New Orleans drinking water lead levels and effectiveness of prevailing interventions. LSUHSC Summer Research Presentation Day. New Orleans, LA (7/27/2017).

79. Saucier L, **Katner A**, Straif-Bourgeois S, Pieper K, Edwards M. Evaluation of shock chlorination protocols for private well disinfection. LSUHSC, School of Medicine Graduate Research Day. New Orleans, LA (11/3/2017).

80. Capello H, Spence M, Wimbish J, **Katner A**, Brisolara K. Development, implementation and evaluation of an inter-disciplinary curriculum to empower high school students to address environmental public health problems in underserved communities. LSUHSC, School of Medicine Graduate Research Day. New Orleans, LA (11/3/2017).

81. Sacco V, **Katner A.** Evaluation of school siting policies: Recommendations to reduce Louisiana Children's exposures to hazards. Louisiana State University School of Public Health Delta Omega Honors Day. New Orleans, LA (4/8/2020).

82. Puszykowski K, **Katner A.** Sustainability at the institutional level: what LSU-Health Sciences Center can to do address climate change. Louisiana State University School of Public Health Delta Omega Honors Day. New Orleans, LA (4/8/2020).

83. Quijano C, Stelly A, **Katner A**. Overcoming barriers associated with inequitable historic highway development decisions: New Orleans Interstate-10 (I-10).  Louisiana State University School of Public Health Delta Omega Honors Day. New Orleans, LA (4/5/2021).

84. Peluso V, Sorapuru L, **Katner A**. Recommendations to ensure equity associated with air pollution in Louisiana's Climate Change Plan for COVID-19 vulnerable communities. Louisiana State University School of Public Health Delta Omega Honors Day. New Orleans, LA (4/5/2021).

85. McCullum L, Lackovic M, **Katner A**, Whitcomb O, Harrington D. COVID-19 outbreaks in LA seafood processing plants highlight problems with H-2B Visa Program.  Louisiana State University School of Public Health Delta Omega Honors Day. New Orleans, LA (4/5/2021).

86. **Katner A**, Peluso V, Stelly A, LeCompte E, Stallard C, Walsh I, Capello H, Spence M, Gilliland A,  Brisolara, K. Research-Community Partnerships to Educate and Empower Students, Inform Stakeholders and Achieve Community Goals. LSU Dellinger Symposium: Strategies for Prompting Community Engagement in the Classroom to Achieve Environmental Justice. Baton Rouge, LA (2/23/2022).

87. **Katner A**. Situational challenges to adapt to the new climate normal: Cutting edge research from fellows funded by the National Academies. American Planning Association Conference, New Orleans, LA (11/10/2022).

88. **Katner A**. Case study of highways to boulevards effort: Overcoming political, community and financial barriers to re-envision the Interstate-10 Claibrne Avenus Corridor.  American Planning Association Conference, New Orleans, LA (11/9/2022).

89. Bam A, Mohamed M, **Katner A**, Trapido E, Oral E. Investigating the Role of Polycyclic Aromatic Hydrocarbons (PAHs) on Cancer in Louisiana. LSUHSC Delta Omega Honors Day, New Orleans LA (4/2/2024).


**ENCYCLOPEDIA ENTRIES**
**Katner A. 2016.** "Atomic Energy Commission", "Toxic Substances and Disease Registry", "Material Safety Data Sheet", "National Environmental Public Health Tracking Network", "Pollution Prevention Act", "Nuclear Regulatory Commission" in *Environmental Health in the 21st Century: From Air Pollution to Zoonotic Diseases*. Editor: Crume, Richard, 2 vols. Santa Barbara, CA: ABC-CLIO (Greenwood Imprint).


**THESES**
**Katner A.** 1994. Classical Genetic Analyses to Identify Homeobox Genes and Temperature Shift-Sensitive Maternal Zygotic Mutations in Drosophila melanogaster. University of California- Santa Cruz (UCSC), University Libraries, Santa Cruz, CA

**Katner A**. 1998. Evaluation of an Integrated Cell Culture-Polymerase Chain Reaction Method for the Detection of Live Enteroviruses in Groundwater Impacted by Reclaimed Wastewater. University of Arizona, University Libraries, Tucson, AZ.  <u>LINK</u>

**ACKNOWLEDGED CONTRIBUTIONS**

The Louisiana Injury Prevention Plan. Louisiana Department of Health and Hospitals, Office of Public Health, Bureau of Emergency Services, New Orleans, LA (2009).

De Roos AJ, Davis S, Colt JS, Blair A, Airola M, Severson RK, Cozen W, Cerhan JR, Hartge P, Nuckols JR, Ward MH. Residential proximity to industrial facilities and risk of Non-Hodgkin Lymphoma. *Environ Res.* 110(1): 70–78 (2010). <u>LINK</u>

Straif-Bourgeois S, Ratard R. Parkinson disease hospitalizations and mortality in Louisiana, 1999-2012. J LA State Med. Soc. 167(6):248-251 (2015). <u>LINK</u>

Warren-May L, Fischbach JR, Abbott M. Informing Pittsburgh's options to address lead in water. PE-247. RAND Corporation, Santa Monica, CA (2017). <u>LINK</u>

Quatrevaux E. Lead exposure and infrastructure reconstruction. New Orleans Office of Inspector General, New Orleans, LA (2017). <u>LINK</u>

Stohs S, Bacock A, Geller A, Homles M, Nweke O, Ridley D, Small M, Tong SW, Gary D, and Zenni W. Participatory Science: How can these approaches best support environmental justice? U.S. Environmental Protection Agency, Office of Research and Development, Washington DC, November 2022.

**CONFERENCE PRESENTATIONS**

**International**

1. Laws affecting cross-state licensure, quarantine and control of infectious disease. International Disaster Conference. New Orleans, LA (2/11/2015).
2. Private Well water quality and emergency response needs after a historic flooding event. Water and Health Conference: Where Science Meets Policy. Chapel Hill, NC (10/18/2017).
3. Climate change and its impact on public health. 34th International Nurse Education and Nurse Specialist Conference. New Orleans, LA (11/8/2017).
4. Drinking water challenges at the nexus of corroding infrastructure, exposure reduction science, regulations and policy, public health and climate change. International Society of Exposure Science Conference. Virtual (8/30-9/2/2021).
5. Evaluation of multidisciplinary community-triggered project-based approaches to resolve complex environmental public health problems. International Society of Exposure Science (ISES) Annual Meeting. Virtual (8/30-9/2/2021).

**National**

6. Evaluation of a PCR method for the detection of enteroviruses in groundwater impacted by reclaimed wastewater. 98th General Meeting of American Society for Microbiology, Atlanta, GA (5/19/1998).
7. Recombinant adenovirus expressing p27(Kip1) induces cell cycle arrest and apoptosis in human prostate carcinoma cells. Annual Meeting of the American Urological Association, Atlanta, GA (5/10/2000).
8. Linking blood mercury levels and fish-tissue mercury levels. U.S. CDC An. Nat. Environmental Public Health Tracking Meeting. Atlanta, GA (10/26/2009).

9. Setting the groundwork for emerging water quality issues in LA. U.S. CDC's An. Nat. Environ. Public Health Tracking Meeting. Atlanta, GA (6/23/2011).

10. Evaluating asbestosis hospitalizations in LA, 2000-2009. U.S. CDC's An. National Environmental Public Health Tracking Meeting. Atlanta, GA (6/23/2011).

11. Carbon monoxide poisoning: Evidence to support state and federal policy changes. U.S. Department of Housing and Urban Development's (HUD) National Conference of Lead and Healthy Homes. New Orleans, LA (5/1/2012).

12. Raising awareness of arsenic in private wells. U.S. CDC's Annual National Environmental Public Health Tracking Meeting. Atlanta, GA (7/16/2013).

13. Evaluation of environmental and educational interventions to reduce childhood lead poisoning from an underestimated lead source- drinking water. National Lead and Healthy Housing Conference. New Orleans, LA (10/8/2015).

14. Buildings and human health: Lead and beyond. U.S. Green Building Council- Forward Symposium on Sustainability. New Orleans, LA (5/13/2016).

15. Drinking water: An underestimated source of lead exposure? 79th National Environmental Health Association Meeting and US Housing and Urban Development's Healthy Homes Conference. San Antonio, TX (6/14/2016).

16. Evaluation of prevailing flush guidelines to reduce water lead exposures: implications for regulations and public health outreach. 253rd American Chemical Society National Conference. San Francisco, CA (4/4/2017).

17. Drinking water infrastructure inequality: New insight into system corrosion and the lead-pathogen nexus. American Chemical Society's 254th National Meeting and Exposition. Washington DC (8/20/2017).

18. Iron as an indicator of water system corrosion and compromised disinfection: Argument for regulating iron and small system corrosion control. American Chemical Society's 255th National Meeting. New Orleans, LA (3/19/2018).

19. Challenges faced by private well owners in aftermath of the 2016 LA floods. American Chemical Society's 256th National Meeting. Boston, MA (8/20/2018).

20. Evaluating state-level well disinfection protocols in the United States. National Institutes of Water Resources and Universities Council on Water Resources Annual Water Resources Conference. Pittsburgh, PA (6/26/2018).

21. Health impacts of low-dose lead: Implications for monitoring and exposure reduction guidelines. National Institutes of Water Resources' and Universities Council on Water Resources' Annual Water Resources Conference. Pittsburgh, PA (6/26/2018).

22. Opportunities to increase well user resilience after a natural disaster. Emergency Response and Private Wells Colloquium, online (2/26/2019).

23. Vulnerability of private well systems to flooding and opportunistic pathogen colonization. 25th Borchardt Conference Triennial Symposium on Advancements in Water and Wastewater, Ann Arbor, MI. (Feb 25-26, 2020) LINK

24. Identifying and addressing drinking water challenges in well-reliant communities after natural disasters: Lessons from a Louisiana flood. State of the Coast Conference 2021, online (5/10/2021).

25. Case study of highways to boulevards effort: Overcoming political, community and financial barriers to re-envision the Interstate-10 Claibrne Avenus Corridor. American Planning Association Conference, New Orleans, LA (11/9/2022).

26. Situational challenges to adapt to the new climate normal: Cutting edge research from fellows funded by the National Academies. 2022 American Planning Association Conference, New Orleans, LA (11/10/2022).

27. Rebuilding after climate disasters, population displacements and government abandonment: Louisiana case studies in fostering community ownership, equity and resilience. 2023 National Environmental Health Association's Annual Educational Conference. New Orleans, LA (7/31-8/3/2023).
28. Louisiana's wicked climate future: A cautionary tale about hurricanes, floods and heat, Oh My! 2023 National Environmental Health Association's (NEHA) Annual Educational Conference (AEC). New Orleans, LA. (7/31-8/3/2023).
29. Katner A, Edwards M, Stelly A, Brisolara K, Williams D, Trapido E, Pieper K. Climate hazards and challenges faced by underserved communities and recommendations for fostering disaster resilience and environmental justice. 2024 National Conference of the American Chemical Society (ACS). March 17-24, New Orleans, LA. [Presentation]
30. Katner A, Stelly A, Brisolara K, Williams D, Trapido E, Pieper K. Louisiana Lessons Learned on the Cumulative and Cascading Effects of Climate Change in Underserved Communities and Strategies to Foster Disaster Resilience and Environmental Justice. National Network of Public Health Institutes (NNPHI) 2024 Annual Conference. Mar 21-23, 2024. New Orleans, LA. [Breakout session]
31.

**Regional**

32. Recombinant adenovirus expressing p27(Kip1) induces cell cycle arrest and apoptosis in human renal carcinoma cells. Southeast American Urology Association, Orlando, FLA (3/12/2000).
33. Lead: Review of current science on low-dose impacts. Mid-South Occupational and Environmental Medicine Association An. Mtg. Baton Rouge, LA (4/1/2017).
34. Introduction to the application of bioremediation for soil and water contaminant cleanup. Continuing Education course for LSUHSC Emerging Technologies for Occupational Health and the Environment (ECOLE). New Orleans, LA (12/3/2018).
35. Practical Limitations Associated with Exposure Prevention Guidelines and Health Goals for Lead in Tap Water. Children's Environmental Health Symposium New Orleans, LA. (June 10-11, 2019).
36. Case studies highlighting obstacles to self-reliance in accessing clean drinking water: Preparing communities for climate change and corroding drinking water infrastructure. Gulf of Mexico Conference, Baton Rouge, LA (Apr 15-28, 2022).

**State**

37. Molecular methods for the detection of enteroviruses in groundwater. 5th An. AZ U. Environ. Studies Conf. Northern AZ U. Flagstaff, AZ (3/28/1997). **Best talk.**
38. Exposure assessment for communities SSFL. Santa Susana Field Lab Workgroup Public Meeting-. Simi Valley, CA (8/19/2003).
39. Results of a hazard ranking system scoring for SSFL. Santa Susana Field Laboratory Workgroup and Public Meeting- Simi Valley, CA (3/24/2004).
40. Data linkage: fish tissue mercury and childhood blood mercury- ASTHO Environmental Public Health Tracking State-to-State Peer Fellowship Program, 25th Annual LA Remote Sensing and GIS Workshop, Baton Rouge, LA (4/14/2009).
41. Building LA's Environmental Public Health Tracking System. LA Environmental Health Assoc. 63rd An. Educational Conference. Baton Rouge, LA (3/14/2013).
42. Potential for Offsite Exposure from the SSFL. Santa Susana Field Lab Workgroup Meeting. Simi Valley, LA (6/18/2014). LINK
43. Quantification of drinking water lead levels using innovative methods: implications for environmental, educational and regulatory interventions. LA Office of Public Health, Healthy Homes and Childhood Lead Poisoning Prevention Annual Meeting. New Orleans, LA (8/17/2015).
44. Lead levels in New Orleans drinking water. Presentation to LA Healthy Homes and Lead Poisoning Prevention Program Advisory Board. New Orleans, LA (3/30/2016).

45. Lead in New Orleans drinking water: policy implications. Presentation to LA Dept of Health. New Orleans, LA (5/12/2016).
46. Buildings and human health: Lead and beyond. U.S. Green Building Council- Louisiana Forward Symposium on Sustainability. New Orleans, LA (5/13/2016).
47. Flint: What went wrong? Public Interest Law Foundation, New Orleans, LA (3/6/2017)
48. What do we do about drinking water? 22nd Annual Tulane Environmental Law and Policy Summit. New Orleans, LA (3/11/2017).
49. Well contamination and well owner resource needs after the Great Louisiana Flood of 2016: Emergency Preparedness and Recovery Lessons. 13th Annual LA Water Conference, Baton Rouge, LA. (April 15-16, 2019)
50. Impacts of natural and manufactured disasters on Louisiana's drinking water infrastructure. Annual Meeting of the Louisiana Healthy Communities Coalition. Ruston, LA (3/18/2019).
51. Is there lead in New Orleans water? Implications for utility monitoring and exposure prevention. 2019 Louisiana Clinical and Translational Science Center's External Advisory Committee Meeting. New Orleans, LA (4/16/2019).
52. Panel Discussion: Community-Academic Partnerships. Louisiana Clinical and Translational Science Center's Community- Engaged Research Symposium. New Orleans, LA (9/6/2019).

**Local**

53. Occurrence of indicators and enteroviruses in groundwater impacted by reclaimed groundwater. Regulatory Research Advisory Committee Mtg. County Sanitation District of Los Angeles, CA (11/19/1997).
54. A drinking story about natural and manufactured disasters, water infrastructure inequality and the metal-pathogen nexus. Local New Orleans Chapter of the American Chemical Society (ACS). New Orleans, LA (10/15/2018).

**University**

55. Introduction to Polymerase Chain Reaction: Testing conditions. U of Arizona, Soil, Water and Environmental Science Program Monthly Seminar, Tucson, AZ (4/23/1997)
56. LA's Environmental Public Health Tracking Surveillance. Graduate Seminar. Tulane University, New Orleans, LA (4/21/2012).
57. The Great Lead Water Pipe Disaster: DC, Flint and New Orleans. Lecture for Environmental Signaling in Medicine class. Tulane University School of Pharmacology. New Orleans, LA (2/1/2016).
58. Review of latest science on lead toxicity, revised state testing and reporting requirements, and updated management guidelines. LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (3/7/2016).
59. New Orleans' Lead in Water Study: Implications for public health, national policies, and prevailing lead poisoning prevention guidelines. LSUHSC School of Public Health, New Orleans, LA (4/26/2016).
60. Lead toxicity, state testing and reporting requirements, and updated management guidelines. LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (6/7/2016).
61. Grand Rounds, LSU Health Sciences Center School of Medicine, Children's Hospital: Department of Pediatrics. "Lead Poisoning Diagnosis and Case Management". New Orleans, LA. August 3 2015.
62. Lead: environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (9/19/2016).
63. Environmental and public health policy implications of the 2017 election and a GOP dominated government. Special Panel Presentation. LSUHSC School of Public Health. New Orleans, LA (11/17/2016)
64. Update on low-dose lead impacts. Lecture for Environmental Signaling class. Tulane U. New Orleans, LA (2/13/2017).

65. Flint: What Went Wrong? Public Interest Law Foundation, New Orleans, LA (3/6/2017)
66. Lead: Environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (3/20/2017).
67. Lead: Environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (6/26/2017).
68. Drinking water infrastructure inequality: system corrosion and the lead-pathogen nexus, LSUHSC School of Public Health Epidemiology Seminar. New Orleans, LA. (9/20/2017).
69. Drinking water infrastructure inequality: system corrosion and the lead-pathogen nexus. Lecture for Environmental Signaling class. Tulane University School of Pharmacology. New Orleans, LA (10/27/2017).
70. Toxic Metals and Halogens. Lecture for Environmental Signaling in Medicine class. Tulane U. New Orleans, LA (2/13/2018+, annually). LINK
71. Lead: environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (2/26/2018).
72. Chemistry of environmental pollution and how to assess its impact. Institute of Earth Systems, University of Malta, Msida, Malta (10/25/2019).
73. Flint is Family. Panel Discussion. Newcomb Art Museum of Tulane University, New Orleans LA (11/9/2019). LINK, LINK, LINK
74. Roadblocks to Sustainable Development in the U.S. and Louisiana. School of Geography and Sustainable Development, St. Andrews University, UK (12/17/2019).
75. A Louisiana Tale of Climate Change, Corrosion and Drinking Water Inequality. California State University- San Bernardino, San Bernardino, CA (2/6/2020)
76. A Louisiana Tale of Climate Change, Corrosion and Drinking Water Inequality. Chapman University, Orange, CA (2/10/2020).
77. The Truth Exposed: Environmental Justice and COVID-19. Center for Minority Health and Health Disparities. Xavier University, New Orleans, LA (6/17/2020).
78. Practices in physician advocacy to advance improved health and social justice. School of Medicine, Louisiana State University- Health, New Orleans, LA (2020+, annual talk).
79. Environmental Justice and Health Disparities. School of Public Health, Louisiana State University Health, New Orleans, LA (8/7/2020).
80. COVID-19 Impacts on Louisiana's Industrial Corridor. Department of History, Drexel University, Philadelphia, PA (8/11/2020).
81. Drinking Water Infrastructure Inequality and Consumer-Centric Solutions. Environmental Justice Series. Society of Environmental Engineers, University of Colorado at Boulder, Boulder, CO (10/19/2020). LINK
82. Environmental Justice Issues in Louisiana. Water Quality Engineering. Northeastern University. Boston, MA (10/27/2020).
83. Community-Based Participatory Research to Expose and Address Environmental Justice in Louisiana. CEE Distinguished Seminar Series, Virtual Panel Discussion, Using Community-Based Research Strategies to Exposure and Address in Environmental Justice. Department of Civil and Environmental Engineering, Northeastern University. Boston, MA (11/5/2020).
84. Louisiana's Legacy of Corroding Drinking Water Infrastructure and Associated Water Contaminants: Implications for Environmental Justice. Weekly Seminar Series, School of Biological Sciences, Louisiana Tech University, Ruston, LA. (11/1/2021).
85. Research-Community Partnerships to Educate and Empower Students, Inform Stakeholders and Achieve Community Goals. LSU Dellinger Symposium: Strategies for Prompting Community Engagement in the Classroom to Achieve Environmental Justice. Baton Rouge, LA (2/23/2022).

**INVITED TALKS, PRESENTATIONS AND SEMINARS**

**International**

1. Climate change and its impact on public health. 34th International Nurse Education and Nurse Specialist Conf. New Orleans, LA (11/8/2017).

**National**

2. Evaluation of environmental and educational interventions to reduce childhood lead poisoning from an underestimated lead source- drinking water. National Lead and Healthy Housing Conference. New Orleans, LA (10/8/2015).
3. Buildings and human health: Lead and beyond. U.S. Green Building Council- Forward Symposium on Sustainability. New Orleans, LA (5/13/2016).
4. Drinking water: An underestimated source of lead exposure? 79th National Environmental Health Association Meeting and US Housing and Urban Development's Healthy Homes Conference. San Antonio, TX (6/14/2016).
5. Evaluation of prevailing flush guidelines to reduce water lead exposures: implications for regulations and public health outreach. 253rd American Chemical Society National Conference. San Francisco, CA (4/4/2017).
6. Drinking water infrastructure inequality: New insight into system corrosion and the lead-pathogen nexus. American Chemical Society's 254th National Meeting and Exposition. Washington DC (8/20/2017).
7. Iron as an indicator of water system corrosion and compromised disinfection: Argument for regulating iron and small system corrosion control. American Chemical Society's 255th National Meeting. New Orleans, LA (3/20/2018).
8. Evaluating state-level well disinfection protocols in the United States. National Institutes of Water Resources' and Universities Council on Water Resources' Annual Water Resources Conference. Pittsburgh, PA (6/26/2018).
9. Challenges faced by private well owners in aftermath of the 2016 LA floods. American Chemical Society's 256th National Meeting. Boston, MA (8/20/2018).
10. Health impacts of low-dose lead: Implications for monitoring and exposure reduction guidelines. National Institutes of Water Resources' and Universities Council on Water Resources' An. Water Resources Conf. Pittsburgh, PA (6/26/2018).
11. Lead contamination media briefing: Expert panel on lead in water, lead poisoning and associated policies for the American Association for the Advancement of Science's (AAAS) SciLine. Online. (4/29/32019). LINK AND LINK
12. Toxic Inequity, New Orleans Silent Poison. 5th Annual Side by Side Wetlands Art Tour Exhibition. New Orleans, LA (5/10/2019).
13. Community science: Local knowledge and scientific tools joining forces to document urban health hazards. Panel Presentation. American Association for the Advancement of Science (AAAS), Science and Human Rights Coalition, Office of Science, Policy and Society Programs. (5/4/2021).
14. Well water user preparedness and recovery and government planning and response in the aftermath of floods and hurricanes. Private Wells Preparedness' Flash Webinar Series. National Environmental Health Association's Private Water Network. (10/8/2021). LINK
15. Understanding Lead in Water and Avoidance Strategies: a US Perspective for Informed Decision-making. NIEHS Frontiers in Environmental Science and Health (FrESH) Advanced Training Course. Morehouse School of Medicine, Atlanta, GA. (June 5-12, 2022).

**Regional and State**

16. Exposure assessment for communities surrounding SSFL. Santa Susana Field Laboratory Workgroup and Public Meeting-. Simi Valley, CA (8/19/2003).
17. Results of a hazard ranking system scoring SSFL. Santa Susana Field Laboratory Workgroup and Public Meeting- Simi Valley, CA (3/24/2004).
18. Potential for Offsite Exposure from SSFL. Santa Susana Field Lab Workgroup Meeting. Simi Valley, CA (6/18/2014). LINK
19. Quantification of drinking water lead levels using innovative methods: implications for environmental, educational and regulatory interventions, Louisiana Office of Public Health, Healthy Homes and Childhood Lead Poisoning Prevention Annual Meeting. New Orleans, LA (8/17/2015).
20. Lead Levels in New Orleans Drinking Water: Preliminary Results. LA Office of Public Health, Healthy Homes and Lead Poisoning Prevention Program State Advisory Board. New Orleans, LA (3/30/2016).
21. Lead Levels in LA Water: Policy Implications. Presentation to Louisiana Healthy Homes and Lead Poisoning Prevention Program Advisory Board, Office of the Public Health, LA Dept of Health and Hospitals. New Orleans, LA (5/12/2016).
22. Presentations and discussions with Louisiana Department of Health and Hospitals' State Health Officer, Dr. Jimmy Guidry, New Orleans, LA (6/1/2016).
23. Lead: Review of current science on low-dose impacts. Mid-South Occupational and Environmental Medicine Association Annual Meeting, Baton Rouge, LA (4/1/2017).
24. What do we do about drinking water? 22nd Annual Tulane Environmental Law and Policy Summit. New Orleans, LA (3/11/2017).
25. Lead in New Orleans: The next Flint? Drinking water infrastructure inequality: System corrosion and corruption. 23[th] Annual Tulane Environmental Law and Policy Summit. New Orleans, LA (3/10/2018). LINK
26. A drinking story about natural and manufactured disasters, water infrastructure inequality and the metal-pathogen nexus. Regional American Chemical Society (ACS). New Orleans, LA (10/15/2018).
27. Updates to EPA's "3Ts Guidelines for Reducing Lead in Drinking Water in Schools". National Lead Poisoning Prevention Week: Take the Fright out of the Fight for Clean Lead-Safe Living. LA Roundtable for the Environment. New Orleans, LA (10/25/2018).
28. Introduction to the application of bioremediation for soil and water contaminant cleanup. Continuing Education course for LSUHSC Emerging Technologies for Occupational Health and the Environment (ECOLE). New Orleans, LA (12/3/2018).
29. Impacts of Natural and Manufactured Disasters on Louisiana's Drinking Water Infrastructure. Annual Meeting of the Louisiana Healthy Communities Coalition. Ruston, LA (3/18/2019).
30. Environmental Justice. 24th Annual Tulane Environmental Law and Policy Summit. New Orleans, LA (3/24/2019).
31. Lead poisoning in New Orleans: Are you at risk? 24th Annual Tulane Environmental Law and Policy Summit. New Orleans, LA (3/23/2019).
32. Lead and New Orleans Drinking Water: Update on a Community-Academic Partnership for the Community Scholars Program. Louisiana Clinical and Translational Science Center's Community Advisory Board. New Orleans, LA (8/22/2019).
33. Panel Discussion: Community-Academic Partnerships. Louisiana Clinical and Translational Science Center's Community- Engaged Research Symposium. New Orleans, LA (9/6/2019).
34. Panel Discussion: Racism in the Pandemic: What your organization can do to prepare for the COVID-19 pandemic. LifeCity's Love Your City Symposium. New Orleans, LA (5/18/2020).
35. Panel Discussion. Truth Exposed Series: Environmental Justice and COVID-19. Xavier Center for Equity, Justice and the Human Spirit, and Center for Minority Health and Health Disparities Research and Education. New Orleans, LA (6/17/2020). LINK
36. Louisiana's Legacy of Lead and Environmental Injustice. Albert Schweitzer Fellowship Environmental Justice Seminar Series. New Orleans, LA (12/13/2020).

37. Ethical Considerations in Community-Engaged Research and Citizen Science: Discussions in Air Pollution Research. Albert Schweitzer Fellowship Environmental Justice Seminar Series. Baton Rouge, LA (12/29/2021).

38. Science Policy Networking in the Gulf of Mexico. Panelist at Annual National Academies of Science, Engineering and Medicine (NASEM) Gulf Scholar Program Meeting. New Orleans, LA (3/24-25/2023).

39. The Future of the Gulf: Student Perspectives and Directions. Panelist at Panelist at Annual National Academies of Science, Engineering and Medicine (NASEM) Gulf Scholar Program Meeting. Gulf Scholar Program Meeting. New Orleans, LA (3/24-25/2023).

40. Get Involved! Reduce Environmental Odors in Your Community. Inited lecturer at "Shedding Light on Air Pollution- an Environmental Justice Perspective" summer camp, LSU Superfund Research Program (SLU-SRP) Community Engagement Core and Molecular Endocrinology Research Group (MERG) at Southern and Southern University's Upward Bound Program. (6/7/2024).

**County and City**

41. Occurrence of indicators and enteroviruses in groundwater impacted by reclaimed groundwater. Regulatory Research Advisory Committee Meeting. County Sanitation District of Los Angeles, CA (11/19/1997).

42. Lead levels in New Orleans drinking water. New Orleans Health Department. New Orleans, LA (3/23/2016).

43. Study on the health impacts of the I-10 overpass and beyond. New Orleans City Council Meeting. New Orleans, LA (1/29/2020). LINK AND LINK

**University**

44. LA's Environmental Public Health Tracking Surveillance. Graduate Seminar. Tulane Univ, New Orleans, LA (4/21/2012).

45. The Great Lead Water Pipe Disaster: DC, Flint and New Orleans. Lecture for Environmental Signaling in Medicine class. Tulane University School of Pharmacology. New Orleans, LA (Annually, 2016, 2017, 2018, 2019, 2020+).

46. Review of latest science on lead toxicity, revised state testing and reporting requirements, and updated management guidelines. LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (3/7/2016).

47. New Orleans' Lead in Water Study: Implications for public health, national policies, and prevailing lead poisoning prevention guidelines. LSUHSC School of Public Health, New Orleans, LA (4/26/2016).

48. Lead toxicity, state testing and reporting requirements, and updated management guidelines. LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (6/7/2016).

49. Medical Ground Rounds: Lead poisoning diagnosis and case management. Pediatric Grand Rounds. LSUHSC School of Medicine. New Orleans, LA (8/3/2016).

50. Lead: environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (9/19/2016).

51. Environmental and public health policy implications of the 2017 election and a GOP dominated government. Special panel presentation. LSUHSC School of Public Health. New Orleans, LA (11/17/2016)

52. Update on low-dose lead impacts. Lecture for Environmental Signaling class. Tulane University School of Pharmacology. New Orleans, LA (2/13/2017).

53. What Went Wrong? Public Interest Law Foundation, Tulane University Law School. New Orleans, LA (3/6/2017)

54. Lead: Environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (3/20/2017; 6/26/2017).

55. Drinking water infrastructure inequality: system corrosion and the lead-pathogen nexus, LSUHSC School of Public Health Epidemiology Seminar. New Orleans, LA. (9/20/2017).

56. Drinking water infrastructure inequality: system corrosion and the lead-pathogen nexus. Lecture for Environmental Signaling class. Tulane University School of Pharmacology. New Orleans, LA (10/27/2017).

57. Toxic Metals and Halogens. Lecture for Environmental Signaling in Medicine class. Tulane University School of Pharmacology. New Orleans, LA (2/13/2018+, annually). LINK

58. Lead: environmental monitoring, blood testing and medical reporting, LSUHSC School of Nursing. Lecture for Population-Focused Nursing Theory class. New Orleans, LA (2/26/2018).

59. Chemistry of environmental pollution and how to assess its impact. Institute of Earth Systems, University of Malta, Msida, Malta (10/25/2019).

60. Flint is Family. Panel Discussion. Newcomb Art Museum of Tulane University, New Orleans LA (11/9/2019). LINK, LINK, LINK

61. Roadblocks to Sustainable Development in the U.S. and Louisiana. School of Geography and Sustainable Development, St. Andrews University, UK (12/17/2019).

62. A Louisiana Tale of Climate Change, Corrosion and Drinking Water Inequality. California State University- San Bernardino, San Bernardino, CA (2/6/2020)

63. A Louisiana Tale of Climate Change, Corrosion and Drinking Water Inequality. Chapman University, Orange, CA (2/10/2020).

64. The Truth Exposed: Environmental Justice and COVID-19. Center for Minority Health and Health Disparities. Xavier University, New Orleans, LA (6/17/2020).

65. Practices in physician advocacy to advance improved health and social justice. School of Medicine, Louisiana State University- Health, New Orleans, LA (6/24/2020).

66. Environmental Justice and Health Disparities. School of Public Health, Louisiana State University Health, New Orleans, LA (8/7/2020).

67. COVID-19 Impacts on Louisiana's Industrial Corridor. Department of History, Drexel University, Philadelphia, PA (8/11/2020).

68. Drinking Water Infrastructure Inequality and Consumer-Centric Solutions. Environmental Justice Series. Society of Environmental Engineers, University of Colorado at Boulder, Boulder, CO (10/19/2020). LINK

69. Environmental Justice Issues in Louisiana. Water Quality Engineering. Northeastern University. Boston, MA (10/27/2020).

70. Community-Based Participatory Research to Expose and Address Environmental Justice in Louisiana. CEE Distinguished Seminar Series, Virtual Panel Discussion, Using Community-Based Research Strategies to Exposure and Address in Environmental Justice. Department of Civil and Environmental Engineering, Northeastern University. Boston, MA (11/5/2020).

71. Drinking Water Infrastructure Inequality: Louisiana's Legacy of Lead and System Corrosion, Corruption and Environmental Injustice and a Search for Consumer-Centric Solutions. University of South Florida Water Research Seminar Series. Online (3/23/2021).

72. Developing and evaluating citizen-centric solutions to address drinking water and infrastructure injustice. Loyola University- New Orleans. Department of Biological Sciences and Environment Program. New Orleans, LA (9/30/2021).

73. Danger: Climate Change is upon is! Monthly Hallway Conversations. Hosted by the Louisiana State University School of Public Health Diversity, Equity and Inclusion Committee. New Orleans, LA (10/22/2021).

74. Ethical considerations in community-engaged research. Bi-weekly seminar. Louisiana State University Superfund Research Center, Baton Rouge LA. (10/29/2021).

75. Louisiana's legacy of corroding drinking water infrastructure and associated water contaminants: implications for environmental justice. Weekly Seminar Series, School of Biological Sciences, Louisiana Tech University, Ruston, LA. (11/1/2021).

76. Environmental Public Health: A Legacy, Its Challenges, and a Need for New Solutions. Lecture at Chalmette High., Chalmette, LA (Feb 7, 2022).

77. Research-Community Partnerships to Educate and Empower Students, Inform Stakeholders and Achieve Community Goals. LSU Dellinger Symposium: Strategies for Prompting Community Engagement in the Classroom to Achieve Environmental Justice. Baton Rouge, LA (2/23/2022).

78. Using Community-Based Research Strategies to Address Environmental Injustice. Invited lecture for Graduate Course, "Environmental Justice". Northeastern University. Online. (3/21/2022).

79. Public Health Implications of Interstate-10 Overpass. Panel presentation: Re-Imagine Claiborne: April Community Workshop. Claiborne Corridor Alliance. New Orleans, LA (4/2/2022).

80. Results from air monitoring of chloroprene and volatile organic compounds and biomonitoring of chloroprene metabolites around the Denka Performance Elastomer facility. Presentation before Concerned Citizens of St. John the Baptist Parish (CCSJ) Community Group. Reserve, LA. (4/19/2022).

81. Understanding Lead in Water and Avoidance Strategies: a US Perspective for Informed Decision-making. NIEHS Frontiers in Environmental Science and Health (FrESH) Advanced Training Course. Morehouse School of Medicine, Atlanta, GA. (June 5-12, 2022).

82. History Repeating: Environmental Disasters and the Fine Line Between Ethics and Advocacy. Invited lecture. Environmental History, University of New Orleans, New Orleans, LA (Oct 20, 2022).

83. Leveraging Science to Reform Policy and Practice. NIEHS Frontiers in Environmental Science and Health (FrESH) Advanced Training Course. Morehouse School of Medicine, Atlanta, GA. (June 8, 2023).

84. Disaster Alley: Finding Environmental and Health Datasets for Investigative Reporting. XULA Investigative Stories Program. Center for Undergraduate Research and Graduate Opportunity Summer GRADStar Program. (Jun 12, 2023).

85. Hazards, Exposures and Health Impacts in a Highway-Adjacent Community and the Scientific and Legal Basis to Support a Highways to Boulevards Campaign. Tulane University, New Orleans, LA (November 30, 2023).


## PROFESSIONAL SERVICE

### Committees

#### Study Committees
- Study Advisory Committee, LSUHSC Women and Their Children's Health Study (WaTCH) of 2010 Deepwater Horizon Oilspill R24 grant of 2010 (2018+)
- Study Advisory Committee, Culinaria Center for Food, Law, Policy and Culture and Boston U project, "Improving health in environmental justice communities with data, good food and water". (2018+)
- Study Advisory Board, LSU Disproportionate Environmental Exposome Problems in the Deep South (DEEP South) P30 grant (2020+)

#### National Committees and Workgroups
- Association of Schools and Programs of Public Health (ASPPH) Climate Change and Health Task Force, Climate Change and Health Curriculum and Competency Evaluation Workgroup (2024)
- Council of State and Territorial Epidemiologists' Carbon Monoxide Policy Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Cancer Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Climate Change Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Childhood Blood Lead Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Birth Defects Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Air Quality Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Water Quality Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking Carbon Monoxide (CO) Workgroup
- U.S. CDC Environmental Public Health Tracking, Environ. Health Profile Workgroup (2009-2013)
- U.S. CDC Environmental Public Health Tracking, Environmental Justice Workgroup (2009-2013)

#### State Committees and Advisory Boards
- Louisiana Clinical and Translational Science Center (LACaTS), Community Advisory Board (CAB), Community Engagement Research (CER) Committee, CER Toolkit Task Force (2021+) LINK

- Louisiana (LA) Tumor Registry Research Committee, (2017+)
- Co-founder, Louisiana Environmental Roundtable on Children's Health (2015-present)
- Advisory Board, Louisiana Environmental Public Health Tracking Program (2014-2016)
- Advisory Board, LA Healthy Homes and Childhood Lead Poisoning Prevention Program (2014-2017)
- Advisory Board, Louisiana Asthma Surveillance Collaborative (2010-2013)
- Advisory Board, Louisiana Injury Community Planning Group (2010-2013)
- Advisory Board, Louisiana Birth Defects Monitoring Network Program (2009-2013)
- Advisory Board, Louisiana Occupational Health and Injury Surveillance Program (2008-2009, 2022+)
- External Advisory Committee, Louisiana State University Superfund Research Center (2023+)

**Conference Symposium Organizer, Panel Moderator and Host Committee**
- Panel Moderator. Louisiana's wicked climate future: A cautionary tale about hurricanes, floods and heat, Oh My! 2023 National Environmental Health Association's (NEHA) Annual Educational Conference (AEC). New Orleans, LA. (7/31-8/3/2023).
- Panel Moderator. Rebuilding after climate disasters, population displacements and government abandonment: Louisiana case studies in fostering community ownership, equity and resilience. 2023 NEHA Annual Education Conference. New Orleans, LA (7/31-8/3/2023).
- Conference Host Committee. U.S. Green Building Council (USGBC) and Green Schools National Network's (GSNN) 12th Annual Green Schools Conference, New Orleans, LA (Feb 27-Mar 1, 2023)
- Symposium Organizer. "Towards healthy resilient communities: Public health impacts of infrastructure failures during natural hazards", American Geophysical Union's Centennial Meeting, San Francisco, CA (Dec 9-13 2019)
- Panel Moderator. "Emerging challenges in the era of drinking water insecurity and inequality and the search for low-cost solutions", Division of Environmental Chemistry, American Chemical Society's 256th National Meeting, Boston, MA (Aug 19-23, 2018)

**Subject Matter Expert (SME)**
- Deposition on behalf of prosecution in lawsuit against Union Carbide/Dow Chemical Company ethyl acrylate leak class action lawsuit. New Orleans, LA (2014- ended 2019)
- Advised Orleans Parish School Board (OPSB) on lead water testing and filtration (June-Dec 2017)
- Advised Florida Department of Education on water testing/treatment options (Nov 2017-Oct 2018)
- Developed report and declarations for prosecution on behalf of NAACP in school desegregation lawsuits in St. John the Baptist and St. James parishes, Louisiana (2020-2021)
- **Advised State Representative Matthew Willard** on relevant science issues in preparation for the LA State House Committee on Health and Welfare hearing of HB 481, which provides relative to testing for iron in drinking water and other functions pertaining to drinking water (2021).
- **Advised Retired Army Lieutenant General Russell Honore** of the Green Army on relevant science issues in preparation for the LA State Senate Committee on Environmental Quality hearing of LA SB 20, which provides for continuous online air monitoring around certain industrial facilities (2022).
- **Advising U.S. Senator Troy Carter (LA)** on relevant science issues for federal legislation being prepared pertaining to environmental monitoring, updated standards, and cumulative risk assessments for fenceline communities. (2022+)

**Editorial and Review Activities**

***Government and Policy Report Reviews***
- Scientific Reviewer, Warren-May L, Fischbach JR, Abbott M. Informing Pittsburgh's options to address lead in water: RAND Perspectives Paper, PE-247. RAND Corporation, Santa Monica, CA. LINK (2017)

- Scientific Reviewer, Quatrevaux E. Lead exposure and infrastructure reconstruction. New Orleans Office of Inspector General, New Orleans, LA. LINK (2016-2017)
- Scientific Reviewer, Provided feedback on drinking water regulations for corrosion control for LA State Legislature. (2018)
- Scientific Reviewer, Rumpler J and Dietz E. Get the lead out: Ensuring safe drinking water for our children at school. Environment America Research and Policy Center. Washington DC. (2019) LINK

### Book Reviews
- Book Proposal Reviewer, Elsevier S&T Books for Chemistry Acquisitions, Ad hoc reviewer (2018)
- Book Chapter Reviewer, Palgrave-Macmillan. "Handbook for Sustainability" (2017)

### Journal Reviews
- Journal Editor, Cogent Environmental Science, Taylor and Francis Publishers (2018+)
- Journal Article Reviewer, Journal of Water and Health, Ad hoc (2019)
- Journal Article Reviewer, Metals, Ad hoc (2018)
- Journal Article Reviewer, International Journal of Environment and Pollution, Ad hoc (2017)
- Journal Article Reviewer, Citizen Science: Theory and Practice, Ad hoc (2017-2019)
- Journal Article Reviewer, International J of Environ Res and Public Health, Ad hoc (2017-2018)
- Journal Article Reviewer, J of Public Health Management and Practice, Ad hoc (2017-2019)
- Journal Article Reviewer, New Solutions J of Occup. and Environ. Health Policy, Ad hoc (2016-2018)
- Journal Article Reviewer, Ecotoxicology and Environmental Safety, Ad hoc (2016-2017)
- Journal Article Reviewer, Environment and Ecology Research, Ad hoc (2015-2017)
- Journal Article Reviewer, J of Field Actions Science (FACTS) Reports, Ad hoc (2014-2015)

### Research Proposal Reviews
- Proposal Reviewer, Water Resources Research Inst., U of North Carolina (2017)
- Proposal Reviewer, Wisconsin Groundwater Coordinating Council and Univ WI Water Res. Inst (2016)
- Proposal Reviewer, Ontario Ministry of Labour Research Opportunities Proposals (2015)
- Proposal Reviewer, Gulf Research Program Fellowship (2023)

### Scholarships, Fellowships and Internship Application Reviews
- Scholarship Reviewer, American Public Health Association (APHA) James P. Keogh Memorial Scholarships (2015)
- Internship Reviewer, American Occupational and Environmental Clinics (AOEC) (2015-2017)
- Fellowship Reviewer, National Academy of Science's (NAS) Gulf Research Program Early-Career Research Fellowship- Human Health and Community Reslience Track (2023)

### Conference Abstract Reviews
- Conference Abstract Reviewer, Water and Health Conference, Water Institute Annual Meeting (2017)
- Conference Abstract Reviewer, American Chemical Society's (ACS) National Annual Meeting (2017-2018)
- Conference Abstract Reviewer, American Public Health Assn. (APHA) Annual Mtg- Occupational Health Section (2015-2016)


## UNIVERSITY SERVICE

## Committees

### Centers
- Louisiana Clinical and Translational Science Center, Community Advisory Board, Community Engagement Research (CER) Committee, CER Toolkit Task Force (2021+) LINK
- LSUHSC, Center for Interprofessional Education and Collaborative Practice (CIPECP) Team Up Grader (2021+)
- LSUHSC, 'Cancer Center Application for NCI-Designation' Committee (2022+)

*University*
- Louisiana State University Health Sciences Center (LSUHSC) Faculty Senate Appointment (2014-2017)
- LSUHSC, Faculty Senate Representative, Conflict of Interest Committee (2015-2016)
- LSUHSC, Inter-professional Education (IPE) and Curriculum Development Subcommittee (2016-2018)

*School*
- LSUHSC School of Public Health Culminating Experience Planning Group (2015-2016)
- LSUHSC School of Public Health Curriculum Committee, Member (2015-2017)
- LSUHSC School of Public Health Curriculum Committee, Chair (2017-2019)
- LSUHSC School of Public Health Bylaws Committee, Chair (2017-2019)
- LSUHSC School of Public Health Appointments, Promotion and Tenure Committee (2021-2022)
- LSUHSC School of Public Health Grievance Committee (2014-2016, 2016-2018, 2019-2021, 2021-2023)
- LSUHSC School of Public Health Administrative Council (2019+)
- LSUHSC School of Public Health Cancer Center Population Sciences Center Group (2022+)
- LSUHSC School of Public Health Academic Affairs (2022+)

*Program*
- LSUHSC School of Public Health Environ. and Occupat. Health (ENHS) Faculty Search Committee (2014)
- LSUHSC School of Public Health (SPH) ENHS Admissions Committee (2014+)
- LSUHSC SPH ENHS Program Advisor to MD/MPH students (2020+)

**Hosted Presentations**
- Hosted LSUHSC presentation by UCLA Professor, Michael J McGuire, author of "The Chlorine Revolution: Water Disinfection and the Fight to Save Lives" (2015)
- Co-hosted LSUHSC presentation of student research by awardees of the Association of Occupational and Environmental Clinics' Occupational Health Internship Program (OHIP) (2016)
- Hosted LSUHSC webinar series, "Lead, Water and Public Health", with skype introduction by Dr. Georges Benjamin, Executive Director of the American Public Health Association (APHA) (2017)
- Hosted LSUHSC School of Public Health presentation "Shintech and the Helis Oil Fracking Case: Comparison and Contrast" by Tulane's Environmental Law Clinic Director Lisa Jordan (2018)

**Judge**
- Judge, LSUHSC School of Public Health Delta Omega Honors Research Day (2015+)
- Judge, LSUHSC Summer Research Internship Program (2016+)

**Student Groups and Engagement**
- LSUHSC Climate Change Interest Group [co-founder of student group] (2022+)
- Led students, faculty and community on "Walk and Talk" in Treme neighborhood with local urban planner Amy Stelly to learn about the area's history and Highways to Boulevards campaign (Oct 15 2022)
- Volunteered with students, faculty and community for Earth Day cleanup of New Orleans East Lincoln Beach area with local advocate Tricia Blyss Wallace (Apr 22 2023)

**COMMUNITY SERVICE**

Board Member
- Claiborne Avenue Alliance (2022+), President LINK
- Parkview St John Community Organization (2021-2022), Secretary

Community and Educator Toolkits, Training and Education Products

- EPA Environmental Education Grant, Environmental Public Health Curriculum (2017+) LINK
- EPA Drinking Water Grant, Drinking Water Community Education Website with Louisiana Environmental Action Network (LEAN) (2019+) LINK
- Louisiana Clinical and Translational Science Center, Community Advisory Board, Community Engagement Research (CER) Committee, CER Toolkit Task Force (2021+) LINK
- *"Louisiana Citizens' Guide to Environmental Engagement: Drinking Water Chapter".* Document and online website. https://leanweb.org/citizens-guide/table-of-contents
- Resident Tutorials on Accessing and Interpreting Drinking Water and Other Environmental Data (Videos with Adrienne Katner and Wilma Subra): https://www.youtube.com/playlist?list=PLloLHEq87h5mjnbrTtKg6RN4Hpft7pTMH
- Free Lesson Plans for Lead in Drinking Water for Elementary and High School Students (Field-tested, student- and teacher-evaluated and revised lesson plans): https://www.teacherspayteachers.com/Store/Adrienne-Katner and https://sph.lsuhsc.edu/research/studies/lead-study/educational-products/

Community Classes
- "What is public health?" Annual Public Health Merit Badge Day. Hosted by LSU School of Public Health in partnership with the Boy Scouts of America. New Orleans, LA (April 1, 2023)
- "What in the Water?" 6-week online community course on water quality issues in Louisiana's River Parishes region. Hosted with Rise St. James University. (March 7-April 11, 2023). LINK
- Private well water monitoring event for flood-damaged homes, sponsored by National Science Foundation, French Settlement, LA (Oct 27-29, Nov 18-20, 2016)

Community-Science Liaison
- Advised International High School on lead in water testing, and filtration (Oct 2017)
- Scientific Liaison for American Geophysical Union's (AGU) Thriving Earth Exchange (TEX) Program to evaluate exposures and health stats for residents near I-10 corridor, New Orleans, LA LINK (2016-2019)
- Advised Water Collaborative and Green Army on drinking water bills introduced into the LA Legislative Session (2018, 2019, 2020, 2021, 2022)
- Advisor on Fox 8 News story of metals in tap water (Magnolia Water Utility, St Tammany Parish, LA) (2022)

Environmental Monitoring
- Environmental monitoring day with local primary and secondary schools (annually since 2016)
- Private well water monitoring event for flood-damaged homes, sponsored by National Science Foundation, French Settlement, LA (Oct 27-29, Nov 18-20, 2016)
- Water sampling for residents of St. Joseph and parishes of St. Bernard and St. John to evaluate lead; and report of results for presentations to policy makers (Mar-Apr, 2016)
- Water sampling of St. Joseph identified high water lead and iron levels. Results were presented to LA State Legislators. (6/2015). Impact: 1) LA Department of Health conducted independent investigation and found 22% of homes exceeded Action Level. This prompted replacement of St. Joseph's drinking water infrastructure; and Governor-issued Public Health Emergency Proclamation (Dec 16, 2016), LINK and LINK; and performance audit of the LA State Drinking Water Program in 2016. (LINK to report)
- Created outreach materials for Lead Safe Louisiana and LA Healthy Homes and Childhood Lead Poisoning Program (LHHCLPPP) on water filtration systems (May 2015)

Public Health Screening

- Childhood lead screening and education event, sponsored by LSUHSC, LA State Office of Public Health and Lead Safe Louisiana, Colfax, LA (April 17, 2016)
- Childhood lead screening and education event sponsored by Lead Safe Louisiana, Cease- Fire, NAACP and Walter Cohen Alumni Assoc. Central City, New Orleans, LA (June 13, 2015)
- Prostate cancer screening and education events sponsored by Louisiana Education, Early Detection and Research Program (LEED), LSUHSC. New Orleans, LA (Quarterly events). (1998-2000)

Government Presentations and Public Comments
- Presented "I-10 Health Impact" on Interstate-10 <u>results</u> to New Orleans <u>City Council</u>. Report shared by the Congress for New Urbanism (CNU) and New York Times. (Jan 29, 2020). <u>LINK</u> AND <u>LINK</u>
- Presented our water quality monitoring data to New Orleans Office of Inspector General (OIG) on lead spikes in water after partial service line replacements. Impact: Inspector General referred to results as *"the most serious thing we've reported on."* OIG issued "Lead exposure and infrastructure reconstruction"(<u>LINK) report, which </u>raised awareness of "imminent risk" to residents. (June 2016-July 2017). LINK, LINK.
- Provided public comments to EPA on their Draft Release of "Proposed Modeling Approaches for a Health Based Benchmark for Lead in Water". <u>LINK</u> (2017)
- Letter to U.S. EPA Administrator Gina McCarthy on behalf of Campaign for Lead Free Water to challenge practices of the water utilities for LCR's lead-in-water monitoring requirement. (2016)
- Comments to National Drinking Water Advisory Council regarding Lead and Copper Rule Working Group report on behalf of Campaign for Lead Free Water. (2016) <u>LINK</u>
- Consulted with Dr. Pat Breysse, Director of ATSDR on behalf of investigators of the LA's Santa Susana Laboratory (SSFL) 2004 Exposure Assessment Report to reconsider proposals relax clean up order (with Drs. Yoram Cohen of UCLA, and Hal Morgenstern of University of Michigan) (9/22/2015). Impact: SSFL clean-up order left intact.

Mentor
- Regularly mentor students from The Net, a high school for struggling inner city students, New Orleans, LA (6/1/2020+)

Public Outreach and Education
- Environmental Public Health: A Legacy, Its Challenges, and a Need for New Solutions. Lecture at Chalmette High., Chalmette, LA (Feb 7, 2022).
- LSU Health Sciences Center School of Public Health, Demonstration of Traffic-Associated Air Monitoring and Citizen Science Lesson Plans with K-12 students from Lusher High, The Net High, and Homer Plessy Elementary Students, New Orleans, LA (Feb 15, 17, 22, 2022)
- Public Health Implications of Interstate-10 Overpass. Panel presentation: Re-Imagine Claiborne: April Community Workshop. Claiborne Corridor Alliance. New Orleans, LA (4/2/2022)
- Results from air monitoring of chloroprene and volatile organic compounds and biomonitoring of chloroprene metabolites around the Denka Performance Elastomer facility. Presentation before Concerned Citizens of St. John the Baptist Parish (CCSJ) Community Group. Reserve, LA. (4/19/2022).
- Panel speaker, Sewerage and Water Board: Drinking Water Issues, Justice and Beyond Community Meeting, New Orleans, LA (1/15/2020).
- Monitoring for lead in paint demo. Lakeshore High School Career Day, Mandeville, LA (Feb 28 2019)
- What's in our water? Justice and Beyond Community Meeting, New Orleans, LA (2/11/19)
- Monitoring demo. 2nd An. Community Health Festival, Torah Academy, New Orleans, LA (Jan 21 2019)
- Lead sources and solutions. Justice and Beyond Community Meetings, New Orleans, LA (Oct 2 2018)
- Girl Scout troop science demonstrations, Girls Scouts, Metairie, LA (May 13 2018)
- Monitoring Demo. 1st An. Community Health Festival, Torah Academy, New Orleans, LA (Jan 22, 2018)

- Lead in NOLA water education event. Neighbors First, New Orleans, LA (November 2 2017)
- Water filter education event. A Community Voice, New Orleans, LA (October 6 2017)
- Class on well disinfection for flood-impacted residents sponsored by National Science Foundation, French Settlement, Livingston Parish, LA (3/2017)
- LSU Health Sciences Center–Patrick Taylor Hands-On-Workshop for K-12 Students sponsored by Demo of lead tests to Mount Carmel Academy students. New Orleans, LA (Mar 9 2017)
- Lead education event, Gentilly Fest, Pontchartrain Park, New Orleans, LA (October 9 2016)
- Lead exposure education event. A Community Voice, New Orleans, LA (August 11 2016)
- Lead education event. Justice and Beyond, New Orleans, LA (August 15 2016)
- Lead education event. New Salem Baptist Church, New Orleans, LA (August 18 2016)
- Guest speaker, New Salem Baptist Church. Lead exposure prevention. New Orleans, LA (June 16 2016)
- Door-to-door outreach with area non-profits, A Community Voice, Lead Safe Louisiana and Southern United Neighborhoods, New Orleans, LA (July 17 2016)
- Guest speaker, Community Voice. How to reduce exposure to lead. New Orleans, LA (June 9 2016)
- Guest speaker, Youth Force NOLA and LSUHSC Science Youth Initiative for New Orleans high school students. New Orleans, LA (June 16 2016)
- LSU Health Sciences Center–Patrick Taylor Baptist Community Ministries Science Education and Career Workshop for high school students sponsored by LSU Health Sciences Center. (2016)
- Guest speaker, Metairie Homemakers Group. Presentation on lead effects, exposures, screening requirements, and exposure prevention. Metairie, LA (May 10 2016)
- Demo of lead tests to students from Edna Karr High School, Hahnville High School and St. Scholastica High School (Honors Biology Class). New Orleans, LA (Feb 24, Mar 23, and Apr 6 and 20 2016)
- Dillard University's Forum Addressing the Flint Water Crisis. Interactive public discussion on Flint and New Orleans water lead study. New Orleans, LA (Feb 16 2016)
- Guest speaker, Kingsley House Head Start Program Parent Committee Meeting: New Parents as Educators Program. Lecture to parents about lead health effects, New Orleans' water lead exposures, and ways to reduce exposures. New Orleans, LA (Feb 17 2016)
- LSU Health Sciences Center–Patrick Taylor Hands-On-Workshop for K-12 Students sponsored by LSU Health Sciences Center. Demonstration of lead tests to Hahnville High School students (Honors Biology Class). New Orleans, LA (Oct 1 2015)
- Lead Levels in New Orleans Drinking Water: Presentation of Preliminary Results. Faubourg Marigny Neighborhood Association General Meeting. New Orleans, LA (9/21/2015).
- Guest speaker, Bywater Neighborhood Association Meeting. Lead exposure awareness outreach and education. New Orleans, LA (Aug 27 2015)
- Childhood lead screening and education event sponsored by Lead Safe Louisiana and Cease-Fire. Central City, New Orleans, LA (April 18, 2015).
- LSU Health Sciences Center–Patrick Taylor Hands-On-Workshop for K-12 Students sponsored by LSU Health Sciences Center. Demonstration of lead tests to Hahnville High School students (Honors Biology Class). New Orleans, LA (Nov 14 2014)
- Walk around the Dome, National Lead Poisoning Prevention Week sponsored by LA Office of Public Health. New Orleans, LA (Oct 22 2014)
- Family Day at New Orleans Museum of Art for Lead Awareness Day, New Orleans, LA (May 24 2014)

Grant Writing
- Developed grant application to expand free music education programs for Tipitina's Foundation. Funded by Gildea Family Foundation, $10,000, Received 2012. (Pro-bono)  (Dec 2011)

- Provided data and write up for grant to place West St. John the Baptist Parish on the list of America's 11 Most Endangered Historic Places list. Grant submitted by St. John the Baptist Historic Presevation Association to the National Trust for Historic Preservation. Received 2023 (Jun 2023)

**MEDIA**

**Book**
1. Goldblum J, Shaddox C. (2021). Broke in America: Seeing, Understanding, and Ending Poverty. Sea to Shining Sea. Dallas, TX: BenBella Books. LINK

**International and National Media Coverage**
2. Lead in your water: Are federal tests missing poison in the pipes? NBC Nightly News, Lisa Riordan Seville, Hannah Rappleye, Stephanie Gosk, and Kevin Monahan. 8/3/2016. LINK
3. Water lead exposures, regulatory weaknesses and inadequate exposure reduction guidelines. NBC Nightly News, Stephanie Gosk. 3/16/2016 [interviewed].
4. Water utilities serving American cities use tests that downplay contamination. The Guardian, Jessica Glenza and Oliver Milman. 3/6/2016 [interviewed]. LINK
5. Jackson, Mississippi's water lead exceedance: what is means and risks. NBC Nightly News, Lisa Riordan Seville. 2/25/2016 [interviewed]. LINK
6. Lead effects, water exposures, and water utility practices which impact lead detection. Süddeutsche Zeitung, Johannes Kuhn. 4/5/2016 [interviewed].
7. Scenes from Flint…. In Jackson, Mississippi. NBC News, Lisa Riordan Seville. 2/25/2016.
8. "People are scared": Jackson, Mississippi, copes with lead alarm. NBCNews.com, Stephanie Gosk, Hannah Rappleye, Lisa Riordan Seville and Tracy Conner. 2/25/2016. LINK
9. Flint water crisis, New Orleans drinking water lead study, and regulatory issues. WWNO- National Public Radio (NPR), Ryan Kailath. 2/16/2016- reoccurring plays throughout week [interviewed at Dillard University's Forum Addressing the Flint Water Crisis].
10. Flint's water crisis raises fear over lead levels in New Orleans' drinking water because of aging lead pipes. Daily Mail UK and Associated Press, Valerie Edwards. 1/30/2016. LINK
11. Flint water in lead crisis and New Orleans lead in water study. CBS Evening News with Scott Pelley, Manuel Bojorquez 1/29/2016 [interviewed]. LINK
12. Flint crisis raises concerns over New Orleans water. CBS News, Manuel Bojorquez. 1/29/2016. LINK
13. Test lead in your water at home for free. Health CNN. 2/11/2016. LINK
14. Louisiana residents still reeling from floods now have to fear tropical storms. BuzzFeed News, John Stanton. 8/30/2016. [interviewed] LINK
15. Lead in NOLA's drinking water with Adrienne Katner. PBS Crowd and the Cloud. 4/13/2017. LINK, LINK
16. Lead in New Orleans drinking water…and what can be done. PBS documentary "Cloud and the Crowd" by Nathan Tobey and Geoff Haines-Stiles. 4/13/2017 [interviewed]. LINK
17. Flooded homeowners: Free water testing kits for science. The Washington Post, Janet McConnaughey. 10/26/2017.
18. EPA gives $1.9 million to researcher to find lead in water. CNN, Sara Ganim, 4/25/2018. LINK
19. Poison in the pipes. BuzzFeed News, Nidhi Subbaraman, 11/4/2019. LINK
20. New Orleans is not warning residents about possible lead exposure, says a scathing new report. BuzzFeed National News, Nidhi Subbaraman. 7/19/2017. LINK
21. Lead Exposure. Interview for Canadian podcast: Super Awesome Science Show, Global News, Jason Tetro, 11/26/2019. LINK
22. Claiborne Avenue Corridor and the I-10. CNN, Lamar Salter. 4/10/2015 [interviewed].
23. FAQs on environmental conditions of St. John the Baptist Parish public schools. NAACP. 2/23/2021. [study quoted]. LINK

24. America has long favored cars over trains and buses. Can Biden change that? New York Times, Nadja Popovich. 4/13/2021. LINK [interviewed]
25. A month without water in Jackson, Mississippi, struggling residents fear next outage. NBC News, Bracey Harris. 4/12/2021. [interviewed] LINK
26. The Claiborne Corridor Project: Thriving Earth Exchange. Science and the Media Project. Louise Lief. 4/16/2021. [interviewed] LINK
27. Community Science Health Advances Local Goals. American Association for the Advancement of Science (AAAS). Andrea Korte. 5/4/2021. LINK AND LINK
28. Can removing highways fix American cities? The New York Times, Nadja Popovich. 5/27/2021. [interviewed and link to study] LINK
29. Lead in drinking water issues. Wade's World. KABF: The Voice of the People, Wade Rathke. 9/2/2022. [radio interview] LINK
30. Water, water everywhere, but is it safe to drink? The Chief Organizer Blog, Wade Rathke. 9/8/2022. LINK
31. The EPA's newly proposed rule for chemical emissions won't lesson the risk for children in one Louisiana community for years to come. DeSmog. Julie Dermansky. 4/19/2023. LINK
32. New Orleans "Monster" expressway highlights national debate over highway removal. ABC News, 9/20/2023. LINK
33. Highway traffic pollution puts communities of color at greater health risk, data analysis shows. Nightline, Mark Nichols. 9/20/2023. LINK
34. Salt water moving up US Mississippi River threatens drinking water supplies. The Independent, Xinhua, 10/2/2023.
35. The toxic, corrosive reason saltwater intrusion would be a catastrophe for New Orleans. CNN, Ela Nilsen. 10/15/2023. LINK
36. How do you address highways that have cut through communities? NPR, Gabriel J Sanchez, Drew Hawkins. 12/15/2023. LINK
37. A New Orleans neighborhood confronts the racist legacy of a toxic stretch of highway. NPR, KFF Health News, and WWNO Gulf States Newsroom, Drew Hawkins. 3/15/2024. LINK
38. In New Orleans, residents confront a toxic highway. US News, Drew Hawkins. 3/17/2024. LINK

**State and Local Media Coverage**
39. Nine UCSC students receive scholarships. Santa Cruz Sentinel. 11/1993. LINK
40. Rocketdyne ruckus. Los Angeles Times, Amanda Covarrubias. 12/2002 [interviewed]. LINK
41. UCLA reports initial lab findings. Daily News, Louisiana, Lisa Mascaro. 8/2003. LINK
42. Fake eyelashes have doctors asking consumers to take second glance. WDSU-TV, LaTonya Norton 11/3/14. LINK
43. Face the truth on Santa Susana Lab. Ventura County Star. Yoram Cohen and Hal Morgenstern, 10/4/2015  LINK
44. Field Lab Risks. Ventura County Star, Abe Weitzberg. 10/15/2015.
45. ATSDR bows out of Santa Susana Field Lab probe. EnviroReporter, Michael Collins. 12/8/2015. LINK
46. Lead and the NOLA land in water study. WHIV. NOLA Matters Radio Show, Mark Alain Dery. 12/21/2015
47. Flint crisis raises concerns over New Orleans water. KLFY, Forrest McBride. 1/29/2016. LINK
48. New Orleans Lead in Drinking Water study. WWL Radio First News, Tommy Tucker 2/1/2016 LINK
49. New Orleans water lead study and water lead levels. WWL Radio First News, Garland Robinette 2/2/2016. LINK
50. New Orleans Lead Drinking Water study. WWL-TV News, Meg Farris. 2/10/2016. LINK
51. Home water filters can remove dangerous lead from tap water. Times Picayune, Maryann Miller. 3/16/2016 LINK
52. How much lead in in New Orleans tap water? New Orleans Times Picayune, Susan Langenhennig. 3/16/2016 LINK
53. Lead levels in New Orleans water. TV interview for Fox 8 WVUE News. Liz Reyes. 4/20/2018. [interviewed].
54. LSU researchers keep close eye on lead problem. Fox 8 News. Natasha Robin 4/26/2016  LINK,   LINK, LINK
55. Researchers say lead levels in local water very concerning. WWL-TV. Meg Faris. 4/26/2016. LINK
56. Lead concerns. WWL Radio First News, Tommy Tucker 4/27/2016 [interviewed]. LINK
57. LA water systems would not meet proposed lead standards. Times Picayune, Mark Schleifstein 4/29/2016. LINK
58. New Orleans homes test high for lead in water. Times Picayune, Mark Schleifstein. 4/29/2016. LINK

59. Iron in local water supplies could cause health problems. WWL-TV Nightly News, Katie Moore 5/5/2016. LINK
60. Less lead in New Orleans soils, children's blood, 10 years after Katrina:study. Times Picayune, Mark Schleifstein. 7/26/2016. LINK
61. IG's Office to tackle drinking water, police retention, court operations. Advocate, Jeff Adelson. 9/1/2016. LINK
62. Well contamination from August's floods could pose health problem for rural residents. Advocate, Steve Hardy. 2/25/2017. LINK
63. S&WB investigation. FOX Local News by Kimberly Curth, Thomas Wright, Lee Zurik. 4/18/2017 [interview].
64. New Orleans road work could raise lead levels in your water, officials warn. Times Picayune, Jennifer Larino. 7/12/2017. LINK
65. Fox 8 investigates: Lead found in hundreds of N.O. water lines. Fox 8 Local First, Kimberly Curth, Tom Wright. 7/18/2017. LINK
66. How to combat lead in your drinking water. WWL-TV, Meg Farris. 7/19/2017. LINK
67. OIG criticizes S&WB over lead; utility fighting back. Fox 8 Local First, Kimberly Kurth, Tom Wright, 7/25/2017. LINK
68. New Orleans school districts scrapped plans to test water for lead: The new plan: install filters. The Lens, Marta Jewson, 8/22/2017. LINK
69. Water filters to protect against lead will be installed at most New Orleans schools this Fall. The New Orleans Advocate. 8/26/2017. LINK
70. Report says U.S. could save billions by spending money to reduce childhood lead exposure. The Lens, Kerry Nix. 8/31/2017. LINK
71. Virginia Tech receives $600,000 in federal funding to solve more lead in water issues. WDBJ7, Eamon. O'Meara. 9/28/2017. LINK
72. Plans to test school drinking water for lead were abandoned after water board raised questions. The Lens, Marta Jewson. 10/10/2017. LINK
73. Plan to test schools for lead in water lost steam after S&WB pushback: report. Times Picayune, Jennifer Larino. 10/11/2017. LINK
74. Flint water crisis team brings relief to well owners following hurricanes Harvey and Irma. Augusta Free Press. 10/18/2017. LINK
75. Member from Flint Water Crisis team brings relief to well owners following Hurricanes Harvey and Irma. CBS FOX 59 WVNSTV, Valerie Sullivan. 10/18/2017. LINK
76. New Orleans schools will wait longer for filters to screen lead from drinking water. The Lens NOLA, Marta Jewson. 11/29/2017. LINK
77. 'It freaked me out' Green water flows through thawing frozen pipes. Times Picayune, Beau Evans. 1/17/17.
78. VA Tech awarded $1.9 million to research safety of drinking water. WSLS News, Alison Wickline 4/25/2018. LINK
79. VA Tech team gets EPA grant to engineer citizen-science water quality project. Roanoke Times, Robby Korth. 4/25/2018. LINK
80. The VA Tech water study team called heroes for efforts in Flint just got a big boost from the EPA. Bristol Herald Courier Robby Korth. 4/25/2018. LINK
81. Flushing water lines might not lower lead levels in your drinking water, study says. New Orleans Times Picayune, Maria Clark. 7/24/2018. LINK
82. Is flushing water lines the best way to lower lead levels? LSU Health study says no. WGNO, WGNO Web Desk. 7/24/2019. LINK
83. Lead reducing water filters installed at Orleans Parish Schools. FOX 8 Local First, Kimberly Curth, 8/24/2018. LINK
84. Study says current flushing guidelines for drinking water could increase lead exposure. Fox 8 Live, Kimberly Kurth. 7/25/2018. LINK
85. New Orleans' water system would have to offer timeline for removal of lead pipes under this proposed law. New Orleans Advocate, Jeff Adelson. 10/25/2018. LINK
86. Citizens and experts join forces to warn about dangers of lead in water. 4WWL CBS, Meg Farris.10/25/2018.LINK, LINK
87. FOX 8 uncovers lead water levels in some area schools are higher than pediatricians recommend. FOX 8 Local First, Kimberly Kurth. 11/19/2018. LINK
88. Fox 8 investigation uncovers high lead, copper results at North Shore school. FOX 8 Local First, Kimberly Kurth. 11/19/2018. LINK
89. Research team will study novel approaches to improve urban planning and response to hurricanes and flooding.

University of Houston, Marilyn Howard Jones 11/28/2018. LINK

90. Concerns about lead in New Orleans water. Fox 8 Local First, Kimberly Curth. 12/14/2018. LINK
91. State leaders and agencies aim to fix Louisiana's water problems. WWL-TV, Caresse Jackman. 2/11/2019. LINK
92. Algiers drinking water safe despite missing state health mark. Times Picayune, Beau Evans. 4/2/2019. LINK
93. What that card about your water in Algiers means. WWL-TV, Paul Murphy. 4/3/2019. LINK
94. Fourth graders launch weather balloon to photo-document traffic-related pollutants along Claiborne Corridor. WDSU News, WDSU Digital Team 5/13/2019. LINK
95. Claiborne Expressway, Through the Eyes of Fourth Graders. 89.9 WWNO, Jess Clark, 5/16/2019. LINK
96. Enterprise residents participate in water filter program. Catahoula News Booster, 172(29):1-14. 7/17/2019. LINK
97. Research team will study novel approaches to improve urban planning and response to hurricanes and flooding. University of Houston, Marilyn Howard Jones 11/28/2018. LINK
98. Closing in on startup, YCI plant faces pushback over proposed water discharges in river, canal. The Advocate, David J Mitchell 9/13/2020. LINK
99. New Orleans hopes Biden's infrastructure plan will help eliminate lead pipes, lead in soil. WWL-TV, Paul Murphy, 5/6/2021. LINK
100. Sulphur's brown water catches attention of a national environmental activist" Erin Brokovitch says Louisiana city's water 'looks like another Flint'. Louisiana Illuminator, Sara Sneath. 6/2/2021. LINK
101. 'Drinking Through a Lead Straw' $15 B approved to fix dangerous water pipes. KHN, Sandy West. 11/8/2021. LINK
102. Potential cancer-causing chemicals were emitted by Denka during its Ida closure, study says. WWNO, Kezia Setyawan. 4/15/2022. LINK
103. This plant emits a chemical that likely causes cancer even when it's closed, LSU research says. The Advocate, David J. Mitchell. 4/11/2022. LINK
104. Chloroprene detected while plant was not operating. L'Observateur, Brooke Cantrelle. 4/12/2022. LINK
105. 'Misleading' health data hid higher rates of asthma-related ER vistis in St. John Parish, state cites error. The Lens NOLA, Joshua Rosenberg. 11/19/2022. LINK
106. W. St. John the Baptist Parish designated one of America's "Most Endangered Places". KATC-ABC, Daniel Phillips. 5/13/2023. LINK
107. In fight to remove divisive Claiborne Expressway, activists turn to a new strategy- an EPA study. Mississippi Public Broadcasting, Drew Hawkins. 9/8/2023.
108. Drinking water concerns continue in Plaquemines Parish. Victoria Advocate and New Orleans City Business, Lue Palmer Verite and Louisiana Illuminator, 11/4/2023. LINK AND LINK

**Trade Journal Coverage**

109. Combination of cytotoxic and antiangiogenic agents diminished renal carcinoma. Gene Therapy Weekly, Sonia Nickols. 11/2002. LINK
110. Data on gene therapy discussed by I.J. Frew. Gene Therapy Weekly. 9/18/2008. LINK
111. Scientists target cancer gene therapy. Gene Therapy Weekly. 6/23/2011. LINK
112. New cancer gene therapy study findings have been reported by scientists at Kumamoto University. Gene Therapy Weekly. 5/3/2012. LINK
113. LSU Assistant Professor to use new method of testing lead level in tap water. Association of Schools and Programs of Public Health Connect Newsletter, Faculty and Staff Honors 10/1/2014. LINK
114. LSUHSC lead water study. Preservation in Print. Preservation Resource Center of New Orleans 11/2014.
115. ASPPH report in Friday Letter: "LSU environmental health professor named one of "Katrina Heroes" Association of Schools and Programs of Public Health (ASPPH). 8/14/2015. LINK
116. Flint, MI and the need for Lead and Copper Rule revisions. TU Water Ways. Tulane Institute on Water Resources Law and Policy, Adrienne Katner. 10/20/2015. LINK
117. Group decries EPA inaction on Philadelphia lead tests. Environment and Energy, Tiffany Stecker 6/23/2016
118. LSU Health offering free well water testing in flood-affected areas. LA Water Resources Research Institute. 10/29/2016. LINK
119. Repairing leaks in drinking water regulations. The Regulatory Review, Bryan C. Williamson. 5/25/2017. LINK
120. Undermanned EPA delays action on lead in drinking water. WaterNews, Brett Walton, 8/17/2017. LINK
121. Clean water warrior wins 2017 ENR Award of Excellence. Engineering Ethics, Pam Russell. 4/13/2017. LINK
122. Fighting for justice where geoscience meets public health. Thriving Earth Exchange. Thriving Earth Exchange,

American Geophysical Union, 7/9/2018. LINK

123. Citizen science water monitoring program empowers the public. Environ. Monitor, Karla Lant. 7/13/2018. LINK
124. Study finds flushing water lines protects inconsistently and may increase lead exposure. Phys.Org 7/23/2018.LINK
125. Flushing may not get the lead out of water lines. Medical Research, Marie Benz. 7/24/2018. LINK
126. Flushing water pipes can increase lead exposure. Treehugger, Christine Lepisto. 7/24/2018. LINK
127. Lead flushing may not be effective at reducing contamination. Water Quality Products (WQP). 7/26/2018. LINK
128. Flushing guidelines may increase lead risk, study says. Water Online, Sara Jerome. 7/31/2018. LINK
129. Chemistry on tap. Bayou Chemist: Newsletter of LA Local Section of the American Chemical Society, Michael Santiago, 11/2/2018
130. Resilience and community: Learning about environmental disasters and injustices in Louisiana. Duke Human Rights Center, Franklin Humanities Institute, Elizabeth Allen and Laura Landes. 5/14/2019. LINK
131. LSU Health NO collaboration working to improve drinking water safety. Healthcare Journal of New Orleans. Leslie Capo, 10/5/2019. LINK
132. Study finds flushing water lines protects inconsistently, may increase lead exposure. Healthcare Journal of New Orleans. Betty Back, 10/5/2019. LINK
133. Water utilities continue battle against lead in their systems. Engineering News-Record. Pam McFarland, 5/13/2020. LINK

**Digital Media Coverage**
134. Spotlight: Louisiana State University Health. National Center for Healthy Housing. 2020 LINK
135. Newcomb Art Museum to host public forum on lead featuring Tulane faculty. Tulane. 11/6/2019. LINK
136. Notes from the field with Adrienne Katner. American Geophysical Union' Thriving Earth Exchange. 6/26/2019. LINK
137. Lead in New Orleans' drinking water raises concerns. Opposing Views, Kathryn Schroeder. 1/30/2016. LINK
138. Clean water for St. Joseph, LA: A victory. Flint Water Study, Anurag Mantha. 12/17/2016. LINK
139. St. Joseph water emergency. Flint Water Study. Laurel Strom. 1/19/2017. LINK
140. Flushing water pipes can increase lead exposure. Treehugger, Christine Lepisto. 7/24/2018. LINK
141. Claiborne Avenue Alliance leads Corridor tour. Thriving Earth Exchange, Sarah Wilkins. 10/24/2018. LINK
142. After hurricanes, pollution hazards for private well water wells in the southeast. Circle of Blue, Brett Walton, 11/2/2018. LINK
143. Are the fish safe to eat? Daily Comet, Nikki Buskey. 2/2009 [interviewed]. LINK
144. Wearing lead glasses: Lead contamination in New Orleans and beyond. Places, Thomas Beller. 5/28/2019. LINK
145. LSU School of Public Health and Partners Monitor the I-10 Environment with Phyllis Wheatley Students. Thriving Earth Exchange.5/13/2019. LINK
146. Solutions to the humanitarian crisis in Gaza can only succeed if occupation ends. Fair Observer, Hasheemah Afenah. 11/22/2019. LINK
147. Community science helps advance goals. American Association for the Advancement of Science (AAAS). 5/18/2021. LINK
148. Gulf Research Program announces inaugural early-career research fellows for the new human health and community resilience track. National Academies of Science. 6/27/2021. LINK
149. "We're beyond being studied"; Learnings from New Orleans communities. Thriving Earth Exchange. American Geophysical Union.1/16/2022. LINK

**DEVELOPMENT ACTIVITIES**

**Training Workshops, Professional Courses, Certifications and Symposia**
- First Aid/CPR, Certification- 1993, 2000; UC Santa Cruz and LSU Health Sciences Center (1993, 2000)
- Radiological Safety Training, LSU Health Sciences Center (1995)
- Strategic National Stockpile, LA Office of Public Health, Dept. of Health and Hospitals (2007)
- ArcGIS Desktop III: GIS Workflows and Analysis, ESRI (2007)
- SAS Programming 1: Essentials, SAS (2007)
- SAS Enterprise Guide 1: Querying and Reporting, SAS (2008)
- Single Resources and Initial Action Incident (ICS-200b), Emergency Manag. Inst., FEMA (2008)
- National Response Framework (IS-800b), Emergency Management Institute, FEMA (2008)
- National Incident Management (NIMS) (IS-00700): Emergency Management Inst., FEMA  (2008)

- Introduction to Incident Command (ICS 100): Emergency Management Institute, FEMA (2008)
- Environmental Public Health Tracking 101, CDC (2009)
- Working with ArcGIS Network Analyst, ESRI (2009)
- Microsoft Windows SharePoint Foundation (2010)
- Introduction to Grant Writing, State of LA Office of Community Development (2010)
- Beyond Where: Using Regression Analysis to Explore Why, ESRI (2011)
- Introduction to Spatial Pattern Analysis, ESRI (2012)
- Emergency Responder Health Monitoring and Surveillance (ERHMS), CDC (2013)
- Community Assessment in Public Health Emergency Response (CASPER), CDC (2013)
- Back to Basics Summer Teaching Institute, LSU Health Sciences Center (2014)
- Certified Industrial Hygienist Review, Univ. of Iowa Division of Continuing Education (2014)
- American Board of Industrial Hygiene Ethics Requirement Certification, Bowen EHS (2014)
- National Training on Toxics Releases Inventory, US EPA. Arlington, VA (2014)
- Community-Based Participatory Research (CBPR) Training, LA Healthy Communities Coalition. (2015)
- Technical Certification: Skills Review for ArcGIS Desktop Associate (Ver 10.1), ESRI (2015)
- Spring Symposium and Faculty Development Day, LSU Health Sciences Center (2015)
- Community Based Participatory Research Training, LA Clinical and Translational Science Center (LA CaTS) (Jan- Jun, 2017)
- SciAps Instrument Safety and Operation Training of SciAps Model X Series XRF Analyzers (Mar 15, 2023)

**EXHIBIT 2**

In preparing this report, the following documents were reviewed:

- Action Plan: Denka Performance Elastomer, LLC- Pontchartrain Facility: LaPlace, St. John Parish, Louisiana. U.S. Environmental Protection Agency, Washington, DC. June 2016. LINK

- U.S. Environmental Protection Agency (EPA). LaPlace, Louisiana – Air Monitoring Data: Chloroprene Data for Denka Performance Elastomer Facility in La Place, St. John Parish, Louisiana. (2016-2020) LINK

- Louisiana Department of Health. Denka Letter Health Consult- Cancer Review. 2018 March 3. Section of Environmental Epidemiology and Toxicology, LDH, New Orleans, LA. LINK

- Reference Document for the Preliminary Assessment of Chloroprene Levels in St. John Parish: Evaluation of Potential Health Risks for Elementary School Students based on Early Sampling Results following Emissions Reduction. Louisiana Department of Health, Office of Public Health, Section of Environmental Epidemiology and Toxicology. New Orleans, LA June 14, 2018.  LINK

- St John the Baptist Parish Schools Feasibility Study. District Office Administrators. St. John Parish, LA. September 3, 2019.

- National Air Toxics Assessment (NATA): 2011. U.S. Environmental Protection Agency, Washington DC. 2015. LINK

- National Air Toxics Assessment (NATA): 2014. U.S. Environmental Protection Agency, Washington DC. 2018. LINK

- Li J, Vandenberg J. Spatial and statistical analysis of high risk chloroprene emissions in LaPlace, Louisiana. Thesis, Nicholas School of the Environment, Duke University, April 21, 2019.

- Wu XC, Maniscalco L, Zhang L, Yi Y, Lefante C, Ricks L, Straif-Bourgeois, Hsieh MC (eds). Cancer Incidence in Louisiana by Census Tract, 2006-2014. New Orleans: Louisiana Tumor Registry, 2018.

- Maniscalco L, Zhang L, Yi Y, Lefante C, Rosales C, Hsieh MC, Wu XC (eds.) Cancer Incidence in Louisiana by Census Tract, 2005-2015. New Orleans: Louisiana Tumor Registry, 2019.

- Maniscalco L, Yi Y, Lefante C, Hsieh MC, Wu XC (eds). Cancer Incidence in Louisiana by Census Tract, 2007-2016. New Orleans: Louisiana Tumor Registry, 2020.

- Residual risk report to Congress. EPA Office of Air Quality. EPA-453/R-99-001. (March 1999). <u>LINK</u>.

- EPA's Motion for a Preliminary Injunction Against Denka Performance Elastomer LLC (February 2, 2023), Civil Action No. 2:23-cv-735 is available here: <u>Denka Clean Air Act ISE Complaint (epa.gov)</u>.

- Von Oettingen WF, Hueper WC, Deichmann-Gruebler W, Wiley FH. 2-Chloro-butadiene (Chloroprene): Its toxicity and pathology and the mechanism of its action. *J of Industrial Hygiene and Toxicology*, 1936, Vol 18, pp 240-70.; 2)

- Dublin L.I., Vane RJ. (1941) Occupational hazards and diagnostic signs: A guide to impairments to be looked for in hazardous occupations. No 41. US Government Printing Office, 1941; 3)

- Von Oettingen, WF (1942). Organic chemical industrial hazards to health. *Physiological Reviews*, 22(2), 170-189.

- <u>Letter</u> by Subra et al in response to the Notice of Public Comment on Modeling for Chloroprene, 85 Fed. Reg. 44,885 (July 24, 2020), Docket: EPA-HQ-ORD-2020-0181-0001 (Aug 2020).

- US EPA Response to the Denka Performance Elastomers (DPE) Request for Correction (RFC) of the Toxicological Review of Chloroprene {CAS No. 126-99-8) In Support of Summary Information on the Integrate Risk Information System (IRIS). Jan 2018. <u>Systematic Review of Chloroprene</u>

- Nagra R, Taylor R, Hampton M, Hilderbrand L.  2021. "Waiting to die": Toxic emissions and disease ear the Denka Performance Elastomer neoprene facility in Louisiana's Cancer Alley, Environmental Justice 14(1). DOI: 10.1089/env.2020.0056.

- Data from the La. Dept of Education: <u>2022-23-chronic-absenteeism-rate-overall-by-subgroup_web.xlsx (live.com)</u>.

- Focused Clean Air Act compliance investigation: Denka Performance Elastomer LLC, LaPlace, LA, NEIC Project No.: VP216. NEICVP1216E01. October 2016. EPA National Enforcement Investigations Center. <u>LINK</u>

- Technical Support Report for ECAD- Denka Enforcement Multimedia Sampling, LaPlace, St. John the Baptist Parish, LA, TDD No. 0005/22-471, pp 105-108

- Inspection Report for Denka Performance Elastomers, LLC- Pontchartrain Site. Inspection Date: May 5, 2022 (epa.gov). LINK

- Other inspection reports can be accessed from EPA or at the following site: LaPlace, St. John the Baptist Parish, Louisiana | US EPA.

- Clewell (2019) Incorporation of *in vitro* metabolism data and physiologically based pharmacokinetic modeling in a risk assessment for chloroprene by Harvey J. Clewell III, Jerry L. Campbell, Cynthia Van Landingham, Allison Franzen, Miyoung Yoon, Darol E. Dodd, Melvin E. Andersen & P. Robinan (Inhalation Toxicology, 31:13-14, 468 483, DOI: 10.1080/08958378.2020.1715513)

- Hattis (1987) D., "A Pharmacokinetic/Mechanism-Based Analysis of the Carcinogenic Risk of Ethylene Oxide," National Technical Information Service, MIT Center for Technology, Policy and Industrial Development, CTPID 87-1, NTIS/PB88-188784

- Boxenmaum (1982) "Interspecies scaling, allometry, physiological time, and the ground plan of pharmacokinetics", Pharmacokinetics and Biopharmaceutics, 1982 10:201–227

- Spearman (2005) John, R., "Body size, energy metabolism and lifespan", Journal of Experimental Biology, 2005 208: 1717- 1730; doi: 10.1242/jeb.01556

- Katner A. 2015. Prioritization of Louisiana parishes based on industrial releases of known or suspected carcinogens. *Journal of the Louisiana State Medical Society* 167(3): 122-128. PMID:27159456.

- Katner A. Independent Assessment of Environmental Conditions of Public School Locations: St. John the Baptist Parish, Louisiana. Report for NAACP and St. John the Baptist Parish School District. February 9, 2021. LINK

- Katner A. St. John the Baptist Parish Chloroprene Monitoring Demonstration. Subproject of the "Cancer Reporting in St. John the Baptist Parish (CRISP) Project". Report Prepared for Louisiana Department of Health, Office of Public Health. April 11, 2022. LINK