# **EXHIBIT 26**



# Board Workshop

April 25, 2024
5:00 pm
Board Meeting Room - Reserve, Louisiana

## 5. Public Comment. Mrs. Debra Schum – Discussion regarding closing Fifth Ward Elementary School

### Fifth Ward Elementary Consolidation Cost Savings

| Position | Salary | Fringe | Total | Comments |
|---|---|---|---|---|
| Principal | $ 90,922 | $ 40,853 | $131,775 | |
| Assistant Principal | $ 75,864 | $ 29,869 | $105,733 | |
| Master Teacher | $ 63,859 | $ 16,316 | $ 80,175 | Grant Funded |
| Dean | $ 62,048 | $ 32,804 | $ 94,852 | |
| Counselor | $ 67,828 | $ 27,459 | $ 95,287 | |
| Nurse | $ 53,296 | $ 14,012 | $ 67,308 | |
| Bookkeeper | $ 40,197 | $ 20,206 | $ 60,403 | |
| Secretary | $ 27,489 | $ 7,238 | $ 34,727 | |
| Lunch Manager | $ 27,093 | $ 7,112 | $ 34,205 | |
| Head Custodian | $ 32,104 | $ 9,348 | $ 41,452 | |
| Literacy Coach | $ 52,840 | $ 13,500 | $ 66,340 | Grant Funded |
| TOTAL | $ 593,540 | $218,717 | $812,257 | |

| Other Costs | | |
|---|---|---|
| Utilities | $ | 116,496 |
| Building Maintenance | $ | 33,103 |
| Lawn Maintenance | $ | 21,600 |
| Insurance Costs | $ | 281,316 |
| TOTAL | $ | 452,515 |

Estimated Building Value    Pending Reassessment



ELEVATING EXCELLENCE EVERYDAY
SJBP

# Fifth Ward Consolidation Options

April 25, 2024

# Fifth Ward Consolidation Options

**April 25, 2024**



ELEVATING EXCELLENCE EVERYDAY

SJBP



## Context

- The Superintendent was asked to provide a plan of action for a possible consolidation of Fifth ward at the Board Workshop

## Objective

- To provide the board with information and options regarding the possible consolidation of Fifth Ward

## Notes from the Forums

**Administrator:**

- Would like the school to remain open
- If the school had to close, she would like for the students and staff to remain together
- She would like to be the principal of the New Fifth Ward

**Parent Forums:**

- Keep the principal
- Faculty remain together
- Students stay together
- Transitions will be longer
- Don't split up the siblings

## Why were the following schools selected?

| School | Current Enrollment | Number of Classrooms | Capacity |
|---|---|---|---|
| GMMS | 325 | 40 | 920 |
| STEM/9th Academy | 197 | 25 | 650 |
| ESJP | 325 | 24 | 624 364 |
| ESJA | 60 | 14 | 988 |
| ESJH | 1093 | 77 | 1771 |
| LES | 755 | 61 | 1250 |
| JLO | 397 | 20 | 460 |
| LPE | 778 | 33 (5 Prek=38 rooms) | 820 |
| ECW | 518 | 26 | 598 |
| FWE | 338 | 39 | 897 |

# Proximity

Distance from FWE to ESJP/ESJA = 4 miles

**Estimated 97% of FWE & ESJP share the same Zone w/ESJP**

8 min (4.0 mi) via E 22nd St and US-61 S

Distance from FWE to LES = 4 miles

**Estimated 3% of FWE & LES Share the same zone w/LES (mainly sped students. Approx 3 students who ride bus 57)**

10 min (3.9 mi) via LA-44 E

Distance from FWE to GMMS = 7 miles

**Estimated 0% of FWE share the same zone w/GMMS**

11 min (6.7 mi) via LA-44 W





Hot Spots and Distances

Hot spots according to bus routes for Fifthward

ELEVATING EXCELLENCE EVERYDAY

SJBP

| Sample Area | FWE | ESJP | LES | GMMS |
|---|---|---|---|---|
| Belle Pointe | 3 mins | 6 mins | 10 mins | 11 mins |
| Cole's Landing | 7 mins | 2 mins | 7 mins | 13 mins |
| Fox Wood | 11 mins | 10 mins | 6 mins | 19 mins |
| St. Andrews | 12 mins | 11 mins | 5 mins | 20 mins |
| Sugar Ridge | 10 mins | 9 mins | 8 mins | 18 mins |
| LaPlace Park | 9 mins | 6 mins | 8 mins | 16 mins |
| RiverLand | 12 mins | 10 mins | 6 mins | 19 mins |
| Belle Terre | 12 mins | 11 mins | 8 mins | 20 mins |
| The Links | 10 mins | 9 mins | 3 mins | 18 mins |
| Heather lane | 7 mins | 5 mins | 5 mins | 14 mins |
| Jasper Lane | 8 mins | 5 mins | 6 mins | 15 mins |
| Cartier Dr | 9 mins | 6 mins | 6 mins | 15 mins |
| Homewood | 7 mins | 7 mins | 10 mins | 12 mins |
| Van Arpel | 10 mins | 6 mins | 5 mins | 16 mins |
| Whitlow Ct | 9 mins | 5 mins | 8 mins | 15 mins |
| West 10 | 6 mins | 7 mins | 11 mins | 8 mins |
| west 19 | 7 mins | 9 mins | 12 mins | 7 mins |
| East 12 | 3 mins | 9 mins | 12 mins | 10 mins |
| East 21 | 2 mins | 8 mins | 11 mins | 11 mins |
| Chad B Baker | 2 mins | 8 mins | 11 mins | 12 mins |

## At a Glance

| School | Current Enrollment | Classrooms | Building Capacity |
|---|---|---|---|
| FWE | 338 | 39 | 897 |
| ESJP | 326 | 24 | 450 (If we use the approved CSM 24x26=624) |
| ESJA | 60 | 14 | 364 (If we use CSM X 26) |

ELEVATING EXCELLENCE EVERYDAY
SJBP

## Options for moving FWE to ESJP/ESJA

### Plan A

- Move FWE to ESJP
  - Elementary students grades K-5 will be housed in ESJP
  - Middle school students grades 6-8 will be housed in ESJA.
- We estimate 664 students
- We estimate capacity of 988 after combining ESJP/ESJA

### Plan B

- Move FWE to ESJP
  - Only Grades K-4 will be housed in ESJP
  - Only grades 5-7 will be housed in ESJA
- Eighth Graders will report to Freshman Academy
- Total estimated incoming 9th graders=358
- Total estimated incoming 8th graders from FWE 80-90
- Total estimate for Freshman Academy=446
- Total estimate for New Fifthward=554

Options from FWE to LES and/or GMMS

**Plan C**
- Move FWE to LES
- FWE enrollment is 336
- LES is 756
- Estimated enrollment is 1093
- Capacity of LES is 1250

**Plan D**
- Move FWE to GMMS
- FWE enrollment is 336
- GMMS enrollment is 325
- Estimated enrollment is 661
- Capacity of GMMS is 920



## Options for the Alternative School Placement

- Milesville
    - Staff relocate to Central Office and School Sites
- Fifth Ward
- GMMS
- Leon Gaucheux (Pending Sale)

## Options for Fifth Ward

- Sell it
- Professional Development Center
    - C&I Department
    - Sped Department
- Career and Technical Center
- Central Office
    - Sped
    - Alternative Programs
    - IT Department
    - Tech Repair Department
    - Curriculum Department
    - Accountability
    - HR

Hybrid Approach

- Central Office
- Professional Development Center
- Alternative School

OR

- Career and Technical School
- Alternative Programs
- Sped Department
- Parent Resource Center

OR

- Alternative Programs
- Career Technical School
- Over-Age Programs

## Consolidation Savings

**Salaries**

- $745K via Consolidation
- $171,199
  - Monies spent last year on utilities (Building /lawn maintenance)
  - Savings of $85K

### Fifth Ward Elementary Consolidation Cost Savings

| Position | Salary | Fringe | Total | Comments |
|---|---|---|---|---|
| Principal | $ 90,922 | $ 40,853 | $131,775 | |
| Assistant Principal | $ 75,864 | $ 29,869 | $105,733 | |
| Master Teacher | $ 63,859 | $ 16,316 | $ 80,175 | Grant Funded |
| Dean | $ 62,048 | $ 32,804 | $ 94,852 | |
| Counselor | $ 67,828 | $ 27,459 | $ 95,287 | |
| Nurse | $ 53,296 | $ 14,012 | $ 67,308 | |
| Bookkeeper | $ 40,197 | $ 20,206 | $ 60,403 | |
| Secretary | $ 27,489 | $ 7,238 | $ 34,727 | |
| Lunch Manager | $ 27,093 | $ 7,112 | $ 34,205 | |
| Head Custodian | $ 32,104 | $ 9,348 | $ 41,452 | |
| Literacy Coach | | | | Grant Funded |
| TOTAL | $540,700 | $205,217 | $745,917 | |

| Other Costs | | |
|---|---|---|
| Utilities | $ 116,496 | |
| Building Maintenance | $ 33,103 | |
| Lawn Maintenance | $ 21,600 | |
| Insurance Costs | | |
| TOTAL | $171,199 | |

| Estimated Building Value | | |
|---|---|---|



## Advantages/Disadvantages of Consolidations

Advantages of consolidating schools:
- Resources are funneled into one central location
- Consistency in Academic Implementation-It is easier to implement academic initiatives at one site than in multiple sites
- Quality of Education-More diverse course offerings
- Continuity of expectations from K-8
- Collaboration will happen school wide instead of in multiple locations
- Some Cost savings (ex. Transportation costs)
- Students make fewer school transitions in their academic career

Disadvantages of consolidation of schools:
- Loss of identity - (School has to redefine itself)
- Consolidation of repetitive position resulting in reassignments or displacements
- Various grade-levels riding the bus together
- SPS -Must consider the academic performance of both schools
    - One study suggest consolidation in small rural schools may not be the best approach for student achievement



### Things you May Want to Consider

- Transitional Costs
- Name Change
- Transition Time
- Transportation/Routing
- May 15th Deadline for employee notification