# EXHIBIT 5

Deposition Notice Albert Burl ..........................................................................................1

Deposition Notice Charo Holden ......................................................................................4

Deposition Notice Cleo Perry ...........................................................................................7

Deposition Notice Debbie Schum ...................................................................................10

Deposition Notice Jaye Ambrose ....................................................................................13

Deposition Notice Jennifer Frizzell .................................................................................16

Deposition Notice Lindsey Vicknair ...............................................................................19

Deposition Notice Michael Hefner ..................................................................................22

Deposition Notice Nia Mitchell .......................................................................................25

Deposition Notice Patricia Triche ....................................................................................28

Deposition Notice Patrick Sanders ..................................................................................31

Deposition Notice Raydel Morris ....................................................................................34

Deposition Notice Samuel Mamou ..................................................................................37

Deposition Notice Shawn Wallace ...................................................................................40

Deposition Notice Sherry DeFrancesch ...........................................................................43

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Albert "Ali" Burl, III
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

**PLAINTIFFS' NOTICE OF DEPOSITION OF ALBERT BURL, III**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Mr. Albert "Ali" Burl, III, for the purpose of discovery or for use as

evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil

Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

1

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice*

*/s/ Gideon T. Carter, III.*
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

<u>/s/ Victor M. Jones</u>
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Charo Holden
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

### PLAINTIFFS' NOTICE OF DEPOSITION OF CHARO HOLDEN

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Ms. Charo Holden, for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)

1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*

Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Dr. Cleo Perry, Jr.
     c/o Hammonds, Sills, Adkins & Guice, LLP
     2431 South Acadian Thruway, Suite 600
     Baton Rouge, LA 70808

**PLAINTIFFS' NOTICE OF DEPOSITION OF DR. CLEO PERRY, JR.**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Dr. Cleo Perry, Jr., for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

    The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

                         Respectfully submitted

                         */s/ Victor M. Jones*
                         Victor M. Jones (La. Bar No. 34937)

1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

    **I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*          
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| **v.** | **CONSOLIDATED WITH** |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Debbie Schum
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

### PLAINTIFFS' NOTICE OF DEPOSITION OF DEBBIE SCHUM

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Ms. Debbie Schum, for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

                                        Respectfully submitted

                                        */s/ Victor M. Jones*
                                        Victor M. Jones (La. Bar No. 34937)

1

-10-

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:    Jaye Ambrose
       c/o Hammonds, Sills, Adkins & Guice, LLP
       2431 South Acadian Thruway, Suite 600
       Baton Rouge, LA 70808

**PLAINTIFFS' NOTICE OF DEPOSITION OF JAYE AMBROSE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Ms. Jaye Ambrose, for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

                                      Respectfully submitted

                                      */s/ Victor M. Jones*
                                      Victor M. Jones (La. Bar No. 34937)

1

-13-

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*

Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Jennifer Frizzell
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

### PLAINTIFFS' NOTICE OF DEPOSITION OF JENNIFER FRIZZELL

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Ms. Jennifer Frizzell, for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)

1

-16-

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Lindsey Vicknair
        c/o Hammonds, Sills, Adkins & Guice, LLP
        2431 South Acadian Thruway, Suite 600
        Baton Rouge, LA 70808

**PLAINTIFFS' NOTICE OF DEPOSITION OF LINDSEY VICKNAIR**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Ms. Lindsey Vicknair, for the purpose of discovery or for use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

                                        Respectfully submitted

1

-19-

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice*

*/s/ Gideon T. Carter, III.*
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Michael Hefner
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

<u>**PLAINTIFFS' NOTICE OF DEPOSITION OF MICHAEL HEFNER**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition of Mr. Michael Hefner, for the purpose of discovery or for

use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of

Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

1

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice*

*/s/ Gideon T. Carter, III.*
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel of Record via electronic mail on this 2nd day of July, 2024.

<u>/s/ Victor M. Jones</u>
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs*, | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Nia Mitchell
c/o Hammonds, Sills, Adkins & Guice, LLP
2431 South Acadian Thruway, Suite 600
Baton Rouge, LA 70808

## <u>PLAINTIFFS' NOTICE OF DEPOSITION OF NIA MITCHELL</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Ms. Nia Mitchell, for the purpose of discovery or for use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)

1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Patricia Triche
       c/o Hammonds, Sills, Adkins & Guice, LLP
       2431 South Acadian Thruway, Suite 600
       Baton Rouge, LA 70808

## PLAINTIFFS' NOTICE OF DEPOSITION OF PATRICIA TRICHE

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Ms. Patricia Triche, for the purpose of discovery or for use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)

1

-28-

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs*, | **13,212  SECTION A** |
| **v.** | **CONSOLIDATED WITH** |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants*. | **HON. JAY C. ZAINEY** |

TO:   Patrick Sanders
        c/o Hammonds, Sills, Adkins & Guice, LLP
        2431 South Acadian Thruway, Suite 600
        Baton Rouge, LA 70808

**PLAINTIFFS' NOTICE OF DEPOSITION OF PATRICK SANDERS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Mr. Patrick Sanders, for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)

1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*

Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | |
| | **HON. JAY C. ZAINEY** |

TO:    Raydel Morris
       c/o Hammonds, Sills, Adkins & Guice, LLP
       2431 South Acadian Thruway, Suite 600
       Baton Rouge, LA 70808

<u>**PLAINTIFFS' NOTICE OF DEPOSITION OF RAYDEL MORRIS**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure,

Plaintiffs will take the deposition of Mr. Raydel Morris, for the purpose of discovery or for use as evidence

in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles

Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a

schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this

deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may

be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

                                   Respectfully submitted

                                   <u>*/s/ Victor M. Jones*</u>
                                   Victor M. Jones (La. Bar No. 34937)

                                   1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| **v.** | **CONSOLIDATED WITH** |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Samuel Mamou
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

### PLAINTIFFS' NOTICE OF DEPOSITION OF SAMUEL MAMOU

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Mr. Samuel Mamou, for the purpose of discovery or for use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)

1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

/s/ Gideon T. Carter, III.
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

Counsel for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel of Record via electronic mail on this 2nd day of July, 2024.

/s/ Victor M. Jones
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| | |
| **v.** | **CONSOLIDATED WITH** |
| | |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Shawn Wallace
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

<u>**PLAINTIFFS' NOTICE OF DEPOSITION OF SHAWN WALLACE**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Mr. Shawn Wallace, for the purpose of discovery or for use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

<u>*/s/ Victor M. Jones*</u>
Victor M. Jones (La. Bar No. 34937)

1

*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice

_/s/ Gideon T. Carter, III._
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

_Counsel for Plaintiffs_

2

## <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*            
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **HERMON HARRIS, JR., ET AL.,** | **CIVIL ACTION NO.:** |
| *Plaintiffs,* | **13,212  SECTION A** |
| **v.** | **CONSOLIDATED WITH** |
| **ST. JOHN THE BAPTIST PARISH SCHOOL** | **CIVIL ACTION NO.:** |
| **BOARD, ET AL.,** | **90-cv-01669 SECTION A** |
| *Defendants.* | **HON. JAY C. ZAINEY** |

TO:   Sherry DeFrancesch
      c/o Hammonds, Sills, Adkins & Guice, LLP
      2431 South Acadian Thruway, Suite 600
      Baton Rouge, LA 70808

<u>**PLAINTIFFS' NOTICE OF DEPOSITION OF SHERRY DeFRANCESCH**</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Ms. Sherry DeFrancesch, for the purpose of discovery or for use as evidence in this action, or for both purposes in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The deposition will be conducted on August _____, 2024 at 10:00 a.m. CDT at 201 St. Charles Avenue, 25th Floor. New Orleans, Louisiana 70170, and will continue from day to day, or according to a schedule mutually agreed upon by the parties, until completed. Counsel reserves its rights to conduct this deposition remotely. The deposition will be recorded stenographically by a certified court reporter and may be recorded by video and audio by a certified videographer.

Dated: July 2, 2024

Respectfully submitted

1

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
*Victor Genecin
*Elizabeth Caldwell
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, Floor 5
New York, New York 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org
vgenecin@naacpldf.org
bcaldwell@naacpldf.org

*Admitted Pro Hac Vice*

*/s/ Gideon T. Carter, III.*
Gideon T. Carter, III. (La. Bar No. 14136)
P.O. Box 80264
4962 Florida Blvd FL4
Baton Rouge, LA 70806
Ph: (225) 214-1546
Fax: (225) 341-8874
Gideontcarter3d@gmail.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing document was served upon all Counsel

of Record via electronic mail on this 2nd day of July, 2024.

*/s/ Victor M. Jones*
Victor M. Jones (La. Bar No. 34937)
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 985-2200
Fax: (212) 226-7592
vjones@naacpldf.org

3