UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KATHY R. DUHON, ET AL.                          CIVIL ACTION

VERSUS                                          NO: 90-1669

ANN T. TATJE, ET AL.                            SECTION: "A"

### ORDER

**IT IS ORDERED** that oral argument on the plaintiffs' **Motion for Further Relief, Discovery, and Evidentiary Hearing (Rec. Doc. 220)** and **Motion to Substitute Party (Rec. Doc. 228)** is **RESET** for **Tuesday, October 22, 2024, at 2:00 p.m.**

October 8, 2024

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE